1   Brian J. Wagner  (SBN 239981)
    KUTAK ROCK LLP
2   5 Park Plaza, Suite 1500
    Irvine, CA 92617-8595
3   Telephone:   (949) 417-0999
    Facsimile:   (949) 417-5394
4   Email:  brian.wagner@kutakrock.com

5   Scott M. Douglass (Pro Hac Vice forthcoming)
    BAKER, DONELSON, BEARMAN,
6   CALDWELL, & BERKOWITZ, P.C.
    2000 First Horizon Building
7   165 Madison Avenue
    Memphis, Tennessee 38103
8   Tel: (901) 577-2258
    Email:  sdouglass@bakerdonelson.com
9
    Attorneys for Plaintiff,
10  AXLE LOGISTICS, LLC

11

12

13

14

15                          **UNITED STATES DISTRICT COURT**

16                         **NORTHERN DISTRICT OF CALIFORNIA**

17

18  AXLE LOGISTICS, LLC                    | Case No.

19                    Plaintiff,           | **COMPLAINT FOR:**

20          v.                             | **1. FEDERAL TRADEMARK**
                                           |    **INFRINGEMENT –AXLE Marks**
21  AXL LOGISTICS INC. and DOES 1-20,      |    **(Section 32(1) of the Lanham Act, 15**
                                           |    **U.S.C. § 1114(1))**
22                    Defendant.           | **2. COMMON LAW TRADEMARK**
                                           |    **INFRINGEMENT UNDER**
23                                         |    **CALIFORNIA LAW**

24
                                           | **DEMAND FOR JURY TRIAL**
25

26

27

28
                                  - 1 -

                                COMPLAINT

Plaintiff Axle Logistics, LLC, by way of Complaint against Defendant Axl Logistics Inc, and DOES through 20, inclusive, alleges as follows:

## **PARTIES**

1.      Plaintiff Axle Logistics, LLC ("Axle" or "Plaintiff") is a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business at 835 N. Central Street, Knoxville, Tennessee 37917.

2.      Axle is informed and believes, and thereon alleges, that Defendant Axl Logistics Inc. ("Defendant") is a corporation organized and existing under the laws of the State of California, with its principal place of business at 855 El Camino Real St 13-A, Ste 322, Palo Alto, CA 94301.

3.      Axle is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 20 and, therefore, sues these defendants by such fictitious names. Axle will amend this Complaint to allege their true names and capacities when ascertained. Axle is informed and believes, and thereon alleges, that the fictitiously named defendants sued herein by fictitious names DOES 1 through 20, inclusive, and each of them, are in some manner responsible for the acts herein alleged.

## **JURISDICTION AND VENUE**

4.      This Court has subject matter jurisdiction over this Complaint under federal trademark-related laws 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

5.      This Court has supplemental jurisdiction over the claims arising under the laws of the State of California under 28 U.S.C. § 1367(a), because the state law claims form part of the same case or controversy and derive from a common nucleus of operative fact as the federal claims.

6.      This Court has personal jurisdiction over Defendant because Defendant has deliberately and intentionally marketed and sold or caused to be marketed and sold the infringing services to consumers in the State of California and therefore committed acts of infringement in

COMPLAINT

the State of California. Further, Defendant's principal place of business is in California in this District, and thus, Defendant resides in this District.

7.      Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant is subject to personal jurisdiction in this judicial district and because a substantial part of the underlying events giving rise to this action occurred in this judicial district.

8.      Defendant has deliberately and intentionally provided or caused to be provided the Infringing Activities under the Infringing Mark in this judicial district.

**INTRODUCTION**

9.      This is an action for trademark infringement and unfair competition arising under the Trademark Act of 1946, as amended 15 U.S.C. § 1051, *et seq.* (the "Lanham Act"), and under the common law of the State of California.

10.     For more than a decade, Axle has offered its third-party logistics services and related services to its loyal and growing customer base. Axle offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments. In the highly specialized, fast-paced, competitive logistics and transportation industry, Axle has distinguished itself for its exceptional, unique customer service and its rapid growth.

11.     Importantly, Axle owns federal trademark registrations for its associated marks and has used its AXLE LOGISTICS Mark since at least as early as February 2012. In October 2019 and January 2020, Axle obtained registrations for ◢**AXLE** ᴸᴼᴳᴵˢᵀᴵᶜˢ® and AXLE LOGISTICS®, respectively, with the United States Patent and Trademark Office ("USPTO") (collectively, the "AXLE Marks") for distribution and logistics-related services. *See* USPTO Registration Numbers 5888173 and 5970169, attached as **Exhibit 1**.

12.     For at least the last ten years, Axle has continuously and exclusively used the AXLE Marks, which consumers have come to associate with Axle's superior services. Axle enjoys significant goodwill associated with its AXLE Marks and has dedicated significant resources to marketing and protecting its Marks.

13.     In or about March 2023, Axle became aware that Defendant was using the "AXL LOGISTICS" name or a variation or derivation thereof to market, sell, and provide to consumers

- 3 -

services that are nearly identical to the services offered under the AXLE Marks (the "Infringing Activities").

14.    Defendant has repeatedly used the AXLE mark, or a confusingly similar variation thereof, in its name and trademark "AXL LOGISTICS" (the "AXL LOGISTICS Mark" or "Infringing Mark") to conduct its infringing services in the United States, in clear violation of Axle's senior rights, and despite being on notice of such rights.

15.    Defendant's Infringing Mark and Infringing Activities are likely to cause confusion among the consuming public as to the source or origin of Axle's services, thus causing irreparable and ongoing harm to Axle.

## STATEMENT OF FACTS

### Axle's Superior Reputation and Well-Known Marks

16.    For over a decade, Axle has used the AXLE Marks to become a leader and innovator in the third-party transportation and logistics services industry. Using the AXLE Marks, Axle provides its top-rated services to a wide range of shipping, transportation, and distribution customers.

17.    Axle's loyal and quickly growing customer base associates the AXLE Marks with Axle's specialized customer service and the top-notch advanced logistics services that Axle offers. This is no surprise given AXLE's strong reputation in the business community and the robust marketing efforts that AXLE has engaged in to develop its brand. Indeed, Axle has invested significant time, resources, and money into developing its brand into the well-known, highly rated logistics provider that it is today.

18.    For instance, Axle has been recognized as a leader in the transportation and logistics industry in a wide range of publications and industry rankings. In 2021 and 2022, *Selling Power Magazine* named Axle as a "Top 50 Company to Sell For." *See* Selling Power's 50 Best Companies to Sell For – 2022, copy attached as **Exhibit 2.** Additionally, for the last seven years, Axle has been named to *Inc.*'s annual "Inc. 5000" list, which identifies the fastest-growing private companies in America. *See* Inc. List, attached as **Exhibit 3.** In both 2021 and 2022, Axle was ranked on *Transport Topic*'s Top 100 List in logistics. *See* Transport Topic Lists, attached as

1  **Exhibit 4.** Further, Axle employees have consistently rated Axle as a "Top Workplace," making

2  Axle a winner of multiple employment-related awards, including *The Greater Knoxville Area Top*

3  *Workplaces 2022* Award. *See* Knoxville News Sentinel Article, attached as **Exhibit 5.**

4      19.    Axle's superior customer service, positive culture, and excellent logistics services

5  have made Axle a well-respected, widely known industry leader. Consequently, consumers

6  associate the distinctive AXLE Marks with the highest quality service, and the Marks are a

7  valuable representation of Axle's significant goodwill.

8  **Axle's Registration of the AXLE Marks**

9      20.    After using the AXLE Marks for several years, Axle filed an application to register

10  with the USPTO its AXLE LOGISTICS Design Mark, , identifying its first use in

11  commerce as February 28, 2012 (the "AXLE Design Mark"). On October 22, 2019, the USPTO

12  approved registration of the AXLE Design Mark on the Principal Register, assigning Registration

13  No. 5,888,173 for the following services in International Class 35: "supply chain management

14  services business management services, namely, managing logistics, reverse logistics, supply

15  chain services, supply chain visibility and synchronization, supply and demand forecasting and

16  product distribution processes for others; freight logistics management; transportation logistics

17  services, namely, arranging the transportation of goods for others; transportation logistics

18  services, namely, planning and scheduling shipments for users of transportation services." *See*

19  Registration Certificate, attached as **Exhibit 1**.

20      21.    Similarly on June 3, 2018, Axle filed U.S. Application Serial No. 87/946,318 to

21  register the AXLE LOGISTICS Word Mark with the USPTO, identifying its first use in

22  commerce as February 28, 2012 (the "AXLE Word Mark").

23      22.    On January 28, 2020, the AXLE Word Mark was registered by the USPTO on the

24  Principal Register and accorded Registration No. 5,970,169 covering the use of the AXLE Word

25  Mark for the following services in International Class 35: "supply chain management services;

26  business management services, namely, managing logistics, reverse logistics, supply chain

27  services, supply chain visibility and synchronization, supply and demand forecasting and product

28  distribution processes for others; freight logistics management; transportation logistics

services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit 1**.

23.    The Axle Marks are inherently distinctive with the most prominent feature being the word AXLE — i.e., AXLE LOGISTICS and ▲**AXLE** . The Marks' distinctiveness is further evidenced by their registration on the Principal Register, which is reserved for the most distinctive marks and those marks with significant secondary meaning. The Registrations afford Axle robust protection under federal law, serve as *prima facie* evidence of the Marks' validity, signify Axle's exclusive right to use the mark in connection with the services listed in the Registrations, and constitute constructive notice to infringers that Axle enjoys exclusive rights and ownership in the AXLE Word Mark and AXLE Design Mark.

**Defendant's Infringing Mark and Services**

24.    On or around March 2023, Axle discovered that Defendant uses the name AXL LOGISTICS to offer the same or similar services as those offered by Axle.

25.    Defendant's Infringing Mark and the AXLE Marks both feature a variation of the word "AXLE" and the word "LOGISTICS" as their most prominent features.

26.    Based on Defendant's Infringing Activity, on March 23, 2023, Axle sent a letter to Defendant in good faith to demand that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 6**. Defendant did not respond to this letter. On May 24, 2023, Axle sent a second letter again demanding in good faith that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 7**. Defendant again did not respond to this letter. On November 15, 2023, Axle's representative called Defendant to request a response to the letter, which Defendant's representative (upon information and belief, Defendant's owner) stated Defendant would provide by December 1. No such response has been received.

27.    On December 1, Axle sent a follow-up email to "Axl Logistics" at an email address known to be used by Defendant. The email included a copy of a follow-up cease-and-desist letter and a draft complaint that Axle warned would be filed if Defendant did not comply with Axle's earlier demand. **Exhibit 10**.

28. The same letter and draft complaint were sent via FedEx on December 1. **Exhibit 11**.

29. No response was received, so on December 8, Axle sent another email to Defendant asking for Defendant's agreement to Axle's proposal for resolving the dispute by December 13. **Exhibit 12**.

30. No response was received, so on or around December 14, Axle's representative called Defendant again. On this occasion, Axle's representative left a voicemail with Defendant, but did not receive a response.

31. Axle went out of its way to seek Defendant's compliance before filing this lawsuit, but Defendant has disregarded, ignored, and failed to address Axle's concerns and entreaties.

32. Despite Defendant's clear notice of Axle's exclusive rights in the AXLE Marks in connection with logistics and transportation services, Defendant has failed to cease its unlawful activities and has continued to market its services using the Infringing Mark.

33. Defendant never sought or obtained permission to use or license the AXLE Marks, or any other confusingly similar marks, even though Defendant is at least constructively aware of Axle's objections to Defendant's use of the confusingly similar and Infringing Mark.

34. By using the AXLE name in connection with the competing Infringing Activities, Defendant seeks to confuse and deceive the consuming public as to the source of its services. This is especially concerning given that the top result for a simple Google search of Defendant's name "axl logistics" returns Axle's website. In addition, the Google search automatically includes results for "axle logistics" and provides information about Axle's place of business including Axle's address, telephone number, and Google Reviews. *See* Google Search, **Exhibit 8**. Further, the second result when searching "axl logistics" is Defendant's website. *See* **Exhibit 8**; Defendant's "Contact" Webpage, **Exhibit 9**.

35. Defendant's Infringing Activity is likely to confuse the consuming public and specifically consumers in the transportation and logistics industry. That Defendant's Infringing Mark is confusingly similar is clearly evidenced by its prominent use of the word "LOGISTICS" and a variation of the word "AXLE." Defendant's continued use of the Infringing Mark is likely

- 7 -

1   to continue causing consumers to mistakenly assume Axle's services are connected to
2   Defendant's.

3         36.    Defendant's continued, infringing use of the Infringing Mark has injured Axle and
4   will continue to do so by usurping Axle's federally protected and exclusive rights in its AXLE
5   Marks and by damaging the valuable goodwill that Axle has worked so hard to garner and
6   maintain. Axle has been further injured by being forced to retain counsel to enforce its rights in
7   the AXLE Marks, and as such, Axle is entitled to its reasonable attorneys' fees and costs in
8   connection with this matter.

9   **CLAIMS**

10   **FIRST CLAIM**

11   **Federal Trademark Infringement – AXLE Marks (Section 32(1) of the Lanham Act, 15**
12   **U.S.C. § 1114(1))**

13   **(Against Defendant Axl and DOES 1-20)**

14         37.    Axle incorporates and realleges the allegations contained in the above stated
15   paragraphs as if fully set forth herein.

16         38.    Axle has valid ownership and exclusive rights to the federally registered and
17   protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with
18   logistics, distribution, and transportation services, as identified in the AXLE Registrations.

19         39.    Defendant has infringed and continues to infringe Axle's federally registered
20   AXLE Marks in interstate commerce by various acts, including, without limitation, offering
21   logistics, distribution, shipping, and transportation services under the AXLE Marks, and variants
22   thereof, which are confusingly similar to Axle's federally registered AXLE Marks.

23         40.    Defendant's use of the confusingly similar name "Axl Logistics" for nearly
24   identical services is likely to continue to cause consumer confusion. Defendant has used and
25   continues to use the AXLE name for its logistics, distribution, shipping, and transportation
26   services without Axle's permission or authority, and in spite of Axle's request for Defendant to
27   cease and desist its Infringing Activities.

28

- 8 -

41.     Defendant's use of the Infringing Mark is likely to cause confusion, to cause mistake, and/or to deceive the consuming public, including the third-party logistics market.

42.     Defendant's conduct constitutes infringement of the federally registered AXLE Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

43.     Axle has been damaged by the foregoing actions in an amount to be determined at trial. Defendant's infringement and continued use of the AXLE Marks after constructive and actual notice is willful, intentional, malicious, and in bad faith, such that this is an exceptional case. Axle is entitled to recover Defendant's profits and/or damages sustained by Axle, the costs of the action, and its attorneys' fees and treble damages under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

44.     Defendant's infringement will continue to cause irreparable injury and other damage to Axle's business, reputation, and goodwill in the federally registered AXLE Marks, unless this Court enjoins Defendant's infringing activities. Axle seeks an injunction to enjoin Defendant's infringing activities, activity for which Axle has no other adequate remedy at law.

## SECOND CLAIM

### Common Law Trademark Infringement Under California Law

### (Against Defendant Axl and DOES 1-20)

45.     Axle incorporates and realleges the allegations contained in the above stated paragraphs as if fully set forth herein.

46.     Since at least 2012, Axle has continuously used the AXLE Marks in interstate commerce to market, sell, and distribute its goods and services. Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

47.     Despite being at least constructively aware of Axle's senior rights and priority in the AXLE Marks, Defendant has used and continues to use the confusingly similar AXL LOGISTICS Mark in connection with nearly identical goods and services as those offered by Axle under its AXLE Marks.

COMPLAINT

48.     Defendant's infringing use of the confusingly similar mark is likely to continue to cause actual consumer confusion.

49.     Defendant's infringement of the AXLE Marks disregards Axle's superior rights and has caused and will continue to cause irreparable harm, injury, and other damages to Axle, unless enjoined by this Court.

**DEMAND FOR RELIEF**

WHEREFORE, Plaintiff Axle Logistics, LLC prays for relief against Defendant Axl Logistics Inc. as follows:

1.     That Defendant, and any person or entity acting on Defendant's behalf including any agents, servants, employees, attorneys, successors, and assigns, be preliminarily and permanently enjoined and restrained from directly or indirectly:

a.     using the AXL LOGISTICS Mark, and any associated designs for its logistics, distribution, and transportation related services, or any other designation or trademark likely to cause confusion with Axle's AXLE Marks;

b.     otherwise infringing on Axle's rights in and to the AXLE Marks and from otherwise unfairly competing with Axle in any manner whatsoever;

c.     offering, marketing, and/or selling logistics, distribution, and transportation-related services using the AXLE name or any other designation likely to cause confusion with the AXLE Marks; and

d.     using the AXLE Marks, or any reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation, in any manner likely to cause any person to believe that Defendant's goods and services are connected with Axle or the AXLE Marks.

2.     That Defendant, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, be ordered to deliver up for destruction any goods, labels, signs, prints, packages, wrappers, receptacles, advertisements, and any other materials bearing the AXLE Marks or any confusingly similar variation likely to cause confusion with the AXLE Marks.

COMPLAINT

1        3.      That Defendant be directed to file with the Court and serve on Axle, no later than

2    thirty (30) days after the issuance of an injunction, a report in writing under oath setting forth in

3    detail the manner and form in which Defendant has complied with the injunction.

4        4.      That the Court adjudge and decree that Defendant's infringing use of the AXLE

5    Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1114.

6        5.      That the Court adjudge and decree that Defendant's infringing use of the AXLE

7    Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1125.

8        6.      That the Court adjudge and decree that Defendant's infringing use of the AXLE

9    Marks, or any confusingly similar variation, is in violation of California law.

10      7.      That the Court adjudge and decree that a likelihood of confusion exists between

11    the AXLE Marks and Defendant's infringing AXL LOGISTICS Mark.

12      8.      That the Court adjudge and decree that Defendant's infringing use of the AXLE

13    Marks, or any confusingly similar variation, is willful.

14      9.      That the Court adjudge and decree that this case is exceptional.

15      10.    That the Court require a full and complete accounting of all monies received by

16    Defendant as a result of the wrongful conduct, together with an order transferring to Axle any

17    amounts found to be due to Axle.

18      11.    That Axle be awarded Defendant's profits and/or Axle's damages from lost sales

19    after an accounting, and that such award be increased as permitted, including being trebled as

20    provided under 15 U.S.C. § 1117.

21      12.    That Axle be awarded its costs and attorneys' fees from Defendant, including as

22    provided by 15 U.S.C. § 1117.

23      13.    That the Court award pre- and post- judgment interest on all monies found to be

24    due to Axle from Defendant, at the then prevailing or legal rate, whichever is greater, from the

25    date said amounts or any part thereof became or become due.

26      14.    That the Court require Defendant to notify its customers, clients, and associates of

27    said Court Order.

28

COMPLAINT

15.    That Axle be awarded such other and further relief as this Court may deem just and proper.

## **DEMAND FOR JURY TRIAL**

Axle hereby demands a trial by jury for all issues so triable.

Dated:  December 22, 2023                    KUTAK ROCK LLP


By: */s/ Brian J. Wagner*
    Brian J. Wagner
    Scott M. Douglass (PHV forthcoming)
    Attorneys for Plaintiff,
    AXLE LOGISTICS, LLC

- 12 -

COMPLAINT

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



# EXHIBIT 2

Case 3:23-cv-00596-TLT Document 1 Filed 12/22/23 Page 17 of 213



MENU

# 50 Best Companies to Sell for in 2022

  



For the 22nd year, Selling Power has ranked the 50 best companies to sell for in the United States. The list encompasses companies of all sizes – with sales forces ranging from fewer than 100 salespeople to companies with sales force numbers in the tens of thousands.

**See the full list: 50 Best Companies to Sell For 2022**

To compile the list, the Selling Power research team issued a newly updated comprehensive application in March 2022 with detailed sections covering compensation, benefits, sales-rep onboarding, sales training, and sales enablement. This year, companies that applied also supplied pertinent information about their sales culture – along with their diversity and inclusion efforts – which we used to further fine tune the rankings. The diversity and inclusion information covered both the sales force and sales management levels.

The scoring process continues to be honed each year to ensure Selling Power provides the most objective data-sensitive rankings while still maintaining strict confidentiality of the raw data provided to us. As we continually work to adjust our selection and ranking process to accommodate for ever-changing market conditions, technology, trends in selling, and other external factors, each year's ranking uniquely stands on its own and is not directly comparable to prior years. That is particularly the case this year, with the first-time categories factored in.

Case 3:23-cv-06596-TLT  Document 1  Filed 12/22/23  Page 18 of 213



Success Strategies for Sales Management

MENU

NEWSLETTER SIGN UP | MEDIA KIT

compensation data transparency, but, with segments like sales training, we begin with a base training level and score each company at varying degrees above, below, or at the established base level. Another example is the hosting of sales contests, for which companies were scored not only on whether they host sales contests, but also the frequency of the contests.

This year we congratulate Datasite for earning the top spot for the first time, but it should be noted that salespeople can achieve success with any of these outstanding companies. We want to stress that all the companies included on the 2022 50 Best Companies to Sell For listing have strong sales organizations that would maximize the success and performance of any salesperson.

All companies' sizes and industries are unique, so this list should be used as a guide to explore each company's strengths and differences and match them to individual seller strengths and goals.

**Request an application**: 50 Best Companies to Sell For (2023)

## Top 5 Best Companies to Sell For in 2022

### #1 Datasite

**Driven at Datasite**: Salespeople at Datasite thrive because they are empowered to create and own their professional journey. They are motivated to close more deals because the company invests in them through training (via programs such as the Fast Start Guide and the Datasite University), a focus on individual wellness, and their most exclusive accolade, the Annual Accelerator Club, which offers access to top-level networking, philanthropy, and celebrations with executive leadership and colleagues across all functions.

### #2 Amarok

**Ambition at AMAROK**: At AMAROK, people are the foundation of success. With a belief that a company's products are only as good as the people standing behind them, AMAROK is committed to providing an environment that enables and drives salespeople to be their best. The company's leaders support sales; leading from the front ensures success for everyone involved.



a set of common goals and motivations. They help entrepreneurs and small businesses succeed by serving as trusted advisors to existing and prospective customers alike. Now, more than ever, the Justworks team has been able to find true meaning by helping some of their customers survive and thrive amid tough economic realities.

---

**#4 Prudential Overall Supply**

**People Powering Prudential**: Family owned and operated since 1932, Prudential leadership recognizes that its salespeople should be as diverse as its customers, and prioritizes a strong commitment to hiring, developing, and celebrating diversity. This bonds sales pros with customers and suppliers, who trust that their unique needs and backgrounds are respected and considered by the organization.

---

**#5 Cintas**

**Partner Success at Cintas**: Cintas continuously strives to have the most highly trained, professional, and diverse sales organization in North America while providing an environment where open, honest communication and feedback are welcomed. We refer to our employees as "partners," and pride ourselves on having a world-class new hire onboarding program that is designed to help ensure their success.

---

## Selling Power's 50 Best Companies to Sell For — 2022

| Rank | Name | Compensation & Benefits | Hiring, Sales Training & Sales Enablement | Diversity, Inclusion & Other Factors | Total Points |
|---|---|---|---|---|---|
| 1 | Datasite | 165 | 56 | 26 | 247 |

Success Strategies for Sales Management

☰ MENU

NEWSLETTER SIGN UP | MEDIA KIT

| | Prudential Overall Supply | 167 | 53 | 24 | 244 |
|---|---|---|---|---|---|
| 5 | Cintas | 174 | 45 | 24 | 243 |
| 6 | Aramark | 165 | 53 | 24 | 242 |
| 7 | Hilti North America | 166 | 50 | 24 | 240 |
| 8 | WM | 165 | 50 | 23 | 238 |
| 9 | Thryv | 161 | 52 | 23 | 236 |
| 10 | Shaw Industries | 161 | 48 | 24 | 233 |
| 11 | Graybar Electric | 159 | 50 | 23 | 232 |
| 12 | Heartland | 160 | 47 | 24 | 231 |
| 13 | Undertone | 163 | 45 | 22 | 230 |
| 14 | KBS | 165 | 39 | 24 | 228 |
| 15 | Hormel Foods | 160 | 44 | 22 | 226 |
| 16 | The Sales Board dba Action S... | 151 | 50 | 24 | 225 |
| 17 | Ecolab | 150 | 48 | 24 | 222 |
| 18 | Win Waste Innovations | 152 | 46 | 23 | 221 |
| 19 | Allego | 148 | 48 | 23 | 219 |
| 20 | Kimball Midwest | 146 | 49 | 23 | 218 |
| 21 | Emser Tile | 145 | 49 | 23 | 217 |
| 22 | First American Equipment Fin... | 144 | 49 | 23 | 216 |
| 23 | Unifirst | 144 | 48 | 23 | 215 |
| 24 | ABM Industries | 144 | 47 | 22 | 213 |
| 25 | England Logistics | 142 | 47 | 23 | 212 |
| 26 | NorthStar Memorial Group | 140 | 49 | 22 | 211 |



NEWSLETTER SIGN UP | MEDIA KIT

☰ MENU

| 30 | Flex Technology Group | 141 | 44 | 22 | 207 |
| 31 | Carchex | 136 | 48 | 22 | 206 |
| 32 | ClearOne Advantage | 128 | 48 | 23 | 199 |
| 33 | Hibu | 127 | 46 | 23 | 196 |
| 34 | 6Sense | 126 | 45 | 24 | 195 |
| 35 | Bettercloud | 124 | 46 | 23 | 193 |
| 36 | Axle Logistics | 124 | 45 | 21 | 190 |
| 37 | Nuance Communications | 122 | 42 | 24 | 188 |
| 38 | Spot Freight | 118 | 46 | 22 | 186 |
| 39 | Endurance | 117 | 44 | 22 | 183 |
| 40 | Paychex | 116 | 43 | 23 | 182 |
| 41 | Stericycle | 115 | 43 | 22 | 180 |
| 42 | Corporate Traffic Logistics | 111 | 43 | 22 | 176 |
| 43 | Zoom Info | 111 | 40 | 24 | 175 |
| 44 | ADI Global Distribution | 109 | 40 | 23 | 172 |
| 45 | Advanced Technology Services | 108 | 39 | 23 | 170 |
| 46 | BBI Logistics | 108 | 39 | 22 | 169 |
| 47 | FedEx | 110 | 33 | 25 | 168 |
| 48 | Transloop Logistics | 108 | 34 | 22 | 164 |
| 49 | Xerox | 103 | 35 | 24 | 162 |
| 50 | International Business Machi... | 102 | 34 | 25 | 161 |

1/18/23, 4:16 PM
50 Best Companies to Sell For on 50 Best Sales Jobs 2022/Selling Power 50 Selling Power
Case 3:23-cv-06596-TLT Document 1 Filed 12/22/23 Page 22 of 213



NEWSLETTER SIGN UP | MEDIA KIT



# Past Listings

- **See the 2021 list of 50 Best Companies to Sell For**

- **See the 2020 list of 50 Best Companies to Sell For**

- **See the 2019 list of 50 Best Companies to Sell For**

## FREE ENEWSLETTERS

### Subscribe to get our weekly Sales Management Digest.

**Sign up now.**

## EXECUTIVE VIDEO

### Proven Ways to Avoid Hiring Toxic Salespeople

Case 3:23-cv-06596-TLT Document 1 Filed 12/22/23 Page 23 of 213





Success Strategies for Sales Management

NEWSLETTER SIGN UP | MEDIA KIT

MENU



**11 Tips For Creating Sales Growth in Times of Economic Uncertainty**



**The New Discovery**



**Today's Buyers Want Insights, Guidance, and Efficiencies**

POPULAR ARTICLES

No Pain, No Gain

Five Easy Fixes for Your Virtual Meeting Presence

Agility and Hyper-Relevance: The Sales Challenges for 2023

The Five Steps to Aligning Sales Enablement and Leadership



# SellingPower

Success Strategies for Sales Management

≡ MENU

NEWSLETTER SIGN UP | MEDIA KIT

   

Personal Selling Power, Inc.
P.O. Box 5467
150 Riverside Pkwy. Suite 201
Fredericksburg, VA 22406

**TELEPHONE**
800-752-7355

**FAX**
540-752-7001

**ABOUT**

About

Media Kit

Editorial Submissions

Reprints

Contact Us

Home

**RESOURCES**

Webinars

Events

Store

White Papers & Reports

Newsletters

Videos



Success Strategies for Sales Management


MENU

NEWSLETTER SIGN UP | MEDIA KIT

# EXHIBIT 3

Axle Logistics is a 2022 Inc. 5000 honoree



NEWSLETTERS    SUBSCRIBE

# Company Profile

  Full List ☰

| Company | 🔍 |

| Explore the List | ⌄ |

## No.1,207
## Axle Logistics

Third-party logistics company providing North American customers a safe, reliable carrier network with the expertise of a multi-national company.

in  f  🐦

**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Logistics & Transportation |
| **Location** | KNOXVILLE, Tennessee |
| **Leadership** | JONATHAN CLAY |
| **Year Founded** | 2012 |

Case 3:23-cv-06596-TLT    Document 1    Filed 12/22/23    Page 28 of 213

| | |
|---|---|
| **Company Size** | 51-200 employees |
| **Website** | http://axlelogistics.com |
| **LinkedIn** | https://www.linkedin.com/company/axlelogistics |
| **Twitter** | https://www.twitter.com/axlelogistics |

### INC. HONORS

**Inc. 5000**

**No. 1207** (2022) *537% 3-Year Growth*

**No. 1486** (2021), **No. 2122** (2020), **No. 1117** (2019), **No. 1229** (2018), **No. 929** (2017), **No. 693** (2016)

**Regionals Southeast**

**No. 112** (2022)

**No.1,208**
**FreightWise**

**Transportation software that offers optimization of carrier rates, shipping routes, back-office functions, volume considerations, and more.**

  



From left: Alex Rustioni, EVP of sales at Freightwise, Richard Hoehn, CIO, and Chris Cochran, CEO and co-founder.

## COMPANY INFORMATION

**Industry**          Logistics & Transportation

**Location**          Brentwood, Tennessee

**Leadership**        Chris Cochran

| | |
|---|---|
| **Year Founded** | 2014 |
| **Company Size** | 51-200 employees |
| **Website** | http://freightwisellc.com |
| **LinkedIn** | https://www.linkedin.com/company/freightwise-llc |
| **Twitter** | https://twitter.com/FreightWise |
| **Area of Impact** | Food Insecurity |

**INC. HONORS**

**Inc. 5000**        **No. 1208** (2022) *537% 3-Year Growth*

**No. 663** (2021), **No. 142** (2020), **No. 2** (2019)

**RELATED STORIES**

**INC. 5000** KEVIN J. RYAN

Axle Logistics is a 2022 Inc. 5000 honoree

# ⊚ This Company Succeeds by Putting a Dollar Value on Every Employee

## No.1,209
# Incredible One Enterprises

Business growth consulting firm specializing in teaching entrepreneurs business strategies, spiritual alignment and mindset coaching, wealth stabilization and legacy development.

in  ⓕ  🐦

COMPANY INFORMATION

| | |
|---|---|
| **Industry** | Business Products & Services |
| **Location** | Newark, Delaware |
| **Leadership** | Dr. Darnyelle Jervey Harmon |
| **Year Founded** | 2007 |

| | |
|---|---|
| **Website** | http://incredibleoneenterprises.com |
| **LinkedIn** | https://www.linkedin.com/company/DarnyelleJerveyHarmon |
| **Twitter** | https://www.twitter.com/DarnyelleJervey |

**INC. HONORS**

**Inc. 5000**      **No. 1209** (2022) *536% 3-Year Growth*

# No. 1,210
# Stream.io

**Software company providing client teams with enterprise-grade cloud components to add in-app chat and activity feeds to their products.**

 

**COMPANY INFORMATION**

| | |
|---|---|
| **Industry** | Software |

| | |
|---|---|
| **Location** | Boulder, Colorado |
| **Leadership** | Thierry Schellenbach |
| **Year Founded** | 2015 |
| **Website** | http://getstream.io |
| **LinkedIn** | https://www.linkedin.com//company/getstream |

**INC. HONORS**

| **Inc. 5000** | **No. 1210** (2022) *536% 3-Year Growth* |
|---|---|
| | **No. 838** (2021) |

# No.1,211
# Hungryroot

Food supplier using artificial intelligence to deliver clients healthy groceries weekly along with recommended recipes curated for the

individual.

 

---

**COMPANY INFORMATION**

---

**Industry**            Food & Beverage

---

**Location**            New York, New York

---

**Leadership**          Ben McKean

---

**Year Founded**        2015

---

**Company Size**        51-200 employees

---

**Website**             http://hungryroot.com

---

**LinkedIn**            https://www.linkedin.com/company/hungryroot

---

**Twitter**             https://www.twitter.com/hungryroot

---

**INC. HONORS**

---

**Inc. 5000**           **No. 1211** (2022) *536% 3-Year Growth*

No. 214 (2021), No. 760 (2020)

---

PRIVACY POLICY
NOTICE OF COLLECTION
DO NOT SELL MY DATA
AD VENDOR POLICY
TERMS OF USE
ADVERTISE
HELP CENTER
SITEMAP

COPYRIGHT 2023 MANSUETO VENTURES ▷

# EXHIBIT 4



**WATCO** **TA SERVICES**

**Net Revenue**
$67,000,000

**Services**

A non-asset-based, third-party logistics company providing truckload, less-than-truckload, intermodal and warehousing services.

| 14 | Worldwide Express/GlobalTranz |
| 15 | Burris Logistics |
| 16 | Hub Group |
| 17 | Lineage Logistics |
| 18 | Landstar System |
| 19 | Schneider |
| 20 | Echo Global Logistics |
| 21 | Penske Logistics |
| 22 | MODE Global |
| 23 | NFI |
| 24 | DB Schenker (North America) |
| 25 | Ceva Logistics (North America) |
| 26 | Geodis (North America) |

## Trends

**Employee Trend**

*Last 5 Years*



**Revenue Trend**

*Last 5 Years*

*Ranking reflects previous year's data.*

## Details

### Sectors

Dedicated
Freight Brokerage ●
Warehousing
Ocean Freight
Airfreight

### Key Customers

NA

### Industries Served

**Top Industries Served:**

Automotive, consumer packaged goods, industrial and manufacturing

**Other Industries Served:**

Building products, chemicals, food and beverage, rubber and plastic products

### From This Company





axlelogistics.com

## Top 50 News



**Gloom in Transports Sends Smoke Signal for US Stocks**



**DeJoy Says He's Been Cleared in Federal Probe**



**Secretary Walsh Optimistic About Port Workers'**

Case 3:23-cv-06596-TLT   Document 1   Filed 12/22/23   Page 38 of 213

# Transport Topics


# TOP 100 LOGISTICS


**2022 Essential Financial and Operating Information for the 100 Largest Logistics Companies in North America**

## Top / Lead



### Trying Times Provide 3PLs a Chance to Prove Their Worth
Rankings, supply chain, freight capacity issues logistics providers demonstrate the value they bring to their business partners

### Expanded Top 100 3PLs List Reflects New Landscape
As the 3PL industry continues to grow, our ranking of North America's largest logistics companies, now at 100

### Interactive Map: Where The Top 100 Are
Find out where the Top 100 logistics companies are located by region, click links to view details about the company

## Rankings

Logistics 100 | Asset Regional | Dry Storage Warehouses | Intermodal/Distribution | Dedicated | Ocean Freight | Software

| Rank 2022 | Company | Gross Revenue (Millions) | Net Revenue (Millions) | Employees |
|---|---|---|---|---|
| 01 | Telecommuters | $624 | $74** | 234 |
| 02 | XPO Logistics | $596 | $657** | 364 |
| 03 | CH Robinson | $596 | $597** | 799 |
| 04 | Ship Logistics | $592 | $587* | 597 |
| 05 | Total Path | $596 | | 4,500 |
| 06 | United Logistics | $590 | $295** | 528 |

About the Rankings...



## Fall In

 

### High Demand Drives 3PLs to Best Growth Year on Record
Air, ground and ocean transportation rates soared to historic levels in 2021 as shippers leaned on 3PLs for goods

### The Rise of Entrepreneurial Carriers: Shippers' Impact
Shippers must be ready to adapt to a surge in small carriers by providing systems that allow them to succeed

### Outgrowing Your TMS Is OK; Don't Let It Happen Twice
As your company grows, you need your sales or platform to be able to grow and adapt with you

### TT 100 Logistics Companies Press Release and Logos
If your company appears on the list, you have a few ways to announce it. Use our logo library to get web- and print-ready graphics.

### Market Growth, Mergers Adjust Sector Rankings
From freight brokers to airfreight forwarders, all sectors of the logistics industry reacted to new demands

### About Us: Transport Topics' Top 100 Logistics List
Learn more about how companies are selected for Transport Topics' Top 100 Largest Logistics Companies list

## Logistics Now
Logistics, Top 100

### Submit Your Company for Consideration on Our Top 100 Logistics Companies List
Does your business have what it takes to qualify for inclusion in our 2023 Transport Topics Top 100 Logistics Companies list?

Business, Logistics
### RoadOne Acquires Intermodal Service Provider
RoadOne IntermodaLogistics announced the acquisition of The Transporter Inc., a regional intermodal service provider with offices in Houston, Dallas and Laredo, Texas.

Business, Technology, Equipment, Logistics
### Heavy-Duty Electric Truck 'Subscriptions' Could Clean Up Pollution
Change to the hidden 3-bit deal - lease one kit of customer goods cut freely tens of thousands of drayage trucks in coming in the form of more widely-accessible electric alternatives.

Business, Logistics
### Amazon Leads Rebound in Battered Tech as Traders Reload on Risk
Amazon.com Inc. was among the biggest contributors to the Nasdaq 100 Index's 4.5% gain for the week ending Oct. 13 as the market regains its appetite for risk.

Government, Equipment, Safety, Logistics
### Truckers Trying to Navigate the Notch Could Lead to a Fine Mess

Government, Business, Technology, Equipment, Safety, Fuel, Logistics, Autonomous
### Daily Briefings from Transport Topics

Government, Business, Logistics
### Cold Storage Facility to Be Built Near Port of Charleston

Government, Business, Logistics
### COVID's Impact on Shopping, Supply Chain Remains Profound

Government, Business, Logistics
### Trucking Demand Growth Increases Land Management Concerns

Government, Business, Technology, Logistics
### Congestion Easing at Ports, Along Southern Border, TRB Speakers Say

## Archives
2021 | 2020 | 2019 | 2018 | 2017

# EXHIBIT 5







**BACK TO ALL ARTICLES**

# KNOXVILLE NEWS SENTINEL NAMES AXLE LOGISTICS A WINNER OF THE GREATER





**JULY 21, 2022**

Knoxville, Tennessee, July 24, 2022 – Axle Logistics has been awarded a Top Workplaces 2022 honor by Knoxville Top Workplaces Top Workplaces. The list is based solely on employee feedback gathered through a third-party survey administered by employee engagement technology partner Energage LLC. The anonymous survey uniquely measures 15 culture drivers that are critical to the success of any organization: including alignment, execution, and connection, just to name a few.

"During this very challenging time, Top Workplaces has proven to be a beacon of light for organizations, as well as a sign of resiliency and strong business performance," said Eric Rubino, Energage CEO. "When you give your employees a voice, you come together to navigate challenges and shape your path forward. Top Workplaces draw on real-time insights into what works best for their organization, so they can make informed decisions that have a positive impact on their people and their business."

**ABOUT**

Axle Logistics is a non-asset based, third-party logistics (3PL) company headquartered near the heart of downtown Knoxville, TN. Axle focuses on providing safe, reliable, advanced logistics services – Truckload, LTL, Intermodal, and Warehousing to customers throughout the continental U.S., Canada and Mexico. Axle Logistics was built with the vision of bringing a sense of comfort and convenience to an industry often filled with inefficiencies by providing specialized customer service and unique approach to logistics management. At Axle Logistics, we strongly embrace the entrepreneurial spirit and have a passion for providing real opportunities to ambitious professionals who share our energy and competitive nature. Axle provides its employees with a path for success through its comprehensive and professional development programs as well as unlimited access to a dynamic and driven leadership team. Axle Logistics offers so much more than a job – it's a movement #BuildYourEmpire

**COMPANY CONTACT**

Axle Logistics

axlelogistics.com/contact/

AWARDS






## ABOUT ENERGAGE

*Making the world a better place to work together.*<sup>TM</sup>

Energage is a purpose-driven company that helps organizations turn employee feedback into useful business intelligence and credible employer recognition through Top Workplaces. Built on 14 years of culture research and the results from 23 million employees surveyed across more than 70,000 organizations, Energage delivers the most accurate competitive benchmark available. With access to a unique combination of patented analytic tools and expert guidance, Energage customers lead the competition with an engaged workforce and an opportunity to gain recognition for their people-first approach to culture. For more information or to nominate your organization, visit energage.com or topworkplaces.com.

















KNOXVILLE, TN 37917

COPYRIGHT 2023 AXLE LOGISTICS, ALL RIGHTS RESERVED | PRIVACY POLICY | TERMS & CONDITIONS | TERMS OF USE

# EXHIBIT 6

# BAKER DONELSON

165 MADISON AVENUE, SUITE 2000 MEMPHIS, TENNESSEE 38103• 901.526.2000 • bakerdonelson.com

SCOTT M. DOUGLASS, SHAREHOLDER
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

March 23, 2023

<u>**VIA FEDERAL EXPRESS**</u>

Axl Logistics LLC
855 El Camino Real
Palo Alto, CA 94301

**RE:     Axl Logistics LLC's Infringement of Axle Logistics, LLC's Trademarks**
**Our Docket No.: 2962633**

To whom it may concern:

We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters.  Axle Logistics is a Tennessee company that provides supply chain, logistics, and freight management services.

This letter concerns your company's infringing use of the "AXL LOGISTICS" mark and derivations thereof (collectively the "Infringing Mark"). Axle Logistics demands that Axl Logistics LLC and its affiliates ("Axl Logistics" or "your company") immediately cease and desist use of the Infringing Mark, all designs incorporating the Infringing Mark, and all colorable imitations thereof.

Axle Logistics is a third-party logistics company offering advanced logistics services, including truckload and less-than-truckload delivery, intermodal, tracking, routing, and warehousing services, to customers throughout the continental United States, Canada, and Mexico. Axle Logistics has been using its "AXLE LOGISTICS" trademark to identify itself as the source of supply chain management services, business management services, freight logistics management services, and transportation logistics services since 2012. Axle Logistics has invested significant time and resources in building the "AXLE LOGISTICS" brand over the last decade by delivering quality service in an efficient and customer friendly manner. Axle Logistics has built significant goodwill in its "AXLE LOGISTICS" marks through advertising, promotion, and hiring campaigns, including online and through social media.

4880-4437-0009

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • NORTH CAROLINA • SOUTH
CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

Axl Logistics LLC
March 23, 2023
Page 2

Axle Logistics has registered its "AXLE LOGISTICS" mark in conjunction with the above-identified services at the U.S. Patent and Trademark Office as following trademarks:

1. U.S. Trademark Registration No. 5,888,173 for the following design mark.



2. U.S. Trademark Registration No. 5,970,169 for the mark "AXLE LOGISTICS".

Copies of the certificates of registration are enclosed as **Exhibit 1**. Axle Logistics enjoys exclusive rights in its marks at least in conjunction with the services for which the marks were registered, namely, "Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services." In sum, Axle Logistics offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments.

Axle Logistics treats intellectual property enforcement as a serious matter and actively enforces its intellectual property rights. For example, Axle Logistics recently obtained a consent judgment and injunction against a third party for unauthorized use of the marks AXLE and AXLE PAYMENTS. *See* **Exhibit 2**.

It has come to our client's attention that your company is offering the same or similar services as those offered by our client under the mark "AXL LOGISTICS". A copy of your SAFER registration information is included as **Exhibit 3**. Your company's brokerage and freight services compete directly with our client's services, and the marks AXLE LOGISTICS and AXL LOGISTICS are confusingly similar. Your company's use of those words to offer services similar to our client's services is likely to create confusion among the consuming public.

Notwithstanding your company's infringing activities, our client is prepared to amicably resolve this matter with your company, provided that your company cooperates with our client and shows, to our client's satisfaction, that your company is willing to take corrective action. Our client demands that your company:

i. Cease and desist all current and future use of the "AXL LOGISTICS" mark (and any similar marks or colorable imitations thereof) on or in connection with your sales, and offers for sale, of any brokerage, freight, logistics, trucking, delivery, or other supply chain or related services;

4880-4437-0009

Axl Logistics LLC
March 23, 2023
Page 3

ii.     Delete any electronic advertising containing the Infringing Mark (and any similar marks or
        colorable imitations thereto) on its website(s), Google Ads or Analytics profile(s), or social
        media profiles;

iii.    Destroy all advertising containing the Infringing Mark (and any similar marks or colorable
        imitations thereto);

iv.     Provide our client with a full accounting of your company's sales and offers for sale of services
        under the Infringing Mark, as well as the proceeds therefrom, including the number of
        transactions, locations of sale or delivery, and revenues earned;

v.      Provide an accounting of profits under the Infringing Mark, in order to remit to our client
        damages for past sales; and

vi.     Certify in a written statement to our client that you have complied with the foregoing demands
        set forth in this letter.

        Please respond with the requested assurances and information no later than March 31, 2023.

        Axle Logistics considers your company's use of the Infringing Mark to violate our client's
trademark rights. If you do not agree to cooperate, our client will be forced to consider all available legal
recourse to protect its intellectual property rights, including seeking a declaration of rights in federal
court.

        This letter does not purport to be a complete statement of the facts or law, is without prejudice to
the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or
election of any claims or defenses that Axle Logistics, may have against any party with respect to the
foregoing.  Axle Logistics expressly reserves all rights under all applicable federal and state laws.

        Thank you for your immediate attention to this matter.

                                        Sincerely,

                                        BAKER, DONELSON, BEARMAN,
                                        CALDWELL & BERKOWITZ, PC

                                        Scott M. Douglass, Shareholder

SMD/jjl

Enclosures

4880-4437-0009

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**CASE NO. 22-CV-00173-TAV-JEM**

AXLE LOGISTICS, LLC,

      Plaintiff,

v.

AXLE PAYMENTS, LLC and BUSBOT,
INC.,

      Defendants.

_____/

**STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION**

On May 17, 2022, Plaintiff Axle Logistics, LLC ("Axle") filed its Complaint against Defendants Axle Payments, LLC and BusBot, Inc. ("Defendants"), alleging trademark and trade dress infringement, unfair competition and false designation of origin under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051, *et seq*. (the "Lanham Act"), and under the common law of the State of Tennessee, arising out of Defendants' unauthorized use of Axle's trademarks, including its registered AXLE LOGISTICS® and ® marks, which Axle has used continuously in U.S. commerce for over ten (10) years.

Each Defendant was properly served with the Summons and Complaint on June 8, 2022. *See* Dkt. 11.

Defendants and Plaintiff Axle now stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every statement, provision, order, and decree in the Stipulated Consent Judgment and Permanent Injunction.

NOW THEREFORE, on consent of Defendant Axle Payments, LLC, Defendant BusBot, Inc., and Plaintiff Axle Logistics, LLC, IT IS ORDERED, ADJUDGED, AND DECREED:

1.      Plaintiff Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with a principal place of business at 835 N. Central Street, Knoxville Tennessee 37917. Axle is the owner of the AXLE LOGISTICS marks at issue in this action.

2.      Defendant Axle Payments, LLC is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013

3.      Defendant BusBot, Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013.

4.      Defendants market and sell services in Axle's identical industry and market the same to customers similar to or identical with Axle's (the "Infringing Services"). The Infringing Services infringe Axle's rights in the AXLE LOGISTICS marks at issue in this action.

5.      This Court has subject matter jurisdiction over this Complaint under 15 U.S.C. §1121, 28 U.S.C. §§1331 and 1338.

6.      Additionally, this Court has supplemental jurisdiction over this Complaint under 28 U.S.C. § 1367(a), as the Complaint's state law claims are so related to the federal subject-matter claims raised herein that it forms part of the same case or controversy and derives from a common nucleus of operative fact.

7.      This Court has personal jurisdiction over Defendants because Defendants deliberately and intentionally marketed and sold, or caused to be marketed and sold, the Infringing Services in the State of Tennessee.

2

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants are subject to personal jurisdiction in this judicial district, and a substantial part of the events giving rise to this action occurred in this judicial district.

9.      Since 2012, Axle has provided its innovative and top-of-class 3PL, transportation and logistics services under its AXLE-formative marks, including but not limited to AXLE LOGISTICS, AXLE, ,  , and  (collectively, the "Axle Marks").

10.     Each of the Axle Marks is inherently distinctive and thus entitled to protection under the law.

11.     The United States Patent and Trademark Office ("USPTO") has issued multiple federal service mark registrations for the Axle Marks, including Registration Nos. 5,888,173 (the " '173 Registration") and 5,970,169 ( the "169 Registration") (collectively, the "Axle Trademark Registrations").

12.     Each of the Axle Trademark Registrations is valid, subsisting, and in full force and effect.

13.     Pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, the Axle Trademark Registrations provided Defendants with constructive notice of Axle's claim of ownership for the registered Axle Marks.

14.     As a result of Axle's widespread use and its advertising and marketing efforts for over ten (10) years, the Axle Marks have acquired a highly favorable reputation among the members of the trade and the consuming public and have become valuable symbols of Axle's goodwill throughout the United States, including in the State of Tennessee.

15.     Nearly ten (10) years after Axle's adoption and first use of its Axle Marks, Defendants began marketing, selling, and the Infringing Services under the confusingly similar names "Axle Payments" and "Axle" (the "Infringing Marks").

16.     The Infringing Marks used in connection with the Infringing Services infringe Axle's rights in and to the Axle Marks.

17.     Defendants' continued use of the Infringing Marks is likely to cause Axle irreparable harm including harming its goodwill and business reputation.

18.     Thus, the Court orders that each Defendant and its agents, servants, officers, employees, representatives, successors, assigns, attorneys, successors, and any and all persons acting in concert or participating with them, or any of their successors or assigns or any of them, are hereby permanently enjoined and restrained from directly or indirectly:

(a) using the marks "Axle", "Axle Payments", or any other reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation of the Axle Marks, as a trademark in commerce in any medium;

(b) advertising, marketing, offering for sale, providing or selling the Infringing Services in connection with the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same;

(c) using the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same, in any manner likely to cause others to believe that Defendants' goods or services are connected with Axle or are genuine Axle-licensed products or services;

4

(d) committing any other acts that may cause the purchasing public to believe that Defendants' goods and services are genuinely licensed by Axle or otherwise provided for the benefit of Axle;

(e) shipping, delivering, holding for sale, importing, distributing, returning, transferring, or otherwise moving or disposing of any materials falsely bearing the "Axle" or "Axle Payments" name or mark, or any other reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the Axle Marks; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparts (a)-(e) above.

19.     The Parties stipulate and agree that this Court has jurisdiction to enter the Stipulated Consent Judgment and Permanent Injunction and that this Court will have continuing jurisdiction for purposes of enforcing the Stipulated Consent Judgment and Permanent Injunction and for purposes of enforcing the Parties' underlying Confidential Settlement Agreement.

20.     The Parties further stipulate and agree that the U.S. District Court for the Eastern District of Tennessee will have personal jurisdiction over Defendants in any dispute involving this Stipulated Consent Judgment and Permanent Injunction, the parties' underlying Confidential Settlement Agreement, and any future violation of Axle's intellectual property rights by Defendants.

21.     Each Defendant irrevocably and fully waives any and all right to appeal the Stipulated Consent Judgment and Permanent Injunction.

22.     The Stipulated Consent Judgment and Permanent Injunction will remain in full force and effect unless and until modified by order of this Court.

5

23.   Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
_____
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**
LeAnna R. Wilson
_____
CLERK OF COURT

**STIPULATED AND CONSENTED TO BY**:

The parties and their counsel consent to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction and to the entry of the Stipulated Consent Judgment and Permanent Injunction.

**AXLE LOGISTICS, LLC**

By: s/Wade R. Orr
*(Name)* Wade R. Orr
*(Title)* Counsel for Axle Logistics, LLC
Date: September 16, 2022

**AXLE PAYMENTS, LLC**

By: s/Todd Marabella
*(Name)* Todd Marabella
*(Title)* Counsel for Axle Payments, LLC
Date: September 16, 2022

**BUSBOT, INC.**

By: s/Todd Marabella
*(Name)* Todd Marabella
*(Title)* Counsel for BusBot, Inc.
Date: September 16, 2022

*[Counsel's signatures on following page]*

6

s/Wade R. Orr
_____

Wade R. Orr – Tenn. Bar No. 27448
Michael J. Bradford – Tenn. Bar No. 22689
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street, Suite 1504
Knoxville, TN  37902
Telephone: (865) 546-4305
WOrr@Luedeka.com
MBradford@Luedeka.com

Zachary Eyster (*Pro hac vice*)
BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

Tayah Woodard (*Pro hac vice*)
SPERRY IP LAW d/b/a VIVID IP
3017 Bolling Way NE
Atlanta, GA 30305
tayah@vividip.com
(404) 474-1600

*Counsel for Plaintiff Axle Logistics, LLC*

s/Todd Marabella
_____

Scott M. Douglass (Tenn. Bar No. 031097
Seth R. Ogden (Tenn. Bar No. 034377
PATTERSON INTELLECTUAL
PROPERTY LAW, PC
1600 Division Street, Suite 500
Nashville, TN 37203
Tel.: 615-242-2400
Facsimile: 615-242-2221
smd@iplawgroup.com
sro@iplawgroup.com

Todd Marabella (*pro hac vice* to be filed)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
tmarabella@goodwinlaw.com

*Counsel for Defendants Axle Payments, LLC
and BusBot, Inc.*

7

○ USDOT Number  ○ MC/MX Number  ● Name

Enter Value: [ AXL LOGISTICS INC ]

[ Search ]

*Company Snapshot*
**AXL LOGISTICS INC**
USDOT Number: 3368409

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

---

**Other Information for this Carrier**

▼ SMS Results
▼ Licensing & Insurance

---

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/22/2023.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| **Entity Type:** | BROKER | | |
| **Operating Status:** | AUTHORIZED FOR BROKER Property | **Out of Service Date:** | None |
| **Legal Name:** | AXL LOGISTICS INC | | |
| **DBA Name:** | | | |
| **Physical Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA  94301 | | |
| **Phone:** | (800) 295-9737 | | |
| **Mailing Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA  94301 | | |
| **USDOT Number:** | 3368409 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-1079633 | **DUNS Number:** | -- |
| **Power Units:** | 0 | **Drivers:** | |
| **MCS-150 Form Date:** | 12/09/2022 | **MCS-150 Mileage (Year):** | |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

---

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 03/22/2023**

Total Inspections: 0

Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 02/24/2023* | 22.1% | 6.6% | 4.51% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

**Canadian Inspection results for 24 months prior to: 03/22/2023**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 03/22/2023**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&q...                2/2

ORIGIN ID:RNCA      (615) 726-5548
JEN LAVELY

1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 23MAR23
ACTWGT: 1.00 LB
CAD: 104595092/INET4580

BILL SENDER

TO  **AXL LOGISTICS LLC**

**AXL LOGISTICS LLC**

**855 EL CAMINO REAL**

**PALO ALTO CA 94301**
(615) 726-5548         REF: 031097 2962633-000004
INV:
PO:                                      DEPT:

FedEx
Express

**FRI - 24 MAR 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201   **7716 4116 2444**

**XW HGTA**        94301
            **CA-US**   **SFO**



FedEx Ship Manager - Print Your Label(s)

3/23/23, 10:54 AM

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

https://www.fedex.com/shipping/shipAction.handle?method=doContinue        1/1

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Lavely, Jen |
| Subject: | FedEx Shipment 771641162444: Your package has been delivered |
| Date: | Friday, March 24, 2023 3:02:09 PM |



# Hi. Your package was delivered Fri, 03/24/2023 at 12:54pm.



Delivered to 855 EL CAMINO REAL, PALO ALTO, CA 94301
Received by B.WARE

**OBTAIN PROOF OF DELIVERY**

| TRACKING NUMBER | 771641162444 |
|---|---|
| FROM | Jen Lavely |
| | 1600 West End Avenue |
| | Suite 2000 |
| | NASHVILLE, TN, US, 37203 |
| TO | Axl Logistics LLC |
| | Axl Logistics LLC |
| | 855 El Camino Real |
| | PALO ALTO, CA, US, 94301 |
| REFERENCE | 031097 2962633-000004 |

| | |
|---|---|
| **SHIPPER REFERENCE** | 031097 2962633-000004 |
| **SHIP DATE** | Thu 3/23/2023 07:13 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NASHVILLE, TN, US, 37203 |
| **DESTINATION** | PALO ALTO, CA, US, 94301 |
| **SPECIAL HANDLING** | Deliver Weekday |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |



## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.

**FOLLOW FEDEX**       

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:01 PM CDT 03/24/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# EXHIBIT 7

**BAKER DONELSON**

1 5    DIS N   ENUE SUITE  O  O   E PHIS, TENNESSEE 38103    1 5 6 2    bakerd  els  om

S  Tf M D U L SS SHAREH I DER
Di  t DI  t.    1 5    2 8
E Mail Address  sd uglass@baker  nels n  m

### FCOND NOTICE

Ma  24  0 3

<u>VIA FEDERAL E. PRE. .</u>

xl Logistic  Inc
855 F1  amin  R al St. 13   Ste 3
Pal    lt    94301

**RF.    Axl Logistics In  's Infring ment  f Axle L gistics, LLC s Trademarks
Our Docket No . 2962633 16**

T   h m it ma  c ncern

We repr sent    le L gistics LLC (" I L gistics") in its int llectual pr perty matters    le Logisti s is a Tennessee compan   that pro ides supply chain, logi tics and frei ht management services.

Thi  letter c ncerns   ur c mpan s infringing use  f t e    L L GISTICS  mark and d ri at on. th    f (c llectvel the Infringing Mark )  xl  L gistics demands that  xl L gistics Inc. and its affiliate. ( xl L gistics In    r   u  c mpany ) immediatel c ase and desist use   f the Infringing Mark, all d  igns inc rp rating the Infringing Mark, and all col rable imitati ns ther  f

le L gistics is a third party l gistics c mpan   ffering ad anced logistics ser ices, including tru kload and less than tru kl ad d li ery, int rm d l, tracking routing and   arch using ser ic s, t custom rs throughout the continental United States  anada and Mexico  xle Logistics has been using its   LE LOGISTIC S  trademark to identify itself as the s urce of suppl chain management ser ices bu iness management ser ices  frei ht logistics management ser i es  and transp rtati n l gistics s rvices since   01  A le Logistics has in est d signifi ant time and resourc s in building the  A LE L OGISTICS  brand   i the last decade b  deli ring qualit  ser ice in an efficient and cust mei fri ndl  manner    le L gistics has built si nificant g od ill in its  AXLE L GISTICS' marks through ad ertising, piom ti n an  hiring campaigns, in luding  nline and thi ugh s cial m dia

48   1424 1126

 LAB  M    FL RID    E R I  L UISI N    R LAND   ISSI SIPPI N RTH    R LIN  S UTH
        R LIN  TENNESSEE TE  S  IRGINI   SHINGT N D

Ax1 L gist s Inc.
Ma  4,  0 3
Page 2

xl  Logistics has  gistered it   -XLE  LOGISTICS  mark in conjuncti n   ith the ab
identified servi   at the U S Patent and T ademark Offic  as f llo ing trademarks

1   U.S. Trademark Regi tration No.  888 1 3    the f ll  ing desi n mark.

# LOGISTICS

U S. Trademark Registration No  5  01  f i t  e mark     LE L GI TI S .

C  pie  th certifi tes  f gistrati    are  i sed as Exhibit 1  Axle Logistics enjo s
x lusi  rights  ts mark, at least   e nj n ti n  ith the services f r  hich the marks  re
 gist  d, n ey,  Supp   ain mana m  n  ser c s  Business  management ser es  named
managing l3    ers  l g sti s supp  chan ser i c , suppl  chain  isibility and s nchi om ati n,
suppl  an  m  f r asting an  preduct istri ti n  pr cesses f  t ers, Freight logisti s
managem   Transp    ti n logistics  ervi e named , arranging the transportati n f goods for  thers
Transp   o  og  se r  es named  planning and s heduling shipments for u  rs of transp rtati n
s rvi  s  p  um  Axl  Logisti    ffers shipping tru ling  freight and deli er  ser ices t  ensure
timel  deli ry of all mann r f  mmerci l pr ducts and shipments

It has  me t  ou client's attention that  u   mpan is  ffering the same  i similar ser ices as
th se  ffered b  ou  client under the mark,  L LOGISTI S  A  py of  ur S FER registration
inf rmati n i in luded as Exhibit 3.  our  mpany s brokerage and freight services c mpete directl
 ith  ur client s ser ic s and the marks   LE L GISTICS and A  I LOGISTICS are confusingl
similar.  our compan 's use f th se rd t   ff t ser ic s imilar to ur client's ser ices is lik l t
create c nfusi n am ng the c nsuming publi

N t  ithstanding  ur c mpany s infringing acti ities our client is prepared t  amicabl r s l
this matter  ith our c mpany , pro ided that  ur c mpan c oper t s  ith ur client and sh  st  u
cli nt s atisfa tion that y ur c mpan is  illing t tal c rre ti e acti n  Our client d mands that  ur
mp n

C ase and desist all current and futur use  f th '  L LOGI TICS  mark (and an  similar
marks or c lorable i itati ns ther  f) on  r in  nnecti n  ith  ur sales and  ffers f r sale of
an  br kerage freight logistics tru kin  deli er   r ther suppl  chain  r relat d s  ices

48   1424-1 2

xl L gistic sn
May 4  0 3
Page 3

    ii.    Delete an  electronic ad ertising c ntaining the Infringing Mark (and an  similar marks
             lorable imitati ns ther t ) n its  eb ite s  G ogl  Ads  i nal ties pr files , or s ial
             media profiles

    iii.    Destr   all ad erti ing c ntaining the Infringing Mark and an  similar marks  r c l rable
             imitations theret )

    i    Pr  ide our cli nt with a full ac ounting of  our c mpan s sales and  ff as f r sale  f s  ices
           under the Infringing  ar , as   ell as the  pr c ds ther fr m  ncluding the numb   f
           transacti ns  r ati ns of sale  r deli ery and re enues earned

         I r  ide an ac ounting of profits under the Infringing Mark  in  rd r t  remit to  ur cli nt
         damages f r past sales and

    i.    C rtify in a written stat ment t  ur cli nt that  ou ha   complied  ith the f r g ng demands
           set f rth in thi  letter

         Please resp nd  ith the requested assurances and inf rmati n n  later than Ma  31   3

           le Logistics c nsid rs  ur c mpan s use  f the Infringing Mark t  iolate  ur client's
trademark rights If  ou do not agr e to c  perate  ur  lient  ill be f r ed to c  nsider all a ailable legal
r c urse t  pr t ct it int llectual pr perty rights  including seeking a declaration of rights in federal
court

        This l tt r d  s n t purport t  b  a c mplete statement of the fa ts or la  , i  ith ut pr judice t
the equitable rights of  xle Logistics and shall not be deemed t  b  a  r t relinquishment, or
election f an  claims  r defenses that A xle L gistics may ha e a ainst any party  ith r spect t  th
f ng ng  Axle L gistics expre sl  reser es all right  under all applicable f deral and stat  laws

        Than  ou f r  ur immediat  attenti n to this matter.

                    Since el ,

                    B KER, DONELSON BEARM N,
                    C ALDWELL & BERKOWIT   PC

                    S tt M. D uglass, Shareh lder

SMD smh

Encl sures



# United States of America
## United States Patent and Trademark Office

## LOGISTICS

**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl. 35**

**Service Mark**

**Principal Register**

XXXX Logistics LLC (TENNESSEE LIMITED LIABILITY COMPANY)
52XX Summit Hill Dr Ste 1005
KnXXXille TENNESSEE 3XXX022012

CLASS 35. Supply chain management services, namely, arranging the transportation of goods for others; logistics reverse logistics services, namely, supply chain visibility and synchronization, and forecasting and distribution points for others, namely, logistics management, transportation logistics services, namely, arranging the transportation of goods for others; reverse logistics services, namely, planning and management of shipments for users of transportation services

The mark consists of the words "XLE LOGISTICS" in a stylized font with the word "XLE" above the word "LOGISTICS". To the left of the literal element has a triangle within a triangle with the larger triangle being comprised of an angle and a top XXX of the title are visible gap within its format

No claim is made to the exclusive right to use the following apart from the mark as shown "LOGISTICS".

SER. NO. 88-4XX31, FILED 0X-2X-19



Director of the United States
Patent and Trademark Office

# United States of America

### United States Patent and Trademark Office

## AXLE LOGISTICS

**Reg. No. 9 0169**

**Registered Jan. 28, 2020**

**Int Cl . 3**

**Service Mark**

**Principal Register**

xle Logistics LL ( E SSEE II ITE LI BILIT C MP NY)
52 S it Hill Dr St 100
I ox ille, TENNESSEE 3 90 012

L S 35 Supply chain ma ag ment service , Busine s management r ices cty managing t gust re ense l gistics suppl chain se fo e appl hain iability and s ichr n zati n suppl and dem nd forecast ng and produ t stributi n process s for oth rs, F ght l gistics n nag m nt. Tra p tation l gistics s rvic s nam l ng ig th tran b rt ti n f g dy f r th rs. Tra sp rt tion logistics r ices, nam l pla ning and scheduling shipments f r users f transp ti n service

FIRST USE 2 28 2012, (N C MMER E 2-28 2012

THE M RK NSI TS OF ST ND RD CH R CTERS ITHOUT L )M T N P RTI L F NC. T E SIZE R L R

N claim is ad t the xclusi right to e the foll ng ap t fr m th rk as sh n, LOGISTI S"

SER N 8 4 ,318, FII ED 6 03 2018



Direct r f the United States
Pat nt and Trad mark ffice





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CASE NO. 22 CV 001 3 TAV-JEM

XLE LOGISTICS LLC

    Plaintiff

A LE PAYMENT LLC and BUSBOT INC

    Defendant

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

On May 1 20  Plaintiff xle Logistics, LL ("xle") filed its Complaint against Defendants xle Payments LLC and BusBot, Inc. ("Defendants") alleging trademark and trade dress infringement unfair competition and false designation of origin under the Trademark Act of 1946 as amended 15 USC § 10 1 *et seq* (the "Lanham Act" and under the common law of the State of Tennessee arising out of Defendants unauthorized use of xle s trademarks including its registered AXLE LOGISTICS and ▲ **XLE** ✈ (re)® marks which Axle has used continuously in U commerce for at least n (10 ears.

Each Defendant as properly served with the Summons and Complaint on Jun 8, 0 *see* Dkt. 11

Defendants and Plaintiff Axl n stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction to it prompt entry by the ourt, and to each and every statement, pr is on, idol and decree in the Stipulated Consent Judgment and Permanent Injunction.

N    THEREFORE, n c nsent  f D fendant  Axle Pa ments LL    D f ndant BusB t, Inc , and Plaintiff   le L gistics LLC  IT IS  RDERED   DJUDGED  ND DE REED.

1.    Plaintiff  xle is a li ited liabilit  compan  organi ed and  xisting under the la s of the State of T ennessee   ith a principal place  f business  at 835 N  C ntral Str  t, Knox ille  T nnesse 3 91   xle is the  ne  of the   XLE LOGIST CS marks at issue in this a ti n

2.    Def ndant   xle Pa ments LL   is a limited liability compan   organized and existing under the la s  f the State  f Dela are  ha ing its principal place  f business at   5 Huds n Stre t  Fl  r  N   ork N  10013

3.    Defendant BusB t Inc  is a corp rati n  rganiz d and e isting under the la s of t e State  f Dela are ha ing its principal plac  of business at  05 Huds n Str  t, Fl  r  Ne   rk N  1 013.

4.    Defendants mar et and  ell ser ices in  Axle s identical industr  and mar et the sam  t ustomers similar t  r identical  ith  xle s the ' Infringing Services'  The Infringing Ser i  s infringe   le s rights in th   AXLE LOGIST CS marks at issue in this a ti n.

5.    This C urt has subje t matter jurisdiction o er this C mplaint under 15 U S C §1121  28 U S  §§1331 and 1338

Additi nall  thi  Court has supple ental jurisdiction   er this C mplaint und r 28 U.S.C. § 13  (a) a th  C mplaint s stat  la  claims ar s  relat d to the feder l subject matter claims raised herein that it f rms part  f the same  ase or  ntro ers  and deri es from a c mmon nu leus of operati e fact

This   urt has pers nal jurisdicti n o er Defendants  because  Def ndants deliberatel  and intenti nall  marketed and s ld o  caused t  be market d and sold th  Infringing S i lces in the Stat  of Tenn  s e

8      enue is pr p r in this C urt pur uant to  8 U.S.   § 1391 because Defendant. are subj ct to pers nal jurisdicti n in this judi ial distri t and a substantial part  f the e ents g ing rise to this acti n  ccurr d in this judi ial district

9      inc 201 ,  xle ha pr ided its inn ati  and t p f clas 3PL transp rtation and l gistics ser ices und r its   LE f rmati e marks. including but n t limit d t  A  LE LOGISTICS  LE,   XLE       o ti es and    (collecti l the ' xle Marks")

10.      Each  f th  xle Marks is inherently distincti e and thus entitled to rot cti n under the la

11      The United States Patent and Trademark  Office  U PT  ) has issued multiple f d ral s t i  mark registrati ns f r the  xle M rks including Registration Nos 5 888 1 3 the   3 Registrati n  and 5 9 01 9  the  9 R gistrati n  c llecti el the  xle Trademark Registrati ns').

12.      Ea h  f th  xle Trademark Regist ations is alid, subsisting and in full f r  and effect.

13      Pursuant t Secti n   f the Lanham  ct 15 S C § 10 2 the Axle Trademark r egistrati ns pr ided Defendants  ith c nstructi e n tice of  xle s claim  f o ner ship f t the r gi tered  xle Marks.

14      As a result f  xle s  idespread u e and it. ad ertising and marketing eff rts f r   r t n (10)  ars th   le Marks ha e acquired a highl fa rable r putati n am ng the memb rs  f the trad  and th c nsuming public and ha e b c me  aluable s mbols of  xle's g d ill thr ugh ut the Unit d tates, including in th  State  f Tenn s

3

1    N il ten (10  ears after  xle s adopti n and first us  f its  le Marks, Defendants b gan marketing, selling and the Infringing Ser ices under the c nfusingl  similar nam s  Axl  Pa ments" and " xle" the "Infringing Mail s )

1    The Inflingin  Marks used in  nnecti n  ith the Infringing  r ic s infringe xle's rights in an t  the  xle Mark

1    Defendants  ntinued use  of the Infringing Marks is likel  t  cause  xle irr parable harm in luding harming its g d ill and business reputation.

18    Thus the C urt rders that each D f ndant and its agents ser ants  officers, empl e s representati e  success rs assigns atto ne s, uccess rs and an  and all p rson acting in c n t r participating  ith them or an  of their succ ss rs r as ign  r an  f them are hereb  permanentl  enjoined and restrained fr m dir ctl  r indir ctl .

(a) using the marks  xle "  xle Pa ments  or an  other r produ ti n,  unterfeit, cop c nfusingl  similar  ariant  r c l rable imitati n  f the  xle Marks as a trad marl in c mmerce in an  medium

(b ad ertising marketing offering f r sale pro iding or selling the Infringing Ser i es in  nnecti n  ith the  le Marks or an r producti n, counterf it c p  c nfusingl  similar ariant  r c lorable imitati n  f th  am ;

c  using the  xle  arks,  r an  r production, counterf it c p  c nfusingl  similar ariant  r colorable imitation  f the same, in an  mann r hi h  to cause others to belie e that Defendants  g ods r ser  es are c nnected  ith  xl  r are genuine  xle licensed products or ser ices

4

d c mmitting an     ther a ts that may cause the purchasing public t  belie e that Def ndants' g d. and ,er ice ar genuinel li ensed b     l  r  therwise pr vided f r the bene it of  xle

(e) shipping, deli ering, h lding f r sale, imp rting distributing, returning, transf rring, r otherwise mo ing r disp sing of an  materials falsel  bearing the "Axle or " le l a ments ' name r mark  or an    ther repr ducti n counterfeit c p  confusingl  similar  atiant r col rable imitati n  f the  xle Marks and

f) assisting aiding  r abetting  ny other person  r busin ss entit  in engaging in or perf rming an  of the acti ities ref rred t  in subparts (a  (e) ab  e.

1    The Parties stipulate and agre  that this C urt has jurisdi ti n t  enter the Stipulat d C nsent Judgm nt and Permanent Injuncti n and that this C urt  ill ha e c ntinuing jurisdi tion f r purp ses of enforcing the Stipulated Con ent Judgment and Permanent Injunction and for purpos s  f enf rcing the Parti s  underl ing C nfidential Settlement  greement.

0.    The Parties further stipulate and agr e that the U S  District C urt f r the Eastern Distri t  f Tennessee  ill ha e per onal jurisdicti n  er Defendants in an  dispute in ol ing this Stipulated   nsent Judgment and P rmanent Injuncti n, th  parties' und rl ing C nfid ntial Settlem nt  gre ment  and an  future  iolati n  f Axle s int llectual pr perty rights b  Defendants.

1    Each Def ndant  ire  cabl  and full   ai es an  and all  ight to appeal t e Stipulated C ns nt Judgment and Perman nt Injuncti n

2.    The Stipulated C ns nt Judgment and Permanent Injuncti n  ill remain in full f rce and eff ct unless and until m dified b   rd r  f this Court.

5

3    Other than as agreed upon in the parties  Confidential Settlement  Agreement  the

parties  will bear their  n fees and  ost in  onn  ti n  ith this action.

**IT IS SO ORDERED**

_s  Thomas A.  allan_
UNITED STATES DISTRICT JUDGE

**E TERED AS A JUDGMENT**
Le nna R. ilson
CLERI  F  URT

**STIPULATED AND CONSENTED TO BY**

The parties and their counsel c nsent to the t rms and  n tions  f this Stipulated  nsent

Judgment and P rmanent Injuncti n  an  to th  nti  f the Stipulated  nsent Judgment and

P rman nt Injuncti n

AXLE LOGISTICS LLC

B  s  ade R  Orr
  _ame)_   ad  R  rr
  _itl_    C unsel f r  xl  L gistics LLC
Date     September 1  0

AXLE PA ME TS LL

B   s/T dd Marabella
  _a  e)_ T  d Marabella
  _(Til )_ C  unsel f r  le Pa ments, LLC
Date    September 16  0

**BUSBOT IN**

B   s/Todd Marabella
   )T dd Marabella
  _(T tl )_ C uns  f r BusBot, Inc
Date    September 16

[C z    s  r  ur  on  ll wi g p g ]

6

s ade R Ori
ad R rr T nn Bar N 2 448
Micha l J Br df rd Tenn Bar N . 2 8
LUEDEI NEEL GROUP, P C.
00 S Ga Sue t, ute 1504
Kn x ille TN 3 90
T l ph n (8 5 4 4305
W ir@Luedeka com
MBradf rd@Lu deka c m

acha E ster ( ac vice)
BEI ARES ELIE ER LLP
8 0 Pea htree Rd #51
tlanta G 30305
s t@f underselegal c m
Teleph n 404 3 3 86

Ta ah W daid ( h c vi )
SI ERR IP LA d b a I ID IP
3 J B ling a NE
Atlanta G 30305
ta ah@ i idip com
404 4 4 1 0

*C u l P t t Ax L gis IL*

s/T dd Marabella
Sc tt M Douglass Tenn Bar No 031
Seth R gd n (Tenn Ba N 0343
P TTERS N INTELLECTU L
PROPERTY LA PC
1 00 Di ist n Street Suit 50
Nash illa TN 3 03
1 el.. 1 4 2400
Fa simile. 15 24 221
smd ipla group c m
si ipla gi up c m

T dd Marabella (p c w e t be filed)
GOODWIN PR CTER LLP
100 N rthern A nue
B ston MA 0 10
T I. 1 5 0 10 0
F x ( 1 5 3 1 31
tmarabella@ d nla c m

*u l e d ts Ax Fa t LL
an Bu , I c*

X            3

E   HIBIT



## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

Crashes reported to MCS . . . as of r 24 m ths p o t · 03/22/2023

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

Canada in inspector res R f 24 o th p l r 0 /22/2023

## ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

The rat g b l l o nt . · 03·22·202

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:NQAA      (615) 726-5671
SCOTT DOUGLASS

165 MADISON AVENUE
SUITE 2000
MEMPHIS, TN 38103
UNITED STATES US

SHIP DATE: 24MAY23
ACTWGT:
CAD: 104595092/INET4610

BILL SENDER

TO

**AXL LOGISTICS INC.**
**855 EL CAMINO REAL ST. 13-A STE 322**

**PALO ALTO CA 94301**
(615) 726-5671           REF. 015676 2962633-000016
INV.
PO                        DEPT

503.02/2BC3/FE2D



FedEx
Express

E

**THU - 25 MAY 4:30P**
**STANDARD OVERNIGHT**

TRK#
0201    **7722 4547 2753**

**XW HGTA**          **94301**
              CA-US    **SFO**

**After printing this label**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

5/24/23, 3:28 PM

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

December 20, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772245472753

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | V.LARRY | Delivery Location: | |
| Service type: | FedEx Standard Overnight | | |
| Special Handling: | Deliver Weekday | | PALO ALTO, CA, |
| | | Delivery date: | May 25, 2023 12:32 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 772245472753 | Ship Date: | May 24, 2023 |
| | | Weight: | |
| Recipient: | | Shipper: | |
| PALO ALTO, CA, US, | | MEMPHIS, TN, US, | |
| Reference | 015676 2962633-000016 | | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this

shipment.  Please check again later for a signature.

Thank you for choosing FedEx

# EXHIBIT 8



Axl logistics

Images  Tracking  Careers  Perspectives  Phone number  Locations  News  Videos  Load board lo  All filters ▾  Tools  SafeSearch ▾

About 8,790,000 results (0.37 seconds)

Including results for **Axle logistics**
Search only for Axl logistics

Axle Logistics
https://axlelogistics.com
**Axle Logistics - Build Your Empire | Axle Logistics**
**Axle Logistics** stands out in a crowded industry because we provide unrivaled customer service and relentless dedication to optimize supply chain efficiency.
Careers · Contact · Carrier · About

axlme.com
https://axlme.com
**AXL LOGISTICS - CARGO FREIGHT DISTRIBUTION**
**AXL logistics** is a self-service shipping platform for less-than-truckload (LTL) or full- truckload (tl) SHIPPERS . With its simple, user-friendly interface, AXL ...
Shippers · Carriers · Asset base · Technology

## People also ask

What does Axel logistics do?

Who owns Axle Logistics?

What are the benefits of working at Axle Logistics?

Feedback

Axle Logistics
https://axlelogistics.com › about
**About**
**Axle Logistics** is a non-asset based, third-party logistics (3PL) company with a focus on facilitating safe, reliable, advanced logistics services ...

X (Twitter)
https://twitter.com/AxleLogistics
**Axle Logistics (@AxleLogistics) · X**



12 Days of Axle: A series to celebrate a year of success.

Our carrier partners drive the economy forward. Thank you for being a crucial part of our journey towards excellence. Here's to many more shipments in 2024! 🎉🚚

Posted on X · 23 hours a...



12 Days of Axle: A series to celebrate a year of success.

Cheers to all 65 hardworking individuals who hustled and leveled up this year. Your dedication has paid off. #tothestars 🎉💪

Posted on X · 2 days ago



12 Days of Axle: A series to celebrate a year of success.

It's #nationaluglysweaterday so for Day 4 we are recognizing the 4 winners of our Ugly Christmas Sweater Contest! Let us know your favorite!

Posted on X · 3 days ago



Axle Logistics

4.5  654 Google reviews

Logistics service in Knoxville, Tennessee

**Address:** 835 N Central St, Knoxville, TN 37917
**Phone:** (800) 693-1779
**Hours:** Open 24 hours ▾

Suggest an edit · Own this business?

Questions & answers                     Ask a questio
See all questions (4)

Popular times ⓘ

MON  TUE  WED  THU  FRI  SAT  SUN

◯ Live: Not busy

3a  6a  9a  12p  3p  6p  9p

Reviews ⓘ          Write a review   Add a phot

"Booked a load with Will White gave me best **price** on the regular lane we run."

"Great brokerage with great **service**, great **communication** and nice **people**."

"This **company** has refused to refund lumper fee that my **driver** paid for."

View all Google reviews

Profiles

LinkedIn  Facebook  X (Twitter)  Instagram

People also search for                  View 15+ mc

 LinkedIn · Axle Logistics
9.8K+ followers

**Axle Logistics**

We are a one-stop shop offering competitive pricing and a confident, single point of contact for every customer. We are constantly looking for driven business ...

 Facebook · Axle Logistics
1.6K+ followers

**Axle Logistics | Knoxville TN**

Join the game-changers at **Axle Logistics**! Seeking driven individuals who are ready to redefine logistics. Embrace the energetic, innovative, and success-driven ...

 Department of Transportation (.gov)
https://safer.fmcsa.dot.gov › query

**SAFER Web - Company Snapshot AXL LOGISTICS INC**

Entity Type: BROKER. Operating Status: AUTHORIZED FOR BROKER Property, Out of Service Date: None. Legal Name: **AXL LOGISTICS** INC.

 Instagram · axlelogistics
2.6K+ followers

**Axle Logistics (@axlelogistics)**

3rd Party Logistics | Knoxville & Chattanooga TN #BuildYourEmpire · Join the game-changers at **Axle Logistics**! Seeking driven individuals who are ready to.

 TN.gov
https://www.tn.gov › ecd › news › 2023/11/28 ›

**Governor Lee, Commissioner McWhorter Announce Axle ...**

Nov 28, 2023 — **Axle Logistics** will create 651 new jobs in Knox County over the next five years, nearly tripling its total headcount in Tennessee. As part of ...

 TTNews
https://www.ttnews.com › articles › axle-logistics-tenn...

**Axle Logistics Invests $37.9 Million to Expand in Tennessee**

Dec 6, 2023 — **Axle Logistics** is a third-party logistics company serving transportation customers across the U.S., Canada and Mexico from its base in Knoxville ...

## Related searches

| | |
|---|---|
| Axl logistics tracking | axl logistics **inc** |
| Axl logistics locations | **axle** logistics **carrier setup** |
| Axl logistics phone number | **axle** logistics **locations** |
| Axl logistics careers | **axle** logistics **load board login** |

More results ⌄



| Total Quality Logistics | Skyline Transport... Inc. | Hybrid Logistics | BIR Transport Co | Expeditor |
|---|---|---|---|---|
| Logistics service | Trucking company | Logistics service | Trucking company | Freight forwarding service |

About this data                                                    Feedba

# EXHIBIT 9



# 1-800-AXL-9737

*Your Ultimate Companion for your shipping needs, call us !*

FREIGHT AT FULL SPEED





**SHIP FREIGHT**

AXL Logistics Balance capacity, rate fluctuations and service more efficiently by leveraging our centralized marketplace. We've built relationships with many carriers, owner operators and private fleets to match with more than 1,000 freight shipments every day. This means we can move your freight any time or anywhere.





**FULL TRUCKLOAD**

We leverage our close relationships with thousands of carriers to get you access across all equipment types—owner-operators, nationwide fleets and everything in between like: dry van, refrigerated / temperature controlled, open deck, flatbed, RGN, step-deck, over-dimensional and heavy haul.





**CROSS-BORDER FREIGHT**

We take the time to learn your cross-border supply chain, then build capacity solutions with trusted providers to help execute it. AXL Logistics can facilitate every step of the cross-border process, from sourcing carriers to coordinating with customs brokers on your behalf.

# CARRIER PACKET -JOIN TEAM A X L 1-800-295-9737

Quickly browse, negotiate, book, track and invoice loads on any of our easy-to-use technology channels. Plus, when you need to talk to a AXL logistics specialist, we're just a phone call away.  Life on the road is tough; let us make it easier. Rely on your specialist to know the loads you want, find opportunities that fit your network and stand by you when things get tough. We're here to help you grow with a variety of dedicated opportunities.

AXL CARRIER PACKET 2020 (docx)

# SERVICES



**Transportation**

No matter how you prefer to manage your business, we have you covered. You can call or message a specialist who can access our proprietary technology platform on your behalf, or log into our on-demand web portal or download our AXL Logistics mobile app. Get the instant access you need to do everything from book loads to submit PODs. Learn more about **our tech tracking options for carriers**.





Managed Supply Chain

As the market fluctuates, your supply chain must adapt instantly, which means you need more than just a transportation management system (TMS). Without a 3PL who can configure a solution to support your needs, you'll be stuck dealing with cost volatility and service disruptions. We help you achieve end-to-end network execution, real-time

+ Show More





**Become a Customer**

Access scalable dedicated fleets that can quickly adapt to short-term market volatility. AXL Logistics private and dedicated fleet services bring you the dependability of professional drivers on set schedules, without the expense of ownership. Do you have your own fleet? AXL logistics can identify back-haul matches to help you eliminate empty miles and turn your deadhead into profit.

AXL LOGISTICS IS A SELF-SERVICE SHIPPING PLATFORM FOR LESS-THAN-TRUCKLOAD (LTL) OR FULL- TRUCKLOAD (TL) SHIPPERS . WITH ITS SIMPLE, USER-FRIENDLY INTERFACE, AXL LOGISTICS ELIMINATES REPETITIVE WORKFLOWS AND SPEEDS UP SHIPPING WITH AN EFFICIENT, FOUR-STEP PROCESS, GIVING YOU TIME BACK TO FOCUS ON YOUR BUSINESS.

CALL US TODAY TO KNOW MORE 1-800-295-9737

COPYRIGHT © 2020 AXL LOGISTICS INC  - ALL RIGHTS RESERVED.

OUR GOAL IS YOUR SUCESS

# EXHIBIT 10

| | |
|---|---|
| **From:** | Douglass, Scott |
| **To:** | axldispatch@gmail.com |
| **Cc:** | Lavely, Jen; Douglass, Scott |
| **Subject:** | Transmittal of Final Cease and Desist Letter to Axle Logistics Inc. - Our Docket No. 2962633.16 |
| **Date:** | Friday, December 1, 2023 1:09:16 PM |
| **Attachments:** | 4875-1324-8148 v.1 Third Cease and Desist Letter - Axl Logistics Inc. - 2023.12.01.pdf |
| | Axl Logistics - Previous Letters.pdf |
| | Axle Logistics - Axle Logistics Inc (CA) - Complaint.pdf |

**RE:    CEASE AND DESIST – FINAL NOTICE**
**AXL LOGISTICS INC.'S INFRINGEMENT OF AXLE LOGISTICS, LLC'S**
**TRADEMARKS**
**OUR DOCKET NO.: 292633.16**

Dear Mr. Pannu:

This is to follow up on our phone conversation on November 15, 2023. We attach a final cease-and-desist letter regarding Axl Logistics Inc.'s infringement of Axle Logistics, LLC's trademarks. Also attached are the previous two letters sent to you.

Lastly, I have included a draft Complaint in the event that we cannot get immediate resolution of the issues raised in our March 23, 2023 letter.

**Scott M. Douglass**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct: 901.577.2258
Mobile: 615.924.0514
Email: sdouglass@bakerdonelson.com
www.bakerdonelson.com

Baker Donelson represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina,
South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

# BAKER DONELSON

165 MADISON AVENUE, SUITE 2000 MEMPHIS, TENNESSEE 38103• 901.526.2000 • bakerdonelson.com

SCOTT M. DOUGLASS, SHAREHOLDER
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

<u>**FINAL NOTICE**</u>

December 1, 2023

<u>**VIA FEDEX & EMAIL**</u>

Axl Logistics Inc.
c/o Sameer Singh Pannu
855 El Camino Real St. 13-A Ste 322
Palo Alto, CA 94301

Axl Logistics Inc.
c/o Sameer Singh Pannu
125 W 9th St. Suite 146
Tracy, CA 95376

axldispatch@gmail.com

**RE:    Axl Logistics Inc.'s Infringement of Axle Logistics, LLC's Trademarks**
**         Our Docket No.: 2962633.16**

Dear Mr. Pannu or other concerned person:

We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters. We spoke on the phone on November 15, 2023. This is to follow up on that conversation. I reminded you that we had sent two letters to your client. You indicated that you do not think your company's name, "Axl Logistics Inc.," infringes Axle Logistics' name because they are "different." You indicated you would look into the matter further and call us back the week after Thanksgiving. As of today, we have not heard from you.

Axle Logistics, LLC disagrees with your assessment that there is no infringement or no likelihood of confusion between your mark and Axle Logistics, LLC's mark. As explanation for my client's position, I have enclosed for your reference the two previous letters we sent to you (I also mentioned these when we spoke). The first was sent on March 23, 2023, and the second on May 24, 2023.

Axle Logistics considers your company's infringement to violate Axle Logistics' trademark rights. Axle Logistics hereby demands that your company comply with the demands set forth in our first letter dated March 23, 2023. If you do not agree to cooperate, our client will be compelled to protect its

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MARYLAND • MISSISSIPPI • NORTH CAROLINA • SOUTH CAROLINA • TENNESSEE • TEXAS • VIRGINIA • WASHINGTON, D.C.

Axl Logistics Inc.
December 1, 2023
Page 2

intellectual property rights. Enclosed for your information is a draft complaint that demonstrates the claims my client may against your company.

      This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics may have against any party with respect to the foregoing. Axle Logistics expressly reserves all rights under all applicable federal and state laws.

      Thank you for your immediate attention to this matter.

                       Sincerely,

                       BAKER, DONELSON, BEARMAN,
                       CALDWELL & BERKOWITZ, PC

                       Scott M. Douglass, Shareholder

SMD/jjl

Enclosures

**BAKER DONELSON**

1 5   DIS N   ENUE SUITE  0  0   E PHIS, TENNESSEE 38103    1 5 6 2   bakerd els   om

S  TT M  D  U  L SS SHAREH  I DER
Di  t DI  t   1 5    2 8
E Mail Address  sd uglass@bak  r  nels n  m

**FCOND NOTICE**

Ma  24   0 3

<u>VIA FEDERAL E. PRE.</u>

xl Logistic  Inc
855 F1  amin   R al St. 13   Ste 3
Pal   lt ,   94301

**RF.    Axl Logistics Inc 's Infring ment  f Axle L gistics, LLC s Trademarks
      Our Docket No . 2962633 16**

T   h m it ma  c ncern

We repr sent   le L gistics LLC ("  l  L gistics") in its int llectual pr perty m tters   le Logisti s is a Tennessee compan  that pro ides supply chain, logi tics and frei ht management services.

Thi letter c ncerns   ur c mpan s infringing use  f t e    L L GISTICS  mark and d ri ati n. th    f (c llectvel  the Infringing Mark )   xl  L gistics demands that  xl L gistics Inc. and its affiliate. ( xl L gistics In   r   u  c mpany ) immediatel  c ase and desist use   1 the Infringing Mark, ll d   igns inc rp rating the Infringing Mark, and all col rable imitati ns ther f

  le L  gistics is a third party l gistics c mpan   ffering ad anced logistics ser ices, including tru kl ad and less than tru kl ad d li ery, int rm d l, tracking routing and   arch using ser ic s t  custom rs throughout the continental United States   anada and Mexico  xle Logistics has been using its   LE LOGISTICS  trademark to identify itself as the s urce of suppl  chain management ser ices  bu iness management ser ices  freight logistics management ser i es  nd transp rtati n l gistics  s rvices since   01   A le Logistics has in est d signifi ant time and resourc s in building the  A  LE L OGISTICS  brand   1 the last decade b  deli ring qualit  ser ice in an efficient and cust mer fri ndl  manner   le L gistics has built significant g od ill in its  AXLE L GISTICS' marks through ad ertising, prom ti n an  hiring campaigns, in luding  nline and thr ugh s cial m dia

48  1424 1126

 LAB M   FL RID    E R I  L UISI N    R LAND   ISSI SIPPI  N RTH   R LIN  S UTH
           R LIN  TENNESSEE TE S IRGINI    SHINGT N D

xle Logistics has registered its AXLE LOGISTICS mark in conjunction with the above identified servi at the U S Patent and Trademark Offic as f llo ing trademarks

1 U.S. Trademark Regi tration No. 888 1 3 the f ll ing desi n mark.

AXLE
LOGISTICS

U S. Trademark Registration No 5 9 0 1 9 f r the mark LE L GI TI S .

C pie th certificates f registratio are e l sed as **Exhibit 1** Axle Logistics enjoys exclusi e rights its mark at least [illegible] c nj ti n with the services f r hich the marks ere r gist r d, [illegible] "Supply chain ma g m t ser ces Busines management ser i es namel managing [illegible] erse logisti s supply chain ser , suppl chain isibility and s nchroni ati n, suppl and [illegible] f recasting and product distribution pr cesses f r t ers, Freight logisti s manag m [illegible] Transp t n logistics ervi es namel , arranging the transportati n f goods for theirs Transp [illegible] ogistics s r i es namel planning and s heduling shipments for u rs of transp rtati n s rvi [illegible] Axle Logisti ffers shipping tru l ing fr ight and deli er ser ices t ensure timel deli ry of all mann r f c mmerci l pr ducts and shipments

xl Logisti s tr ats int llectual pr pert enf rc m nt as a ri u matter and acti el enf rces its intellectual pr perty rights F r xample, Axle Logistics recentl obtained a c nsent judgment and injuncti n against a third par f r unauth rized use of the marks LE and AXLE PA MENTS e **Exhibit 2**

It has c me t our client's attention that ur mpan is ffering the same r similar ser ices as th se ffered b ou client under the mark, L LOGISTI S A c py of ur S FER registration inf rmati n i in luded as **Exhibit 3.** our mpany s brokerage and freight services c mpete directl ith ur client s ser ic s and the marks LE LOGISTICS and A I LOGISTICS are confusingl similar. our compan 's use f th se rd t ff r ser ic s imilar to ur client's ser ices is lik l t create c nfusi n am ng the c nsuming publi

N t ithstanding ur c mpany s infringing acti ities our client is prepared t amicabl r s l e this matter ith our c mpan , pro ided that ur c mpan c oper t s ith ur client and sh s t ur cli nt s atisfa tion that y ur c mpan is illing t tal e c rre ti e acti n Our client d mands that ur c mp n

C ase and desist all current and futur use f th ' L LOGI TICS mark (and an similar marks or c lorable imitati ns ther f) on r in nnecti n ith our sales and ffers f r sale of an br kerage freight logistics tru kin deli er r ther suppl chain or relat d s rvices

48 1424-112

xl Logistics Inc
May 4  03
Page 3

   ii.   Delete an electronic advertising containing the Infringing Mark (and any similar marks or confusingly similar imitations thereof) on its websites, Google Ads, social media profiles, or social media profiles

   iii.   Destroy all advertising containing the Infringing Mark and any similar marks or confusingly similar imitations thereof)

   iv   Provide our client with a full accounting of your company's sales and offers for sale of services under the Infringing Mark, as well as the proceeds therefrom including the number of transactions, locations of sale or delivery and revenues earned

      Provide an accounting of profits under the Infringing Mark in order to remit to our client damages for past sales and

   v.   Certify in a written statement to our client that you have complied with the foregoing demands set forth in this letter

      Please respond with the requested assurances and information no later than May 31  3

      le Logistics considers your company's use of the Infringing Mark to violate our client's trademark rights If you do not agree to cooperate our client will be forced to consider all available legal recourse to protect its intellectual property rights including seeking a declaration of rights in federal court

      This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics may have against any party with respect to the foregoing Axle Logistics expressly reserves all rights under all applicable federal and state laws

      Thank you for your immediate attention to this matter.

Sincerely,

BAKER DONELSON BEARMAN,
CALDWELL & BERKOWITZ PC

Scott M. Douglass, Shareholder

SMD smh

Enclosures

48  1424112



# United  tate  of America

## United States Patent and Trademark Office

# L O G I S T I C S

**Reg   o 5,888,173**

**Registered Oct  22  2019**

**Int  Cl  35**

**Service Mark**

**Principal Register**

 le L  gistics LL.C  TENNESSEE LIMITED LIABILIT   COMP  NY)
52     v    mit Hill Dr Ste 100S
K    ill  TENNESSEE 3   022012

CL   S 35.  Suppl  l  (n  u  g   t  t     i  a    Di      ss     ne  em  nt se   ces   na nel  ;
 r    ng l gistics   e erse   istics  s    ol   t  n ser  ces  suppl  chain   isibili  and
a    ro  izati n a  s    d     sd fo  ard ng a    du  distrib  tion  p  c  s  for  th  s,
   gistics   ma   com nt    transp  ation   istic   er  c s  na el   arranging the
r  n  ortali    t   oc   f r  ou      r  y   r  fic  log stics  r    s  namel   pl nning and
   de   g  shipm  nts r    ed of th   po     na  ices

      0  28 2  12, IN   MMER  E 2 28 2012

TH     mark o    fns  f th     ds  XLE L    ISTI   . in a st   h  d font   dh the     rd
   XLE  ab   c  the    rd L   I. TI .   T  the left  f the literal  element  has  a  triangle
   lthin    tri  gle  th  1 rg   triangle being  ompri ed of an  iangl  a  d   t  p  z  d  th  t  l
are   i ble gap   in its f rmati

N   elaim  is m de to the ex  lus  e right to u e the follo  ng apart from th    ark as sl    n
L   ISTI

 BR  N   8    4   31   1LED    0  2 19



Di   tor  f the Uni  d Stat  s
Patent and Trademark Offic

# United State of America

### United States Patent and Trademark Office

## AXLE LOGISTICS

Reg. No. 9 0169
Registered Jan 28, 2020
Int Cl. 3
Service Mark
Principal Register

xle Logistics LL ( E   SSEE I ITE LI BILIT  C MP NY)
52   S   it Hill Dr St  100
I  ox ille, TENNESSEE 3 90  01

L  S  35  Supply chain ma ag ment service , Busine s management  r ices   cty managing t  gisti   re ourse l gistics suppl  chain se  io e  s ppl   hain  iaibilit  and s  ngchr  zat  n  n  suppl  and dem nd forecast ig and produ t  ist ibuti n proces s for oth rs, F  ght l gistics  n nag m nt  Trsn p tation l gistics  s rvic s  nam l   ng ig th tran b rt ti n  f g  du f r  th rs  Tra sp rt tion logistics   r ices, nam l   ple ning and scheduling shipments f r users f transp  ati n service

FIRST USE 2 28 2012, IN C  MMER  E 2-28 2012

THE M RK   NSI TS OF ST ND RD CH R CTERS  I THOUT L )M T   N P RTI L   F N C. T  E SI E R   L R

N  claim is m ad t  the  xclusi  right to   e the foll  ng ap  t fr m th   rk as sh  n, "LOGISTI S"

SER N  8  4 ,318, FII ED  6 03 2018



Direct r  f the United States
Pat nt and Trad mark  ffice





UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CASE NO. 22-CV-00173-TAV-JEM

AXLE LOGISTICS LLC

Plaintiff

AXLE PAYMENT LLC and BUSBOI
INC

Defendant

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

On May 1, 20__ Plaintiff Axle Logistics, LLC ("Axle") filed its Complaint against Defendants Axle Payments LLC and BusBoi, Inc. ("Defendants") alleging trademark and trade dress infringement unfair competition and false designation of origin under the Trademark Act of 1946 as amended 15 U.S.C. § 1051 *et seq* (the "Lanham Act" and under the common law of the State of Tennessee arising out of Defendants unauthorized use of Axle's trade marks including its registered AXLE LOGISTICS and ▲ or ▲ XLE ® marks which Axle has used continuously in U.S. commerce for a period of 10 years.

Each Defendant was properly served with the Summons and Complaint on June 8, 20__ *ee* Dkt. 11

Defendants and Plaintiff Axle n   stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction to it, prompt entry by the court, and to each and every statement, provision, order and decree in the Stipulated Consent Judgment and Permanent Injunction.

N   THEREFORE, n c nsent f Defendant Axle Pa ments LL   Def ndant BusB t, In , and Plaintiff    le L gistics LLC IT IS ORDERED   DJUDGED   ND DECREFD.

1   Plaintiff   xle is a li ited li bilit  compan  organi ed and  xisting under the la  s of the State of Tennessee   ith a principal place  f business  at 835 N C ntral Str  t, Knox ille T nnessee 3 91   xle is the   ne  of the   XLE LOGIST C S marks at issue in this a ti n

2   Def ndant   xle Pa ments LL  is a limited liability compan   organized and existing under the la  s f the State f Dela are ha ing its principal place  f business at   5 Huds n Stre t Fl  r  N    ork N  10013

3   D fendant BusB t Inc  is a co p rati n  rganiz d and e isting under the la  s of t e State  f Dela are ha ing its principal plac  of business at  05 Huds n Str  t, Fl  r  Ne   rk N  1 013.

4   Defen ants mark et and   ell ser ices in  xle s identical industr  and mark et the sam t ustomers similar t  r identical  ith  xle s the  'Infringing Services'  The Infringing Ser i  s infring   le s rights in th   XLE LOGIST CS marks at issue in this acti n.

5   This C urt has subj  t matter jurisdicti n o er this C mplaint under 15 U S C §1121  28 U S   §§1331 and 1338

Additi nall  thi   C ourt has supple ntal jurisdicti   e  this C mplaint und  28 U.S.C. § 13   (a) a th  C mplaint s stat  la   claims a   related to the feder l subject matter claims raised herein that it f rms part f the same  ase or   ntro ers  and deri es from a c mmon n l leus f operati e fact

This   urt has pers nal jurisdicti n o er Defendant  because  Def ndants deliberatel  and intenti nall  marketed and  s ld o  caused t  be market d and sold th  Infringing S  i es in the Stat  of Tenn   s e

8.      enue is pr p r in this C urt pur uant to  8 U.S.   § 1391 because Defendant. are subj ct to pers nal jurisdicti n in this judi ial distri t and a substantial part f the e ents gi ing rise to this acti n  ccurr d in this judi ial district

9.      ince 201 , Axle ha pr ided its inn ati  and t p f clas 3PL transp rtation and l gistics ser ices und r its    LE f rmati e marks, including but n t limit d t   A LE LOGISTICS  LE, , AXLE  o s ics and  (collecti l the ' xle Marks")

10.     Each f th  xle Marks is inherently distincti e and thus entitled to rot cti n under the la

11      The United States Patent and Trademark  Office  U PT ") has issued multiple f d ral s t i  mark registrati ns f r the  xle M rks including Registration Nos 5 888 1 3 the  3 Registrati n  and 5 9 0 1 9 the 1 9 Registrati n  c llecti el the  xle Trademark Registrati ns').

12.     Ea h f the  xle Trademark Registrations is alid, subsisting and in full f r  and effect.

13      Pursuant t Secti n  f the Lanham  ct 15  S C § 10 2 the Axle Trademark r egistrati ns pr ided Defendants ith c nstructi e n tice of  xle s claim f o ner hip f t the r gi tered  xle Marks.

14.     As a result f  xle s idespread u e and it. ad ertising and marketing eff rts f r r t n (10) ears th    le Marks ha e acquired a highl fa rable r putati n am ng the memb rs f the trad  and th c nsuming public and ha e b c me aluable s mbols of  xle's g d ill thr ugh ut the Unit d tates, including in th State f Tenn s

3

1    N  rl  ten (10  ears after  xle s adopti n and first us  f its  le M rks, Defendants b gan marketing, selling and the Infringing Ser ices under the  nfusingl  similar nam s  Axl  Pa ments" and "  xle" the  Infringing Mail s )

l    The Infling n  Marks used in  nnecti n  ith the Infringing  er ic s infringe  xle's rights in an  t  the  xle Mark

1    Def ndants  ntinued use  of the Infringing  Marks is lik l  t  cause  xle irr parable harm in luding har ming its g  d  ill and business reputation.

18    Thus the  urt  rders that each D f ndant and its agents ser ants  fficers, empl  e s representati e  success rs assigns atto ne s,  uccess rs and an  and all p rson acting in  n  t r participating  ith them  or an  of th ir succ ss rs  r as ign  r an  f them are her eb  permanentl  enjoined and restr ained fr m di ctl  r indi ectl .

(a) using the marks  xle  " xle Pa ments  or an  other r produ ti n,  unterfeit, cop  nfusingl  similar  ariant  r c l rable imitati n  f the  xle Marks as a trad mar in c mmerce in an  medium

(b ad ertising marketing offering f r sale pro iding or selling the Infringing Ser i es in  nnecti n  ith the  le Marks or an  r producti n counterf it c p  c nfusingl  similar  ariant  t c lorable imitati n  f th  sam ;

c  using the  xle  arks,  r an  r production counterf it c p  c nfusingl  similar  ariant  r co lorable imitation  f the same in an  mann r li ki el  to cause others to belie e that Defendants g ods r ser i es are c nnected  ith  xl  r are genuine  xle licensed products or ser ices

4

d c mmitting an    ther a ts that may cause the purchasing public t  belie e that Def ndants' g d. and ,ervice ar genuinel l censed b    l  r therwise pr vided f r the bene it of  xle

(e) shipping, deli ering, h lding f r sale, imp rting distributing, returning, transf rring,  r otherwise mo ing  r disp sing of an  materials falsel  bearing the "Axle or "   le l a ments' name  r mark  or an    ther repr ducti n counterfeit c p  confusingl  similar  variant  r col rable imitati n  f the  xle Marks  and

f) assisting  aiding   r abetting  ny other person  r busin ss entit  in  engaging in or perf rming an   of the acti ities ref rred t  in subparts (a  (e) ab  e.

1     The Parties stipulate and agre  that this C urt has jurisdi ti n t  enter the Stipulat d C nsent Judgm nt and Permanent Injuncti n and that this C urt   ill ha e c ntinuing jurisdi tion f r purp ses of enforcing the Stipulated Con ent Judgment and  ermanent Injunction and for purpos s  f enf rcing the Parti s  underl ing C nfidential Settlement  greement.

0.     The Parties further stipulate and agr e that the U S  District C urt f r the Eastern Distri t  f Tennessee  ill ha e per onal jurisdicti n  ver D fendants in an  dispute in ol ing this Stipulated    nsent Judgment and P rmanent Injuncti n, th  parties' und rl ing C nfid ntial Settlem nt  gre ment  and an  future  iolati n  f  Axle s int llectual pr perty rights b  Defendants.

1     Each Def ndant  ure  cabl  and full   ai es an  and all  ight to appeal t e Stipulated C ns nt Judgment and Perman nt Injuncti n

2.     The Stipulated C nsent Judgment and Permanent Injuncti n   ill remain in full f rce and eff ct unless and until m dified b   rd r  f this Court.

5

3.    Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED**

_s/ Thomas A. _____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
Leanna R. Wilson
CLERK OF COURT

**STIPULATED AND CONSENTED TO BY**

The parties and their counsel consent to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction and to the entry of the Stipulated Consent Judgment and Permanent Injunction.

AXLE LOGISTICS LLC

By:  s/ Wade R. Orr
_(Name)_     Wade R. Orr
_(Title)_     Counsel for Axle Logistics LLC
Date    September 16, 2020

AXLE PAYMENTS LLC

By:  s/Todd Marabella
_(Name)_ Todd Marabella
_(Title)_  Counsel for Axle Payments, LLC
Date    September 16, 2020

**BUSBOT INC.**

By:  s/Todd Marabella
_(Name)_ Todd Marabella
_(Title)_  Counsel for BusBot, Inc.
Date    September 16, 2020

[Continuing signatures on following page]

6

s ade R On
ad R rr T nn Bar N 2 448
Micha l J Br df id Tenn Bar N . 2 89
LUEDEKA NEEL GROUP, P C.
00 S Ga Stie t, Suite 1504
Kn x ille TN 3 90
Tel ph n (8 5 4 4305
W rr@Luedeka com
MBradf rd@Lu deka c m

achar E ster ( ac vice)
BEI IARES ELIE ER LLP
8 0 Peachtree Rd #51
tlanta G 30305
s r@f underslegal com
Telephone 404 3 3686

Ta ah W dard ( h c vi )
SI ERR IP LA d b a I ID IP
3 I B lling a NE
Atlanta G 30305
ta ah@ i idip com
404) 4 4 1 00

*C u l P t t Ax e L gis I I L*

s/T dd Marabella
Sc tt M Douglass Tenn Bar No 031
Seth R gd n (Tenn Bar N 0343
P TTERS N INTELLECTU L
PROPERTY LA PC
1600 Di isi n Street Suit 50
Nash ille TN 3 03
Tel.. 1 4 2400
Fa simile. 15 24 221
smd@ipla group c m
si @ipla gi up c m

T dd Marabella (p ac vi e t be filed)
GOODWIN PR CTER LLP
100 Northern Avenue
B ston MA 0 10
T l. 1 5 0 1000
F x ( 1 5 3 1 31
tmarabella@ d inla c m

*u s l e d ts Ax Pay t LL and Bu , I c*

EXHIBIT 3

Company Snapshot

ID/Operations | Inspections/Crashes in US | Inspections/Crashes in Canada | Safety Rating

DBA Name:

USDOT Number:

MC/MX Number: MC-1079838

Out of Service Date:

ID/Operations | Inspections/Crashes in US | Inspections/Crashes in Canada | Safety Rating

ID/Operations | Inspections/Crashes in US | Inspections/Crashes in Canada | Safety Rating

ID/Operations | Inspections/Crashes in US | Inspections/Crashes in Canada | Safety Rating

# BAKER DONELSON

165 MADISON AVENUE, SUITE 2000 MEMPHIS, TENNESSEE 38103• 901.526.2000 • bakerdonelson.com

SCOTT M. DOUGLASS, SHAREHOLDER
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

March 23, 2023

<u>**VIA FEDERAL EXPRESS**</u>

Axl Logistics LLC
855 El Camino Real
Palo Alto, CA 94301

**RE:     Axl Logistics LLC's Infringement of Axle Logistics, LLC's Trademarks
          Our Docket No.: 2962633**

To whom it may concern:

      We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters.  Axle Logistics is a Tennessee company that provides supply chain, logistics, and freight management services.

      This letter concerns your company's infringing use of the "AXL LOGISTICS" mark and derivations thereof (collectively the "Infringing Mark"). Axle Logistics demands that Axl Logistics LLC and its affiliates ("Axl Logistics" or "your company") immediately cease and desist use of the Infringing Mark, all designs incorporating the Infringing Mark, and all colorable imitations thereof.

      Axle Logistics is a third-party logistics company offering advanced logistics services, including truckload and less-than-truckload delivery, intermodal, tracking, routing, and warehousing services, to customers throughout the continental United States, Canada, and Mexico. Axle Logistics has been using its "AXLE LOGISTICS" trademark to identify itself as the source of supply chain management services, business management services, freight logistics management services, and transportation logistics services since 2012. Axle Logistics has invested significant time and resources in building the "AXLE LOGISTICS" brand over the last decade by delivering quality service in an efficient and customer friendly manner. Axle Logistics has built significant goodwill in its "AXLE LOGISTICS" marks through advertising, promotion, and hiring campaigns, including online and through social media.

ALABAMA · FLORIDA · GEORGIA · LOUISIANA · MARYLAND · MISSISSIPPI · NORTH CAROLINA · SOUTH CAROLINA · TENNESSEE · TEXAS · VIRGINIA · WASHINGTON, D.C.

Axl Logistics LLC
March 23, 2023
Page 2

Axle Logistics has registered its "AXLE LOGISTICS" mark in conjunction with the above-identified services at the U.S. Patent and Trademark Office as following trademarks:

1. U.S. Trademark Registration No. 5,888,173 for the following design mark.



2. U.S. Trademark Registration No. 5,970,169 for the mark "AXLE LOGISTICS".

Copies of the certificates of registration are enclosed as **Exhibit 1**. Axle Logistics enjoys exclusive rights in its marks at least in conjunction with the services for which the marks were registered, namely, "Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services." In sum, Axle Logistics offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments.

Axle Logistics treats intellectual property enforcement as a serious matter and actively enforces its intellectual property rights. For example, Axle Logistics recently obtained a consent judgment and injunction against a third party for unauthorized use of the marks AXLE and AXLE PAYMENTS. *See* **Exhibit 2**.

It has come to our client's attention that your company is offering the same or similar services as those offered by our client under the mark "AXL LOGISTICS". A copy of your SAFER registration information is included as **Exhibit 3**. Your company's brokerage and freight services compete directly with our client's services, and the marks AXLE LOGISTICS and AXL LOGISTICS are confusingly similar. Your company's use of those words to offer services similar to our client's services is likely to create confusion among the consuming public.

Notwithstanding your company's infringing activities, our client is prepared to amicably resolve this matter with your company, provided that your company cooperates with our client and shows, to our client's satisfaction, that your company is willing to take corrective action. Our client demands that your company:

i. Cease and desist all current and future use of the "AXL LOGISTICS" mark (and any similar marks or colorable imitations thereof) on or in connection with your sales, and offers for sale, of any brokerage, freight, logistics, trucking, delivery, or other supply chain or related services;

Axl Logistics LLC
March 23, 2023
Page 3

ii.     Delete any electronic advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto) on its website(s), Google Ads or Analytics profile(s), or social media profiles;

iii.    Destroy all advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto);

iv.    Provide our client with a full accounting of your company's sales and offers for sale of services under the Infringing Mark, as well as the proceeds therefrom, including the number of transactions, locations of sale or delivery, and revenues earned;

v.     Provide an accounting of profits under the Infringing Mark, in order to remit to our client damages for past sales; and

vi.    Certify in a written statement to our client that you have complied with the foregoing demands set forth in this letter.

Please respond with the requested assurances and information no later than March 31, 2023.

Axle Logistics considers your company's use of the Infringing Mark to violate our client's trademark rights. If you do not agree to cooperate, our client will be forced to consider all available legal recourse to protect its intellectual property rights, including seeking a declaration of rights in federal court.

This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics, may have against any party with respect to the foregoing.  Axle Logistics expressly reserves all rights under all applicable federal and state laws.

Thank you for your immediate attention to this matter.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Scott M. Douglass, Shareholder

SMD/jjl

Enclosures

4880-4437-0009

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**CASE NO. 22-CV-00173-TAV-JEM**

AXLE LOGISTICS, LLC,

     Plaintiff,

v.

AXLE PAYMENTS, LLC and BUSBOT,
INC.,

     Defendants.

_____  /

### STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

On May 17, 2022, Plaintiff Axle Logistics, LLC ("Axle") filed its Complaint against Defendants Axle Payments, LLC and BusBot, Inc. ("Defendants"), alleging trademark and trade dress infringement, unfair competition and false designation of origin under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051, *et seq*. (the "Lanham Act"), and under the common law of the State of Tennessee, arising out of Defendants' unauthorized use of Axle's trademarks, including its registered AXLE LOGISTICS® and ® marks, which Axle has used continuously in U.S. commerce for over ten (10) years.

Each Defendant was properly served with the Summons and Complaint on June 8, 2022. *See* Dkt. 11.

Defendants and Plaintiff Axle now stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every statement, provision, order, and decree in the Stipulated Consent Judgment and Permanent Injunction.

NOW THEREFORE, on consent of Defendant Axle Payments, LLC, Defendant BusBot, Inc., and Plaintiff Axle Logistics, LLC, IT IS ORDERED, ADJUDGED, AND DECREED:

1.     Plaintiff Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with a principal place of business at 835 N. Central Street, Knoxville Tennessee 37917. Axle is the owner of the AXLE LOGISTICS marks at issue in this action.

2.     Defendant Axle Payments, LLC is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013

3.     Defendant BusBot, Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013.

4.     Defendants market and sell services in Axle's identical industry and market the same to customers similar to or identical with Axle's (the "Infringing Services").  The Infringing Services infringe Axle's rights in the AXLE LOGISTICS marks at issue in this action.

5.     This Court has subject matter jurisdiction over this Complaint under 15 U.S.C. §1121,  28 U.S.C. §§1331 and 1338.

6.     Additionally, this Court has supplemental jurisdiction over this Complaint under 28 U.S.C. § 1367(a), as the Complaint's state law claims are so related to the federal subject-matter claims raised herein that it forms part of the same case or controversy and derives from a common nucleus of operative fact.

7.     This Court has personal jurisdiction over Defendants because Defendants deliberately and intentionally marketed and sold, or caused to be marketed and sold, the Infringing Services in the State of Tennessee.

2

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants are subject to personal jurisdiction in this judicial district, and a substantial part of the events giving rise to this action occurred in this judicial district.

9.      Since 2012, Axle has provided its innovative and top-of-class 3PL, transportation and logistics services under its AXLE-formative marks, including but not limited to AXLE LOGISTICS, AXLE, ,  , and  (collectively, the "Axle Marks").

10.     Each of the Axle Marks is inherently distinctive and thus entitled to protection under the law.

11.     The United States Patent and Trademark Office ("USPTO") has issued multiple federal service mark registrations for the Axle Marks, including Registration Nos. 5,888,173 (the " '173 Registration") and 5,970,169 ( the "169 Registration") (collectively, the "Axle Trademark Registrations").

12.     Each of the Axle Trademark Registrations is valid, subsisting, and in full force and effect.

13.     Pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, the Axle Trademark Registrations provided Defendants with constructive notice of Axle's claim of ownership for the registered Axle Marks.

14.     As a result of Axle's widespread use and its advertising and marketing efforts for over ten (10) years, the Axle Marks have acquired a highly favorable reputation among the members of the trade and the consuming public and have become valuable symbols of Axle's goodwill throughout the United States, including in the State of Tennessee.

15.     Nearly ten (10) years after Axle's adoption and first use of its Axle Marks, Defendants began marketing, selling, and the Infringing Services under the confusingly similar names "Axle Payments" and "Axle" (the "Infringing Marks").

16.     The Infringing Marks used in connection with the Infringing Services infringe Axle's rights in and to the Axle Marks.

17.     Defendants' continued use of the Infringing Marks is likely to cause Axle irreparable harm including harming its goodwill and business reputation.

18.     Thus, the Court orders that each Defendant and its agents, servants, officers, employees, representatives, successors, assigns, attorneys, successors, and any and all persons acting in concert or participating with them, or any of their successors or assigns or any of them, are hereby permanently enjoined and restrained from directly or indirectly:

(a) using the marks "Axle", "Axle Payments", or any other reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation of the Axle Marks, as a trademark in commerce in any medium;

(b) advertising, marketing, offering for sale, providing or selling the Infringing Services in connection with the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same;

(c) using the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same, in any manner likely to cause others to believe that Defendants' goods or services are connected with Axle or are genuine Axle-licensed products or services;

(d) committing any other acts that may cause the purchasing public to believe that Defendants' goods and services are genuinely licensed by Axle or otherwise provided for the benefit of Axle;

(e) shipping, delivering, holding for sale, importing, distributing, returning, transferring, or otherwise moving or disposing of any materials falsely bearing the "Axle" or "Axle Payments" name or mark, or any other reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the Axle Marks; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparts (a)-(e) above.

19.     The Parties stipulate and agree that this Court has jurisdiction to enter the Stipulated Consent Judgment and Permanent Injunction and that this Court will have continuing jurisdiction for purposes of enforcing the Stipulated Consent Judgment and Permanent Injunction and for purposes of enforcing the Parties' underlying Confidential Settlement Agreement.

20.     The Parties further stipulate and agree that the U.S. District Court for the Eastern District of Tennessee will have personal jurisdiction over Defendants in any dispute involving this Stipulated Consent Judgment and Permanent Injunction, the parties' underlying Confidential Settlement Agreement, and any future violation of Axle's intellectual property rights by Defendants.

21.     Each Defendant irrevocably and fully waives any and all right to appeal the Stipulated Consent Judgment and Permanent Injunction.

22.     The Stipulated Consent Judgment and Permanent Injunction will remain in full force and effect unless and until modified by order of this Court.

5

23.     Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**
LeAnna R. Wilson
CLERK OF COURT

**STIPULATED AND CONSENTED TO BY**:

The parties and their counsel consent to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction and to the entry of the Stipulated Consent Judgment and Permanent Injunction.

| | |
|---|---|
| **AXLE LOGISTICS, LLC** | **AXLE PAYMENTS, LLC** |
| By: s/Wade R. Orr | By: s/Todd Marabella |
| *(Name)* Wade R. Orr | *(Name)* Todd Marabella |
| *(Title)* Counsel for Axle Logistics, LLC | *(Title)* Counsel for Axle Payments, LLC |
| Date: September 16, 2022 | Date: September 16, 2022 |

**BUSBOT, INC.**

By: s/Todd Marabella
*(Name)* Todd Marabella
*(Title)* Counsel for BusBot, Inc.
Date: September 16, 2022

[*Counsel's signatures on following page*]

6

s/Wade R. Orr
_____
Wade R. Orr – Tenn. Bar No. 27448
Michael J. Bradford – Tenn. Bar No. 22689
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street, Suite 1504
Knoxville, TN 37902
Telephone: (865) 546-4305
WOrr@Luedeka.com
MBradford@Luedeka.com

Zachary Eyster (*Pro hac vice*)
BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

Tayah Woodard (*Pro hac vice*)
SPERRY IP LAW d/b/a VIVID IP
3017 Bolling Way NE
Atlanta, GA 30305
tayah@vividip.com
(404) 474-1600

*Counsel for Plaintiff Axle Logistics, LLC*

s/Todd Marabella
_____
Scott M. Douglass (Tenn. Bar No. 031097
Seth R. Ogden (Tenn. Bar No. 034377
PATTERSON INTELLECTUAL
PROPERTY LAW, PC
1600 Division Street, Suite 500
Nashville, TN 37203
Tel.: 615-242-2400
Facsimile: 615-242-2221
smd@iplawgroup.com
sro@iplawgroup.com

Todd Marabella (*pro hac vice* to be filed)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
tmarabella@goodwinlaw.com

*Counsel for Defendants Axle Payments, LLC
and BusBot, Inc.*

7

○ USDOT Number    ○ MC/MX Number    ● Name

Enter Value: | AXL LOGISTICS INC |

[ Search ]

***Company Snapshot***
**AXL LOGISTICS INC**
USDOT Number: 3368409

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

| Other Information for this Carrier |
| :-- |
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/22/2023.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
| :-- | :-- | :-- | :-- |
| **Entity Type:** | BROKER | | |
| **Operating Status:** | AUTHORIZED FOR BROKER Property | **Out of Service Date:** | None |
| **Legal Name:** | AXL LOGISTICS INC | | |
| **DBA Name:** | | | |
| **Physical Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA  94301 | | |
| **Phone:** | (800) 295-9737 | | |
| **Mailing Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA  94301 | | |
| **USDOT Number:** | 3368409 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-1079633 | **DUNS Number:** | -- |
| **Power Units:** | 0 | **Drivers:** | |
| **MCS-150 Form Date:** | 12/09/2022 | **MCS-150 Mileage (Year):** | |

**Operation Classification:**

| | | |
| :-- | :-- | :-- |
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
| :-- | :-- | :-- |
| Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
| :-- | :-- | :-- |
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to: 03/22/2023**

Total Inspections: 0

Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 02/24/2023* | 22.1% | 6.6% | 4.51% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

**Crashes reported to FMCSA by states for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | Inspections/Crashes In Canada | **Safety Rating**

**Canadian Inspection results for 24 months prior to: 03/22/2023**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 03/22/2023**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&q...  2/2

Scott M. Douglass (*pro hac vice application forthcoming*)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL, & BERKOWITZ, P.C.**
2000 First Horizon Building
165 Madison Avenue
Memphis, Tennessee 38103
Tel: (901) 577-2258
sdouglass@bakerdonelson.com

*Counsel for Plaintiff Axle Logistics, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Axle Logistics, LLC, | ) | Case No. _____ |
| | ) | |
| Plaintiff | ) | COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| Axl Logistics Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiff Axle Logistics, LLC ("Axle" or "Plaintiff"), for its Complaint against Defendant Axl Logistics Inc. ("Defendant"), states as follows:

**INTRODUCTION**

1. This is an action for trademark infringement and unfair competition arising under the Trademark Act of 1946, as amended 15 U.S.C. § 1051, *et seq.* (the "Lanham Act"), and under the common law of the State of California.

2. For more than a decade, Axle has offered its third-party logistics services and related services to its loyal and growing customer base. Axle offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments. In the highly specialized, fast-paced, competitive logistics and transportation industry, Axle has distinguished itself for its exceptional, unique customer service and its rapid growth.

3. Importantly, Axle owns federal trademark registrations for its associated marks and has used its AXLE LOGISTICS Mark since at least as early as February 2012. In October 2019 and January 2020, Axle obtained registrations for ▲AXLE ʟᴏɢɪꜱᴛɪᴄꜱ® and AXLE LOGISTICS®, respectively, with the United States Patent and Trademark Office ("USPTO") (collectively, the "AXLE Marks") for distribution and logistics-related services. *See* USPTO Registration Numbers 5888173 and 5970169, attached as **Exhibit 1**.

4. For at least the last ten years, Axle has continuously and exclusively used the AXLE Marks, which consumers have come to associate with Axle's superior services. Axle enjoys significant goodwill associated with its AXLE Marks and has dedicated significant resources to marketing and protecting its Marks.

5. In or about March 2023, Axle became aware that Defendant is marketing, selling, and providing to consumers, using the "AXLE" name or a variation or derivation thereof, services that are nearly identical to the services offered under the AXLE Marks (the "Infringing Activities").

6. Defendant has repeatedly used the AXLE name, or a confusingly similar variation of the AXLE name, in its name and trademark "AXL LOGISTICS" (the "AXL LOGISTICS Mark" or

"Infringing Mark") to conduct its infringing services in the United States, in clear violation of Axle's senior rights, and despite being on notice of such rights.

7.      Defendant's Infringing Mark and Infringing Activities are likely to cause confusion among the consuming public as to the source or origin of Axle's services, thus causing irreparable and ongoing harm to Axle.

## JURISDICTION AND VENUE

8.      This Court has subject matter jurisdiction over this Complaint under federal trademark-related laws 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

9.      The Court has supplemental jurisdiction over the claims arising under the laws of the State of California under 28 U.S.C. § 1367(a), because the state law claims form part of the same case or controversy and derive from a common nucleus of operative fact as the federal claims.

10.      This court has personal jurisdiction over Defendant because Defendant has deliberately and intentionally marketed and sold or caused to be marketed and sold the infringing services to consumers in the State of California and therefore committed acts of infringement in the State of California. Further, Defendant's principal place of business is in California in this District, and thus, Defendant resides in this District.

11.      Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant is subject to personal jurisdiction in this judicial district and because a substantial part of the underlying events giving rise to this action occurred in this judicial district.

12.      Defendant has deliberately and intentionally provided or caused to be provided the Infringing Activities under the Infringing Mark in this judicial district.

## PARTIES

13.      Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business at 835 N. Central Street, Knoxville, Tennessee 37917.

14.     On information and belief, Defendant Axl Logistics Inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business at 855 El Camino Real St 13-A, Ste 322, Palo Alto, CA 94301.

## STATEMENT OF FACTS

**Axle's Superior Reputation and Well-Known Marks**

15.     For over a decade, Axle has used the AXLE Marks to become a leader and innovator in the third-party transportation and logistics services industry. Using the AXLE Marks, Axle provides its top-rated services to a wide range of shipping, transportation, and distribution customers.

16.     Axle's loyal (and quickly growing) customer base associates the AXLE Marks with Axle's specialized customer service and the top-notch advanced logistics services that Axle offers. This is no surprise given AXLE's strong reputation in the business community and the robust marketing efforts that AXLE has engaged in to develop its brand. Indeed, Axle has invested significant time, resources, and money into developing its brand into the well-known, highly rated logistics provider that it is today.

17.     For instance, Axle has been recognized as a leader in the transportation and logistics industry in a wide range of publications and industry rankings. In 2021 and 2022, *Selling Power Magazine* named Axle as a "Top 50 Company to Sell For." *See Selling Power's 50 Best Companies to Sell For – 2022*, copy attached as **Exhibit 2.** Additionally, for the last seven years, Axle has been named to *Inc.*'s annual "Inc. 5000" list, which identifies the fastest-growing private companies in America. *See* Inc. List, attached as **Exhibit 3.** In both 2021 and 2022, Axle was ranked on *Transport Topic*'s Top 100 List in logistics. *See* Transport Topic Lists, attached as **Exhibit 4.** Further, Axle employees have consistently rated Axle as a "Top Workplace," making Axle a winner of multiple employment-related awards, including *The Greater Knoxville Area Top Workplaces 2022* Award. *See* Knoxville News Sentinel Article, attached as **Exhibit 5.**

18.     Axle's superior customer service, positive culture, and excellent logistics services have made Axle a well-respected, widely known industry leader. Consequently, consumers

COMPLAINT                                               Case No.

associate the distinctive AXLE Marks with the highest quality service, and the Marks are a valuable representation of Axle's significant goodwill.

**Axle's Registration of the AXLE Marks**

19.     After using the AXLE Marks for several years, Axle filed an application to register with the USPTO its AXLE LOGISTICS Design Mark, , identifying its first use in commerce as February 28, 2012 (the "AXLE Design Mark"). On October 22, 2019, the USPTO approved registration of the AXLE Design Mark on the Principal Register, assigning Registration No. 5,888,173 for the following services in International Class 35: "supply chain management services business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit 1**.

20.     Similarly on June 3, 2018, Axle filed U.S. Application Serial No. 87/946,318 to register the AXLE LOGISTICS Word Mark with the USPTO, identifying its first use in commerce as February 28, 2012 (the "AXLE Word Mark").

21.     On January 28, 2020, the AXLE Word Mark was registered by the USPTO on the Principal Register and accorded Registration No. 5,970,169 covering the use of the AXLE Word Mark for the following services in International Class 35: "supply chain management services; business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit 1**.

22.     The Axle Marks are inherently distinctive with the most prominent feature being the word AXLE — i.e., AXLE LOGISTICS and . The Marks' distinctiveness is further evidenced by their registration on the Principal Register, which is reserved for the most distinctive marks and those marks with significant secondary meaning. The Registrations afford Axle robust protection under federal law, serve as *prima facie* evidence of the Marks' validity, signify Axle's exclusive right to use the mark in connection with the services listed in the Registrations, and constitute constructive notice to infringers that Axle enjoys exclusive rights and ownership in the AXLE Word Mark and AXLE Design Mark.

**Defendant's Infringing Mark and Services**

23.     On or around March 2023, Axle discovered that Defendant uses the name AXL LOGISTICS to offer the same or similar services as those offered by Axle.

24.     Defendant's Infringing Mark and the AXLE Marks both feature a variation of the word "AXLE" and the word "LOGISTICS" as their most prominent features.

25.     Based on Defendant's Infringing Activity, on March 23, 2023, Axle sent a letter to Defendant in good faith to demand that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 6**. Defendant did not respond to this letter. On May 24, 2023, Axle sent a second letter again demanding in good faith that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 7**. Defendant again did not respond to this letter. On November 15, 2023, Axle's representative called Defendant to request a response to the letter, which Defendant's representative (upon information and belief, Defendant's owner), stated Defendant would provide by December 1. No such response has been received.

26.     Despite Defendant's clear notice of Axle's exclusive rights in the AXLE Marks in connection with logistics and transportation services, Defendant has failed to cease its unlawful activities and has continued to market its services using the Infringing Mark.

27.     Defendant never sought or obtained permission to use or license the AXLE Marks, or any other confusingly similar marks, even though Defendant is at least constructively aware of Axle's objections to Defendant's use of the confusingly similar and Infringing Mark.

28.     By using the AXLE name in connection with the competing Infringing Activities, Defendant seeks to confuse and deceive the consuming public as to the source of its services. This is especially concerning given that the top result for a simple Google search of Defendant's name "axl logistics" returns Axle's website. In addition, the Google search automatically includes results for "axle logistics" and provides information about Axle's place of business including Axle's address, telephone number, and Google Reviews. *See* Google Search, **Exhibit 8**. Further, the second result when searching "axl logistics" is Defendant's website. *See* **Exhibit 8**; Defendant's "Contact" Webpage, **Exhibit 9**.

29.     Defendant's Infringing Activity is likely to confuse the consuming public and specifically consumers in the transportation and logistics industry. That Defendant's Infringing Mark is confusingly similar is clearly evidenced by its prominent use of the word "LOGISTICS" and a variation of the word "AXLE." Defendant's continued use of the Infringing Mark is likely to continue causing consumers to mistakenly assume Axle's services are connected to Defendant's.

30.     Defendant's continued, infringing use of the Infringing Mark has injured Axle and will continue to do so by usurping Axle's federally protected and exclusive rights in its AXLE Marks and by damaging the valuable goodwill that Axle has worked so hard to garner and maintain. Axle has been further injured by being forced to retain counsel to enforce its rights in the AXLE Marks, and as such, Axle is entitled to its reasonable attorneys' fees and costs in connection with this matter.

## COUNT I

**Federal Trademark Infringement – AXLE Marks (Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1))**

31.     Axle repeats and realleges the allegations in Paragraphs 1-30 above as if fully set forth herein.

32.     Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

33.     Defendant has infringed and continues to infringe Axle's federally registered AXLE Marks in interstate commerce by various acts, including, without limitation, offering logistics, distribution, shipping, and transportation services under the AXLE Marks, and variants thereof, which are confusingly similar to Axle's federally registered AXLE Marks.

34.     Defendant's use of the confusingly similar name "Axl Logistics" for nearly identical services is likely to continue to cause consumer confusion. Defendant has used and continues to use the AXLE name for its logistics, distribution, shipping, and transportation services without Axle's permission or authority, and in spite of Axle's request for Defendant to cease and desist its Infringing Activities.

35.     Defendant's use of the Infringing Mark is likely to cause confusion, to cause mistake, and/or to deceive the consuming public, including the third-party logistics market.

36.     Defendant's conduct constitutes infringement of the federally registered AXLE Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

37.     Axle has been damaged by the foregoing actions in an amount to be determined at trial. Defendant's infringement and continued use of the AXLE Marks after constructive and actual notice is willful, intentional, malicious, and in bad faith, such that this is an exceptional case. Axle is entitled to recover Defendant's profits and/or damages sustained by Axle, the costs of the action, and its attorneys' fees and treble damages under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

38.     Defendant's infringement will continue to cause irreparable injury and other damage to Axle's business, reputation, and goodwill in the federally registered AXLE Marks, unless this Court enjoins Defendant's infringing activities. Axle seeks an injunction to enjoin Defendant's infringing activities, activity for which Axle has no other adequate remedy at law.

## **COUNT II**

### **Common Law Trademark Infringement Under California Law**

39.     Axle repeats and realleges the allegations in Paragraphs 1-38 above as if fully set forth herein.

40.     Since at least 2012, Axle has continuously used the AXLE Marks in interstate commerce to market, sell, and distribute its goods and services. Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

41.     Despite being at least constructively aware of Axle's senior rights and priority in the AXLE Marks, Defendant has used and continues to use the confusingly similar AXL LOGISTICS Mark in connection with nearly identical goods and services as those offered by Axle under its AXLE Marks.

42.     Defendant's infringing use of the confusingly similar mark is likely to continue to cause actual consumer confusion.

43.     Defendant's infringement of the AXLE Marks disregards Axle's superior rights and has caused and will continue to cause irreparable harm, injury, and other damages to Axle, unless enjoined by this Court.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Axle Logistics, LLC prays for relief against Defendant Axl Logistics, Inc. as follows:

1.     That Defendant, and any person or entity acting on Defendant's behalf including any agents, servants, employees, attorneys, successors, and assigns, be preliminarily and permanently enjoined and restrained from directly or indirectly:

a.     using the AXL LOGISTICS Mark, and any associated designs for its logistics, distribution, and transportation related services, or any other designation or trademark likely to cause confusion with Axle's AXLE Marks;

b.     otherwise infringing on Axle's rights in and to the AXLE Marks and from otherwise unfairly competing with Axle in any manner whatsoever;

c.      offering, marketing, and/or selling logistics, distribution, and transportation-related services using the AXLE name or any other designation likely to cause confusion with the AXLE Marks; and

d.      using the AXLE Marks, or any reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation, in any manner likely to cause any person to believe that Defendant's goods and services are connected with Axle or the AXLE Marks.

2.      That Defendant, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, be ordered to deliver up for destruction any goods, labels, signs, prints, packages, wrappers, receptacles, advertisements, and any other materials bearing the AXLE Marks or any confusingly similar variation likely to cause confusion with the AXLE Marks.

3.      That Defendant be directed to file with the Court and serve on Axle, no later than thirty (30) days after the issuance of an injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

4.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1114.

5.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1125.

6.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of California law.

7.      That the Court adjudge and decree that a likelihood of confusion exists between the AXLE Marks and Defendant's infringing AXL LOGISTICS Mark.

8.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is willful.

9.      That the Court adjudge and decree that this case is exceptional.

10.     That the Court require a full and complete accounting of all monies received by Defendant as a result of the wrongful conduct, together with an order transferring to Axle any amounts found to be due to Axle.

11.     That Axle be awarded Defendant's profits and/or Axle's damages from lost sales after an accounting, and that such award be increased as permitted, including being trebled as provided under 15 U.S.C. § 1117.

12.     That Axle be awarded its costs and attorneys' fees from Defendant, including as provided by 15 U.S.C. § 1117.

13.     That the Court award pre- and post- judgment interest on all monies found to be due to Axle from Defendant, at the then prevailing or legal rate, whichever is greater, from the date said amounts or any part thereof became or become due.

14.     That the Court require Defendant to notify its customers, clients, and associates of said Court Order.

15.     That Axle be awarded such other and further relief as this Court may deem just and proper.

### **JURY DEMAND**

Axle hereby demands a trial by jury for all issues so triable.

COMPLAINT

DATED:  December 1, 2023

/s/draft

Scott M. Douglass (*pro hac vice application forthcoming*)
**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, P.C.**
2000 First Horizon Building
165 Madison Avenue
Memphis, Tennessee 38103
Tel: (901) 577-2258
sdouglass@bakerdonelson.com

*Counsel for Plaintiff Axle Logistics, LLC*

# EXHIBIT 11

ORIGIN ID:RNCA          (615) 726-5548
JEN LAVELY
BAKER DONELSON BEARMAN CALDWEL
1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 01DEC23
ACTWGT: 1.00 LB
CAD: 104595092/INET4660

BILL SENDER

TO  **SAMEER SINGH PANNU**

**AXL LOGISTICS INC.**

**855 EL CAMINO REAL STREET 13-A**

**SUITE 322**

**PALO ALTO CA 94301**

(615) 726-5548
INV:
PO:                            REF: 015676 2962633-000016
                               DEPT:



FedEx
Express

**MON - 04 DEC 12:00P**

**PRIORITY OVERNIGHT**

**ASR**

TRK#
0201   **7743 1747 8816**

**94301**

**XW HGTA**           CA-US   **SFO**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Lavely, Jen |
| **Subject:** | FedEx Shipment 774317478816: Your package has been delivered |
| **Date:** | Tuesday, December 5, 2023 11:59:47 AM |



# Hi. Your package was delivered Tue, 12/05/2023 at 9:52am.



Delivered to 855 EL CAMINO REAL, PALO ALTO, CA 94301
Received by K.YLE

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?

    

| | |
|---|---|
| **TRACKING NUMBER** | 774317478816 |
| **FROM** | BAKER DONELSON BEARMAN CALDWEL |
| | 1600 West End Avenue |

|  | Suite 2000 |
|---|---|
|  | NASHVILLE, TN, US, 37203 |
| **TO** | Axl Logistics Inc. |
|  | Sameer Singh Pannu |
|  | 855 El Camino Real Street 13-A |
|  | Suite 322 |
|  | PALO ALTO, CA, US, 94301 |
| **REFERENCE** | 015676 2962633-000016 |
| **SHIPPER REFERENCE** | 015676 2962633-000016 |
| **SHIP DATE** | Fri 12/01/2023 05:44 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NASHVILLE, TN, US, 37203 |
| **DESTINATION** | PALO ALTO, CA, US, 94301 |
| **SPECIAL HANDLING** | Adult Signature Required |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**



**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:59 AM CST 12/05/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

ORIGIN ID:RNCA      (615) 726-5548
JEN LAVELY
BAKER DONELSON BEARMAN CALDWEL
1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 01DEC23
ACTWGT: 1.00 LB
CAD: 104595092/INET4660

BILL SENDER

TO  **SAMEER SINGH PANNU**

   **AXL LOGISTICS INC.**

   **125 W 9TH STREET**

   **SUITE 146**

   **TRACY CA 95376**
   (615) 726-5548
   INV:
   PO:                              DEPT:

REF: 015676 2962633-000016





FedEx
Express

MON - 04 DEC 12:00P

**PRIORITY OVERNIGHT**

ASR

TRK#
0201   **7743 1752 2654**

**95376**

**XW SCKA**

CA-US   **OAK**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| From: | TrackingUpdates@fedex.com |
|---|---|
| To: | Lavely, Jen |
| Subject: | FedEx Shipment 774317522654: Your package has been delivered |
| Date: | Monday, December 4, 2023 11:26:15 AM |



# Hi. Your package was delivered Mon, 12/04/2023 at 9:17am.



Delivered to 125 W 9TH ST, TRACY, CA 95376
Received by R.RANDY

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?

    

| **TRACKING NUMBER** | 774317522654 |
|---|---|
| **FROM** | BAKER DONELSON BEARMAN CALDWEL |
| | 1600 West End Avenue |

Suite 2000

NASHVILLE, TN, US, 37203

**TO**   Axl Logistics Inc.

Sameer Singh Pannu

125 W 9th Street

Suite 146

TRACY, CA, US, 95376

**REFERENCE**   015676 2962633-000016

**SHIPPER REFERENCE**   015676 2962633-000016

**SHIP DATE**   Fri 12/01/2023 05:44 PM

**DELIVERED TO**   Receptionist/Front Desk

**PACKAGING TYPE**   FedEx Envelope

**ORIGIN**   NASHVILLE, TN, US, 37203

**DESTINATION**   TRACY, CA, US, 95376

**SPECIAL HANDLING**   Adult Signature Required

**NUMBER OF PIECES**   1

**TOTAL SHIPMENT WEIGHT**   0.50 LB

**SERVICE TYPE**   FedEx Priority Overnight

## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**



**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:25 AM CST 12/04/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

# EXHIBIT 12

| | |
|---|---|
| **From:** | Douglass, Scott |
| **To:** | axldispatch@gmail.com |
| **Cc:** | Lavely, Jen; Douglass, Scott |
| **Subject:** | RE: Transmittal of Final Cease and Desist Letter to Axle Logistics Inc. - Our Docket No. 2962633.16 |
| **Date:** | Friday, December 8, 2023 12:26:30 PM |
| **Attachments:** | Axle Logistics - Axle Logistics Inc (CA) - Complaint.pdf |
| | 4875-1324-8148 v.1 Third Cease and Desist Letter - Axl Logistics Inc. - 2023.12.01.pdf |
| | Axl Logistics - Previous Letters.pdf |
| **Importance:** | High |

Mr. Pannu,

We have not received a response from you, despite our conversation and subsequent re-sending of all letters, which we confirmed were delivered.

My client is willing to offer your company three months to rebrand from the AXL LOGISTICS name if the parties enter a written agreement.

If I do not receive your affirmative agreement to the above proposed terms by <mark>**December 13**</mark>, we are authorized to file a lawsuit in California consistent with the draft complaint that we sent to you on December 1.

Please respond no later than December 13 indicating your company has agreed to rebrand. Thank you.

**Scott M. Douglass**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct: 901.577.2258
Mobile: 615.924.0514
Email: sdouglass@bakerdonelson.com
www.bakerdonelson.com

Baker Donelson represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina,
South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

> **From:** Douglass, Scott <sdouglass@bakerdonelson.com>
> **Sent:** Friday, December 1, 2023 1:09 PM
> **To:** axldispatch@gmail.com
> **Cc:** Lavely, Jen <jlavely@bakerdonelson.com>; Douglass, Scott <sdouglass@bakerdonelson.com>
> **Subject:** Transmittal of Final Cease and Desist Letter to Axle Logistics Inc. - Our Docket No. 2962633.16
>
> **RE:   CEASE AND DESIST – FINAL NOTICE**
> **AXL LOGISTICS INC.'S INFRINGEMENT OF AXLE LOGISTICS, LLC'S TRADEMARKS**
> **OUR DOCKET NO.: 292633.16**

Dear Mr. Pannu:

This is to follow up on our phone conversation on November 15, 2023. We attach a final cease-and-desist letter regarding Axl Logistics Inc.'s infringement of Axle Logistics, LLC's trademarks. Also attached are the previous two letters sent to you.

Lastly, I have included a draft Complaint in the event that we cannot get immediate resolution of the issues raised in our March 23, 2023 letter.

**Scott M. Douglass**
Shareholder
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
First Horizon Building
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Direct: 901.577.2258
Mobile: 615.924.0514
Email: sdouglass@bakerdonelson.com
www.bakerdonelson.com

Baker Donelson represents clients across the U.S. and abroad from offices
in Alabama, Florida, Georgia, Louisiana, Maryland, Mississippi, North Carolina,
South Carolina, Tennessee, Texas, Virginia, and Washington, D.C.

# BAKER DONELSON

165 MADISON AVENUE, SUITE 2000 MEMPHIS, TENNESSEE 38103• 901.526.2000 • bakerdonelson.com

SCOTT M. DOUGLASS, SHAREHOLDER
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

<u>**FINAL NOTICE**</u>

December 1, 2023

<u>**VIA FEDEX & EMAIL**</u>

Axl Logistics Inc.
c/o Sameer Singh Pannu
855 El Camino Real St. 13-A Ste 322
Palo Alto, CA 94301

Axl Logistics Inc.
c/o Sameer Singh Pannu
125 W 9th St. Suite 146
Tracy, CA 95376

axldispatch@gmail.com

RE:    **Axl Logistics Inc.'s Infringement of Axle Logistics, LLC's Trademarks**
       **Our Docket No.: 2962633.16**

Dear Mr. Pannu or other concerned person:

We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters. We spoke on the phone on November 15, 2023. This is to follow up on that conversation. I reminded you that we had sent two letters to your client. You indicated that you do not think your company's name, "Axl Logistics Inc.," infringes Axle Logistics' name because they are "different." You indicated you would look into the matter further and call us back the week after Thanksgiving. As of today, we have not heard from you.

Axle Logistics, LLC disagrees with your assessment that there is no infringement or no likelihood of confusion between your mark and Axle Logistics, LLC's mark. As explanation for my client's position, I have enclosed for your reference the two previous letters we sent to you (I also mentioned these when we spoke). The first was sent on March 23, 2023, and the second on May 24, 2023.

Axle Logistics considers your company's infringement to violate Axle Logistics' trademark rights. Axle Logistics hereby demands that your company comply with the demands set forth in our first letter dated March 23, 2023. If you do not agree to cooperate, our client will be compelled to protect its

Axl Logistics Inc.
December 1, 2023
Page 2

intellectual property rights. Enclosed for your information is a draft complaint that demonstrates the claims my client may against your company.

This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics may have against any party with respect to the foregoing. Axle Logistics expressly reserves all rights under all applicable federal and state laws.

Thank you for your immediate attention to this matter.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Scott M. Douglass, Shareholder

SMD/jjl

Enclosures

BAKER DONELSON

1 5  DIS N  ENUE SUITE  0 0  E PHIS, TENNESSEE 38103   1 5 6 2   bakerd els  om

S  TFM D U L SS SHAREH  DER
Di  t Di  l.  1 5  2 8
E Mail Address sd uglass@baker  nels n  m

**FCOND NOTICE**

Ma  24   0 3

<u>VIA FEDERAL E. PRE.</u>

Axl Logisti  Inc
855 Fl  amin  R al St. 13   Ste 3
Pal  lt  94301

RF.   **Axl Logistics In**  **'s Infring ment  f Axle L gistics, LLC s Trademarks**
**Our Docket No . 2962633 16**

T  h m it ma  c ncern

We repr sent  le L gistics LLC (" l L gistics") in its int llectual pr perty m tters  le Logisti s is a Tennessee compan  that pro ides supply chain, logi tics and frei ht management services.

Thi  letter c ncerns  ur c mpan s infringing use  f t e  L L GISTICS  mark and d ri ati n. th  f (c llectvel the Infringing Mark ) xle l gistics demands that  xl L gistics Inc. and its affiliate. ( xl L gistics In  r  u  c mpany ) immediatel  c ase and desist use  f the Infringing Mark, ll d  igns inc rp rating the Infringing Mark, and all col rable imitati ns ther f

le L gistics is a third party l gistics c mpan  ffering ad anced logistics se ices, including tru kload and less than tru kl ad d li ery, int rm d l, tracking routing and  arch using ser ic s. t custom rs throughout the continental United Stat s  anada and Mexico  xle Logistics has been using its  LE LOGISTI S, trademark to identify itself as the s urce of suppl  chain management ser ices bu iness management ser ices freight logistics management ser i es  nd transp rtati n l gistics s rvices since  01  A le Logistics has in est d signifi ant time and resourc s in building the  A LE L GISTICS brand  i the last decade b  deli ring qualit  ser ice in an efficient and cust mer fri ndl  manner  le L gistics has built significant g od ill in its  AXLE L GISTICS' marks through ad ertising, pr m ti n an  hiring campaigns, in luding  nline and thr ugh s cial m dia

48  1424 1126

 LAB M  FL RID  E R I  L UIS N  R LAND  ISSI SIPPI N RTH  R LIN  S UTH
 R LIN  TENNESSEE TE S  IRGINI  SHINGT N D

Ax1 L gistics Inc.
Ma  4,  0 3
Page 2

xl  Logistics has  gistered it   AXLE  LOGISTICS  mark in conjuncti n   ith the ab
identified servi    at the U S Patent and T ademark Offic  as f llo ing trademarks

1   U.S. Trademark Regi tration No.  888 1 3    the f ll ng desi n mark.

# L O G I S T I C S

U S Trademark Registration No 5 0 1 9 f  t e mark   LE L GI TI S .

C  pie   th certifi tes  f  gistrati n  are  e i sed as Exhibit 1  Axle Logistics enjo s
x lusi e rights  ts mark  at least   e nj nti n  ith the services f r  hich the marks  re
 gist r d, n  ey y  Supp  ain man g m n  ser c s  Business  management ser  es named
managing l     ver e logist s supp  chan ser c , suppl  chain  isibility and s nchion ati n,
suppl  an  em    f r astin  and  product  istri ti n  pr cesses f  t ers, Freight logist s
managem  Transp t ti n logistics  ervi es named , arranging the transportati n f goods for thers
Transp  o og  se r i es named  planning and s heduling shipments fo u  rs of transp rtati n
s rvi  s  pp  and  Axl  Logisti  ffers shipping tru ling freight and deli  er  ser ic s t  ensure
timel  deli  ry of all mann r  f  mmerci l pr ducts and shipments

xl  Logisti s tr ats int llectual pr pert  enf rc m nt as a  r ou matter and acti el  enf rces
its intellectual pr perty rights F r  xample, Axle  ogistics recentl  obtained a  onsent judgment and
 njucti n against a third par   f r unauth rized use of the marks   LB and AXLE PA  MENTS  e
**Exhibit 2**

It has c me t  our client's attention that  ur  mpan  is  ffering the same  s similar ser ices as
th se  ffered b  ou  client under the mark,  L LOGISTI S  A  py of  ur S FER registration
inf rmati n i  in luded as **Exhibit 3**.  our  mpany s brokerage and freight services c mpete directl
 ith  ur client s ser ic s and the marks   LE L GISTICS and A  I LOGISTICS are c nfusingl
similar.  our compan 's use f th se  rd t  ff r ser ic s  imilar to  ur client's ser ices is lik l t
create c nfusi n am ng the c nsuming publi

N t  ithstanding  ur c mpany s infringing act  ities our client is prepared t  amicabl  r s l
this matter  ith our c mpan , pro ided that  u c mpan  c oper t s  ith  ur client and sh  st   u
cli nt s atisfa tion that y ur c mpan  is  illing t  tal c  rre ti e acti n  Our client d mands that  ur
 mp n

C ase and desist all current and futur  use  f th ' L LOGI TICS  mark (and an  similar
marks or c l rable imitati ns ther  f) on r  in  nnecti n  ith  ur sales and  ffers f r sale of
an  br kerage freight logistics tru kin  deli er  r ther suppl  chain r relat d s  ices

48   1424-1 2

xl L gist s Inc
May  4  0 3
Page 3

    ii.    Delete an electronic advertising containing the Infringing Mark (and an similar marks
              lorable imitati ns there t ) n its eb ite s G ogl Ads nal ties pr files , or s ial
              media profiles

    iii.    Destr all ad erti ing c ntaining the Infringing Mark and an similar marks r c l rable
             imitations theret )

    i    Pr ide our cli nt with a full ac unting of our c mpan s sales and ffers f r sale f s ices
             under the Infringing arl , as ell as th pr c ds ther fr m including the numb f
             transacti ns, l ati ns of sale r deli ery and re enues earned

        I r ide an a counting of profits under the Infringing Mark in rd r t remit to ur cli nt
        damages f r past sales and

    i.    C rtify in a written stat ment t ur cli nt that ou ha complied ith the f r g ing demands
            set f rth in thi letter

        Please resp nd ith the requested assurances and inf rmati n n later than Ma 31 3

        le Logistics c nsid rs ur c mpan s use f the Infringing Mark t iolate ur client's
trademark rights If ou do not agree to c operate ur lient ill be f red to c nsider all a ailable legal
r c urse t pr t ct it int llectual pr perty rights including seeking a declaration of rights in federal
court

        This l tter d s n t purport t b a c mplete statement of the fa ts or la , i ith ut pr judice t
the equitable rights of xle Logistics and shall not be deemed t b a r t relinquishment, or
elect on f an claims defenses that Axle L gistics may ha e a ainst any party ith r spect t th
f reg ing Axle L gistics expre sl reser es all right under all applicable f deral and stat laws

        Thank ou f r ur immediat attenti n to this matter.

             Sincerel ,

             B KER, DONELSON BEARM N,
             CALDWELL & BERKOWIT PC

             S tt M. D uglass, Shareh lder

SMD smh

Encl sures

48 144 112



# United tate of America

**United States Patent and Trademark Office**

## L O G I S T I C S

Reg   o 5,888,173

Registered Oct 22 2019

Int Cl 35

Service Mark

Principal Register

le L gistics LL C TENNESSEE LIMITED LIABILIT  COMP NY)
52      u  mit Hill Dr Ste 1005
K    ill TENNESSEE 3  022012

CL  8 75. Suppl  l  n  ug  t   i a Dt  ss    ne  ent se  oor  ne nel :
  l  ng l gistics  e erse  lg stics  s pol  f  n ser ces suppl  chain  sibili  and
a  rom at  n a  a   ed  d fo  cit ng a   du t distrib t on p o s s for th  s,
    gistics nha  com nt  transp  ation   istics  er ic s  na el  arranging the
r n sorta   of  r out   r  m  ctatio  log stics  r  a namel  pl nn ng and
    de  g shipm nts r u ed of th po  n  e   ices

        2 12, IN    MMER  E 2 28 2012

TH   ark o   ns  f th   ds  XLE L   ISTI .   n  st h  d font  th the   rd
 XLE  ab  o  the   rd  L  I. TI .   T  the left  f the literal  lement ha  a triangle
 lthin  tri gle  th  l rg   triangle being o mpri ed of an angl  a d  t p  d n th t l
are  t ble gap  n its f rmati

N  claim is made to the ex lus  a right to u e the follo  ng apart from th  m rk as sl   n
L   ISTI

BR N  8  4  31  1L.LD   0 2 18



Di   tor  f the Uni  d Stat s
Patent and Trademark Office

# United State of America

## United States Patent and Trademark Office

# A LE LOGI TICS

**Reg No   9 0 169**

**Registered Jan 28, 2020**

**Int Cl . 3**

**Service Mark**

**Principal Register**

xle Logistics LL ( E   SSEE I I ITE LI BILIT C MP NY)
52    S     it Hill Dr S   100
I  ox ille, TENNESSEE 3  90   01

L  S  35  Supply chain ma ing ment service , Busine s management   r ices        cty managing  t  usti    re ouse l gistics suppl  chain se  fo e  e  ppl   hain   iability  and s  ichr n zati n  n  upp  and d m nd forecasti g and produ t  ist ibuti n proces  s for oth rs, F  ight l gistics  n  nag m nt  Tra p tation l gistics  s rvic s  nam l     ng ig th tran b rt ti n  f g  dy fr  th rs  Ca sp ri ion logistics   r ices, nam l   ple ning and scheduling shipments f  r users f transp  eti n service

FIRST USE 2 28 2012, (N C  MMER  E 2-28 2012

THE M RK   NSI TS OF ST ND RD CH R CTERS   ITHOUT  L )M T    N
P RTI  L   F NC. T  IE SIZE  R    L R

N  claim is  n ad  t  the  xclusi  right to   e the foll   g ap  t fr m th  rk as sh  n, LOGISTI S"

SER N   8   4 ,318, FI ED  6 03  2018

hier

Direct r  f the United States
Pat nt and Trad mark  ffice







UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CASE NO. 22 CV 001 3 TAV-JEM

XLE LOGISTICS LLC

    Plaintiff

AXLE PAYMENT LLC and BUSBOI INC

    Defendant

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

On Ma 1 20   Plaintiff Axle Logistics, LL ("Axle") fil its Complaint against Defendants Axle Payments LLC and BusBoi, Inc. ("Defendants") alleging trademark and trade dress infringement unfair competition and false designation of origin under the Trademark ct of 1946 as amended 15 U S C § 10 1 ss (the "Lanham ct" and under the common law of the State of Tennessee arising out of Defendants unauthorized use of Axle's trademarks including its registered AXLE LOGISTICS and ▲ ☒ XLE ® marks which Axle has used continuously in U commerce f r r t n (10 ears.

Each Defendant was properly served with the Summons and Complaint n June 8, 0 ee Dkt. 11

Defendants and Plaintiff Axl n stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction to its prompt entry by the urt, and to each and e ry statement, pr ision, der and decree in the Stipulated Consent Judgment and Permanent Injunction.

N    THEREFORE, n consent f Defendant Axle Pa ments LL   Def ndant BusB t, Inc , and Plaintiff   le I gistics LLC  IT IS  ORDERED   DJUDGED  ND DE REFD.

1    Plaintiff  xle is a li ited liabilit  compan  organi ed and  xisting under the la s of the State of Tennessee  ith a principal place  f business  t 835 N  C ntral Str  t, Knox ille T nnesse  3 91   xle is the   ne  of the   XLE LOGIST C S marks at issue in this a ti n

2    Def ndant   xle Pa ments LL   is a limited liability compan  organized and existing und r the la s  f the State  f Dela ar  ha ing its principal place  f business at   5 Huds n Stre t  Fl  r  N    ork N  10013

3    D fendant BusB t Inc  is a c rp rati n  rganiz d and e isting under the la s of t e State  f Dela are ha ing its principal plac  of business at  05 Huds n Str  t, Fl  r  Ne   rk N  1 013.

4    Defendants mar et and  ell ser ices in Axle s identical industr  and mar et the sam t  ustomers similar t  r identical  ith  xle s the ' Infringing Services'  The Infringing Ser i  s infring    le s rights in th  AXLE LOGIST CS marks at issue in this a ti n.

5    This C urt has subje t matter jurisdicti n o er this C mplaint under 15 U S C §1121  28 U S  §§1331 and 1338

Additi nall  thi  ourt has supple  ntal jurisdicti   er this C mplaint und r 28 U.S.C. § 13  (a) a th  C mplaint s stat  la  claims ar  s  relat d to the feder l  ubject matter claims raised h rein that it f rms part  f the same  ase or  ntro ers  and deri es from u c mmon nu leus  f operati e fact

This    urt has  pers nal  jurisdicti n  o er  Defendant  becau e  Def ndants deliberatel  and intenti nall  marketed and s ld o  caused t  be market d and sold th  Infringing S i  ces in the  Stat  of Tenn  s e

Case      001 3 T   JEM  D cument 8  Filed 10  5    Pag    of   Pag ID # 450

8.     enue is pr p r in this C urt pur uant to  8 U.S.  § 1391 because Defendant  are subj ct to pe s nal jurisdicti n in this judi ial distri t and a substantial part  f the e ents g ing rise to this acti n  ccurr d in this judi ial district

9.     inc  201 , Axle ha  pr ided its inn ati  and t p  f clas  3PL  transp rtation and l gistics ser ices und  its    LE f rmati e marks, including but n t limit d t  A  LE LOGISTICS  LE, , 〈image〉 AXLE 〈image〉 XLE  o  s  e s  and 〈image〉 ( ollecti l the ' xle Marks")

10.    Each  f th  xle Marks is inherently distincti e and thus entitled to  rot cti n under the la

11     The United States Patent and Trademar  Office  U PT ") has issued multiple f d ral s t i  mark registrati ns f r the  xle M rks  including Registration Nos  5 888 1 3  the  3 Registrati n  and 5 9 0 1 9  the 1  R gistrati n  c llecti el the  xle Trademark Registrati ns').

12.    Ea h  f the  xle Trademark Registrations is  alid, subsisting and in full f r  and effect.

13     Pursuant t  Secti n  f the Lanham  ct 15  S C  § 10 2 the Axle Trademark  egistrati ns pr ided Defendants  ith c nstructi e n tice of  xle s claim  f o ner hip f  the  egi tered  xle Marks.

14     As a result  f  xle s  idespread u e and  t ad ertising and marketing eff rts f r  r t n (10)  ars th  le Marks ha e acquired a highl  fa rable  r putati n am ng the memb rs  f the trad  and the c nsuming public and ha e b c me  aluable s mbols of  xle's g d ill thr ugh ut the Unit d  tates, including in th  State  f Tenn s

3

1     N  il   ten (10  ears after  xle s adopti n and first us  f its   le M rks,
Defendants b gan marketing, selling and the Infringing Ser ices under the  c nfusingl  similar
nam s  Axl  Pa ments" and " xle" the " Infringing Mail s )

1     The Infling n  Marks used in  nnecti n  ith the Infringing  r ic s infringe
xle's rights in an  t  the  xle Mark

1     Defendants  ntinued use  of the Infringing Marks is likel  t  cause  xle
irr parable harm in luding harming its g  d  ill and business reputation.

18     Thus the  C urt  rders that each D f ndant and its agents ser ants  fficers,
empl  e s representati e  success rs assigns attc ne s, uccessors and an  and all p rson
acting in  c n  t r participating  ith them or an  of their succ ss rs  r as igns  r an  f them
are hereb  permanentl  enjoined and restrained fr m du ctl  r indirectl .

(a) using the marks  xle  " xle Pa ments  or an  other r produ ti n,  unterfeit, cop
 c nfusingl  similar  ariant  t c l rable imitati n  f the  xle Marks as a trad mark in c mmerce
in an  medium

(b  ad ertising marketing  offering f r sale  pro iding, or selling the Infringing Ser i es in
 nnecti n  ith the  le Marks or an  r producti n, counterf it c p  c nfusingl  similar
ariant  t c lorable imitati n  f th  am;

 c  using the  xle  arks, i an  i production, counterf it c p  c nfusingl  similar
ariant  r colorable imitation  f the same, in an  mann r li iel  to cause others to belie e that
Defendants  g ods  ser i es are c nnected  ith  xl  i are genuine  xle licensed products or
ser ices

4

d  c mmitting  an    ther a ts that may cause the purchasing public t  belie e that Def ndants' g d. and .ci ice ar genuinel licensed b    l  r  therwise p ovided f r the bene it of  xle

(e) shipping, deli ering, h lding f r sale, imp rting distributing, returning, transf rring,  r otherwise mo ing  r disp sing of an  materials falsel  bearing the 'Axle or " le l a ments' name  r mark  or an   ther repr ducti n counterfeit  c p  confusingl  similar atiant  r col rable imitati n  f the  xle Marks  and

f) assisting  aiding   r abetting  ny other person  r busin ss entit  in engaging in or perf rming an  of the acti ities ref rred t  in subparts (a  (e) ab  e.

1     he Parties stipulate and agr  that this C urt has jurisdi ti n t  enter the Stipulat d C nsent Judgm nt and Permanent Injuncti n and that this C urt  ill ha e c ntinuing jurisdi tion f r purp ses of enforcing the Stipulated Con ent Judgment and Permanent Injunction and for purpos s  f enf rcing the Parti s  underl ing C nfidential Settlement  greement.

0.    The Parties further stipulate and agr e that the U S  District C urt f r the Eastern Distri t  f Tennessee  ill ha e per onal jurisdicti n  er D fendants in an  dispute in ol ing this Stipulated  nsent Judgment and P manent Injuncti n, th  parties' und rl ing C nfidntial Settle nt  gre ment  and an  future  iolati n  f  Axle s int llectual pr perty rights b  Defendants.

1     Each Def ndant  ire  eabl  and full   ai es an  and all  ight to appeal t  e Stipulated C ns nt Judgment and Perman nt Injuncti n

2     The Stipulated C nsent Judgment and Permanent Injuncti n  ill remain in full f rce and eff ct unless and until m dified b   rd r  f this Court.

5

3       Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED**

s/ Thomas A. Callan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
Leanna R. Wilson
CLERK OF COURT

<u>STIPULATED AND CONSENTED TO BY</u>

The parties and their counsel consent to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction and to the entry of the Stipulated Consent Judgment and Permanent Injunction.

AXLE LOGISTICS LLC                          AXLE PAYMENTS LLC

By s/ Wade R. Orr                           By s/Todd Marabella
(name) Wade R. Orr                          (name) Todd Marabella
(title) Counsel for Axle Logistics LLC      (title) Counsel for Axle Payments, LLC
Date    September 16                         Date    September 16

                                            **BUSBOT INC**

                                            By s/Todd Marabella
                                            (name) Todd Marabella
                                            (title) Counsel for BusBot, Inc
                                            Date    September 16

                    [Counsel signatures on following page]

6

s   ade R  Ori
ad R   rr  T nn Bar N  2 448
Micha l J  Br df  d   Tenn Bar N . 2  8
LUEDEI   NEEL  GROUP, P C.
00 S  Ga  Su e t, . ute 1504
Kn  x ille TN 3  90
T l ph n  (8 5   4  4305
W  ir@Luedeka com
MBradf rd@Lu deka c m

achai  E ster (    ac v ce)
BEI  A RES ELIE ER LLP
 8  0 Pea htree Rd  #51
 tlanta G   30305
  s  t@f underslegal c m
Teleph n  404 3  3 686

Ta ah W  da d ( i  h  c v  )
SI ERR  IP LA   d b a  I  ID IP
3 1  B  ling  a NE
 tlanta G   30305
ta ah@ i idip com
 404  4 4 1 00

C  u  l   P it  Ax  L gis   I L

s/T dd Marabella
Sc tt M  Douglass  Tenn Bar N  031
Seth R  gd n (Tenn Ba  N   0343
P  TTERS N INTELLE TU L
PR PERTY LA   PC
1 00 Di  ist n Street  Suit  50
Nash illa TN 3   03
 1 el..  1   4  2400
Fa simile.  15 24    221
smd@ ipla  group c m
si  @ipla  gi up c m

T  dd Marabella (p    ac v  e t  be filed)
GOOD WIN PR CTER LLP
100 N rthern A  nue
B ston MA 0  10
T I.  1  5 0 10 0
F x ( 1   5 3 1 31
tmarabella@     d nla c m

  u s l   e d  ts Ax  Fa    t  L L
an  Bu  t, I c

EXHIBIT 3



# BAKER DONELSON

165 MADISON AVENUE, SUITE 2000 MEMPHIS, TENNESSEE 38103• 901.526.2000 • bakerdonelson.com

SCOTT M. DOUGLASS, SHAREHOLDER
**Direct Dial**: 901.577.2258
**E-Mail Address**: sdouglass@bakerdonelson.com

March 23, 2023

<u>**VIA FEDERAL EXPRESS**</u>

Axl Logistics LLC
855 El Camino Real
Palo Alto, CA 94301

**RE:    Axl Logistics LLC's Infringement of Axle Logistics, LLC's Trademarks**
**Our Docket No.: 2962633**

To whom it may concern:

We represent Axle Logistics, LLC ("Axle Logistics") in its intellectual property matters.  Axle Logistics is a Tennessee company that provides supply chain, logistics, and freight management services.

This letter concerns your company's infringing use of the "AXL LOGISTICS" mark and derivations thereof (collectively the "Infringing Mark"). Axle Logistics demands that Axl Logistics LLC and its affiliates ("Axl Logistics" or "your company") immediately cease and desist use of the Infringing Mark, all designs incorporating the Infringing Mark, and all colorable imitations thereof.

Axle Logistics is a third-party logistics company offering advanced logistics services, including truckload and less-than-truckload delivery, intermodal, tracking, routing, and warehousing services, to customers throughout the continental United States, Canada, and Mexico. Axle Logistics has been using its "AXLE LOGISTICS" trademark to identify itself as the source of supply chain management services, business management services, freight logistics management services, and transportation logistics services since 2012. Axle Logistics has invested significant time and resources in building the "AXLE LOGISTICS" brand over the last decade by delivering quality service in an efficient and customer friendly manner. Axle Logistics has built significant goodwill in its "AXLE LOGISTICS" marks through advertising, promotion, and hiring campaigns, including online and through social media.

4880-4437-0009

ALABAMA · FLORIDA · GEORGIA · LOUISIANA · MARYLAND · MISSISSIPPI · NORTH CAROLINA · SOUTH
CAROLINA · TENNESSEE · TEXAS · VIRGINIA · WASHINGTON, D.C.

Axl Logistics LLC
March 23, 2023
Page 2

Axle Logistics has registered its "AXLE LOGISTICS" mark in conjunction with the above-identified services at the U.S. Patent and Trademark Office as following trademarks:

1. U.S. Trademark Registration No. 5,888,173 for the following design mark.



2. U.S. Trademark Registration No. 5,970,169 for the mark "AXLE LOGISTICS".

Copies of the certificates of registration are enclosed as **Exhibit 1**. Axle Logistics enjoys exclusive rights in its marks at least in conjunction with the services for which the marks were registered, namely, "Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services." In sum, Axle Logistics offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments.

Axle Logistics treats intellectual property enforcement as a serious matter and actively enforces its intellectual property rights. For example, Axle Logistics recently obtained a consent judgment and injunction against a third party for unauthorized use of the marks AXLE and AXLE PAYMENTS. *See* **Exhibit 2**.

It has come to our client's attention that your company is offering the same or similar services as those offered by our client under the mark "AXL LOGISTICS". A copy of your SAFER registration information is included as **Exhibit 3**. Your company's brokerage and freight services compete directly with our client's services, and the marks AXLE LOGISTICS and AXL LOGISTICS are confusingly similar. Your company's use of those words to offer services similar to our client's services is likely to create confusion among the consuming public.

Notwithstanding your company's infringing activities, our client is prepared to amicably resolve this matter with your company, provided that your company cooperates with our client and shows, to our client's satisfaction, that your company is willing to take corrective action. Our client demands that your company:

  i. Cease and desist all current and future use of the "AXL LOGISTICS" mark (and any similar marks or colorable imitations thereof) on or in connection with your sales, and offers for sale, of any brokerage, freight, logistics, trucking, delivery, or other supply chain or related services;

Axl Logistics LLC
March 23, 2023
Page 3

ii.     Delete any electronic advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto) on its website(s), Google Ads or Analytics profile(s), or social media profiles;

iii.    Destroy all advertising containing the Infringing Mark (and any similar marks or colorable imitations thereto);

iv.    Provide our client with a full accounting of your company's sales and offers for sale of services under the Infringing Mark, as well as the proceeds therefrom, including the number of transactions, locations of sale or delivery, and revenues earned;

v.     Provide an accounting of profits under the Infringing Mark, in order to remit to our client damages for past sales; and

vi.    Certify in a written statement to our client that you have complied with the foregoing demands set forth in this letter.

Please respond with the requested assurances and information no later than March 31, 2023.

Axle Logistics considers your company's use of the Infringing Mark to violate our client's trademark rights. If you do not agree to cooperate, our client will be forced to consider all available legal recourse to protect its intellectual property rights, including seeking a declaration of rights in federal court.

This letter does not purport to be a complete statement of the facts or law, is without prejudice to the equitable rights of Axle Logistics, and shall not be deemed to be a waiver, relinquishment, or election of any claims or defenses that Axle Logistics, may have against any party with respect to the foregoing.  Axle Logistics expressly reserves all rights under all applicable federal and state laws.

Thank you for your immediate attention to this matter.

Sincerely,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

Scott M. Douglass, Shareholder

SMD/jjl

Enclosures

4880-4437-0009

# EXHIBIT 1

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,888,173**

**Registered Oct. 22, 2019**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

The mark consists of the words "AXLE LOGISTICS" in a stylized font with the word "AXLE" above the word "LOGISTICS". To the left of the literal element lies a triangle within a triangle, the larger triangle being comprised of an angle and a trapezoid so that there are visible gaps in its formation.

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,319, FILED 06-03-2018

Director of the United States
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# AXLE LOGISTICS

**Reg. No. 5,970,169**

**Registered Jan. 28, 2020**

**Int. Cl.: 35**

**Service Mark**

**Principal Register**

Axle Logistics, LLC  (TENNESSEE LIMITED LIABILITY COMPANY)
520 W Summit Hill Dr Ste 1005
Knoxville, TENNESSEE 379022012

CLASS 35: Supply chain management services; Business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; Freight logistics management; Transportation logistics services, namely, arranging the transportation of goods for others; Transportation logistics services, namely, planning and scheduling shipments for users of transportation services

FIRST USE 2-28-2012; IN COMMERCE 2-28-2012

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "LOGISTICS"

SER. NO. 87-946,318, FILED 06-03-2018



Director of the United States
Patent and Trademark Office



# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**CASE NO. 22-CV-00173-TAV-JEM**

AXLE LOGISTICS, LLC,

      Plaintiff,

v.

AXLE PAYMENTS, LLC and BUSBOT,
INC.,

      Defendants.

_____ /

## STIPULATED CONSENT JUDGMENT AND PERMANENT INJUNCTION

On May 17, 2022, Plaintiff Axle Logistics, LLC ("Axle") filed its Complaint against Defendants Axle Payments, LLC and BusBot, Inc. ("Defendants"), alleging trademark and trade dress infringement, unfair competition and false designation of origin under the Trademark Act of 1946, as amended, 15 U.S.C. § 1051, *et seq*. (the "Lanham Act"), and under the common law of the State of Tennessee, arising out of Defendants' unauthorized use of Axle's trademarks, including its registered AXLE LOGISTICS® and ® marks, which Axle has used continuously in U.S. commerce for over ten (10) years.

Each Defendant was properly served with the Summons and Complaint on June 8, 2022. *See* Dkt. 11.

Defendants and Plaintiff Axle now stipulate and consent to this Stipulated Consent Judgment and Permanent Injunction, to its prompt entry by the Court, and to each and every statement, provision, order, and decree in the Stipulated Consent Judgment and Permanent Injunction.

NOW THEREFORE, on consent of Defendant Axle Payments, LLC, Defendant BusBot, Inc., and Plaintiff Axle Logistics, LLC, IT IS ORDERED, ADJUDGED, AND DECREED:

1.      Plaintiff Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with a principal place of business at 835 N. Central Street, Knoxville Tennessee 37917. Axle is the owner of the AXLE LOGISTICS marks at issue in this action.

2.      Defendant Axle Payments, LLC is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013

3.      Defendant BusBot, Inc. is a corporation organized and existing under the laws of the State of Delaware, having its principal place of business at 205 Hudson Street, Floor 7, New York NY 10013.

4.      Defendants market and sell services in Axle's identical industry and market the same to customers similar to or identical with Axle's (the "Infringing Services").  The Infringing Services infringe Axle's rights in the AXLE LOGISTICS marks at issue in this action.

5.      This Court has subject matter jurisdiction over this Complaint under 15 U.S.C. §1121,  28 U.S.C. §§1331 and 1338.

6.      Additionally, this Court has supplemental jurisdiction over this Complaint under 28 U.S.C. § 1367(a), as the Complaint's state law claims are so related to the federal subject-matter claims raised herein that it forms part of the same case or controversy and derives from a common nucleus of operative fact.

7.      This Court has personal jurisdiction over Defendants because Defendants deliberately and intentionally marketed and sold, or caused to be marketed and sold, the Infringing Services in the State of Tennessee.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because Defendants are subject to personal jurisdiction in this judicial district, and a substantial part of the events giving rise to this action occurred in this judicial district.

9.      Since 2012, Axle has provided its innovative and top-of-class 3PL, transportation and logistics services under its AXLE-formative marks, including but not limited to AXLE LOGISTICS, AXLE, ,  , and  (collectively, the "Axle Marks").

10.     Each of the Axle Marks is inherently distinctive and thus entitled to protection under the law.

11.     The United States Patent and Trademark Office ("USPTO") has issued multiple federal service mark registrations for the Axle Marks, including Registration Nos. 5,888,173 (the " '173 Registration") and 5,970,169 ( the "169 Registration") (collectively, the "Axle Trademark Registrations").

12.     Each of the Axle Trademark Registrations is valid, subsisting, and in full force and effect.

13.     Pursuant to Section 22 of the Lanham Act, 15 U.S.C. § 1072, the Axle Trademark Registrations provided Defendants with constructive notice of Axle's claim of ownership for the registered Axle Marks.

14.     As a result of Axle's widespread use and its advertising and marketing efforts for over ten (10) years, the Axle Marks have acquired a highly favorable reputation among the members of the trade and the consuming public and have become valuable symbols of Axle's goodwill throughout the United States, including in the State of Tennessee.

3

15.     Nearly ten (10) years after Axle's adoption and first use of its Axle Marks, Defendants began marketing, selling, and the Infringing Services under the confusingly similar names "Axle Payments" and "Axle" (the "Infringing Marks").

16.     The Infringing Marks used in connection with the Infringing Services infringe Axle's rights in and to the Axle Marks.

17.     Defendants' continued use of the Infringing Marks is likely to cause Axle irreparable harm including harming its goodwill and business reputation.

18.     Thus, the Court orders that each Defendant and its agents, servants, officers, employees, representatives, successors, assigns, attorneys, successors, and any and all persons acting in concert or participating with them, or any of their successors or assigns or any of them, are hereby permanently enjoined and restrained from directly or indirectly:

(a) using the marks "Axle", "Axle Payments", or any other reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation of the Axle Marks, as a trademark in commerce in any medium;

(b) advertising, marketing, offering for sale, providing or selling the Infringing Services in connection with the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same;

(c) using the Axle Marks, or any reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the same, in any manner likely to cause others to believe that Defendants' goods or services are connected with Axle or are genuine Axle-licensed products or services;

4

(d) committing any other acts that may cause the purchasing public to believe that Defendants' goods and services are genuinely licensed by Axle or otherwise provided for the benefit of Axle;

(e) shipping, delivering, holding for sale, importing, distributing, returning, transferring, or otherwise moving or disposing of any materials falsely bearing the "Axle" or "Axle Payments" name or mark, or any other reproduction, counterfeit, copy, confusingly similar variant or colorable imitation of the Axle Marks; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparts (a)-(e) above.

19.     The Parties stipulate and agree that this Court has jurisdiction to enter the Stipulated Consent Judgment and Permanent Injunction and that this Court will have continuing jurisdiction for purposes of enforcing the Stipulated Consent Judgment and Permanent Injunction and for purposes of enforcing the Parties' underlying Confidential Settlement Agreement.

20.     The Parties further stipulate and agree that the U.S. District Court for the Eastern District of Tennessee will have personal jurisdiction over Defendants in any dispute involving this Stipulated Consent Judgment and Permanent Injunction, the parties' underlying Confidential Settlement Agreement, and any future violation of Axle's intellectual property rights by Defendants.

21.     Each Defendant irrevocably and fully waives any and all right to appeal the Stipulated Consent Judgment and Permanent Injunction.

22.     The Stipulated Consent Judgment and Permanent Injunction will remain in full force and effect unless and until modified by order of this Court.

5

23.     Other than as agreed upon in the parties' Confidential Settlement Agreement, the parties will bear their own fees and costs in connection with this action.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

**ENTERED AS A JUDGMENT**
LeAnna R. Wilson
CLERK OF COURT

**STIPULATED AND CONSENTED TO BY**:

The parties and their counsel consent to the terms and conditions of this Stipulated Consent Judgment and Permanent Injunction and to the entry of the Stipulated Consent Judgment and Permanent Injunction.

**AXLE LOGISTICS, LLC**

By: s/Wade R. Orr
*(Name)* Wade R. Orr
*(Title)* Counsel for Axle Logistics, LLC
Date: September 16, 2022

**AXLE PAYMENTS, LLC**

By: s/Todd Marabella
*(Name)* Todd Marabella
*(Title)* Counsel for Axle Payments, LLC
Date: September 16, 2022

**BUSBOT, INC.**

By: s/Todd Marabella
*(Name)* Todd Marabella
*(Title)* Counsel for BusBot, Inc.
Date: September 16, 2022

*[Counsel's signatures on following page]*

6

s/Wade R. Orr
_____
Wade R. Orr – Tenn. Bar No. 27448
Michael J. Bradford – Tenn. Bar No. 22689
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street, Suite 1504
Knoxville, TN  37902
Telephone: (865) 546-4305
WOrr@Luedeka.com
MBradford@Luedeka.com

Zachary Eyster (*Pro hac vice*)
BEKIARES ELIEZER, LLP
2870 Peachtree Rd. #512
Atlanta GA 30305
zeyster@founderslegal.com
Telephone: 404.537.3686

Tayah Woodard (*Pro hac vice*)
SPERRY IP LAW d/b/a VIVID IP
3017 Bolling Way NE
Atlanta, GA 30305
tayah@vividip.com
(404) 474-1600

*Counsel for Plaintiff Axle Logistics, LLC*

s/Todd Marabella
_____
Scott M. Douglass (Tenn. Bar No. 031097
Seth R. Ogden (Tenn. Bar No. 034377
PATTERSON INTELLECTUAL
PROPERTY LAW, PC
1600 Division Street, Suite 500
Nashville, TN 37203
Tel.: 615-242-2400
Facsimile: 615-242-2221
smd@iplawgroup.com
sro@iplawgroup.com

Todd Marabella (*pro hac vice* to be filed)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1000
Fax: (617) 523-1231
tmarabella@goodwinlaw.com

*Counsel for Defendants Axle Payments, LLC
and BusBot, Inc.*

7

○ USDOT Number    ○ MC/MX Number    ● Name

Enter Value: | AXL LOGISTICS INC |

Search

*Company Snapshot*

**AXL LOGISTICS INC**

USDOT Number: 3368409

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

---

**Other Information for this Carrier**

▼ SMS Results

▼ Licensing & Insurance

---

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 03/22/2023.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | | | |
|---|---|---|---|
| **Entity Type:** | BROKER | | |
| **Operating Status:** | AUTHORIZED FOR BROKER Property | **Out of Service Date:** | None |
| **Legal Name:** | AXL LOGISTICS INC | | |
| **DBA Name:** | | | |
| **Physical Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA 94301 | | |
| **Phone:** | (800) 295-9737 | | |
| **Mailing Address:** | 855 EL CAMINO REAL ST 13-A STE 322 PALO ALTO, CA 94301 | | |
| **USDOT Number:** | 3368409 | **State Carrier ID Number:** | |
| **MC/MX/FF Number(s):** | MC-1079633 | **DUNS Number:** | -- |
| **Power Units:** | 0 | **Drivers:** | |
| **MCS-150 Form Date:** | 12/09/2022 | **MCS-150 Mileage (Year):** | |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

---

**ID/Operations** | Inspections/Crashes In US | **Inspections/Crashes In Canada** | **Safety Rating**

**US Inspection results for 24 months prior to:** 03/22/2023

Total Inspections: 0

Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average % as of DATE 02/24/2023* | 22.1% | 6.6% | 4.51% | N/A |

***OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

**Crashes reported to FMCSA by states for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | Inspections/Crashes In Canada | **Safety Rating**

**Canadian Inspection results for 24 months prior to: 03/22/2023**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 03/22/2023**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

**The rating below is current as of: 03/22/2023**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

Scott M. Douglass (*pro hac vice application forthcoming*)
**BAKER, DONELSON, BEARMAN,**
**CALDWELL, & BERKOWITZ, P.C.**
2000 First Horizon Building
165 Madison Avenue
Memphis, Tennessee 38103
Tel: (901) 577-2258
sdouglass@bakerdonelson.com

*Counsel for Plaintiff Axle Logistics, LLC*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Axle Logistics, LLC, | ) | Case No. _____ |
| | ) | |
| Plaintiff | ) | COMPLAINT |
| | ) | |
| v. | ) | |
| | ) | |
| Axl Logistics Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Plaintiff Axle Logistics, LLC ("Axle" or "Plaintiff"), for its Complaint against Defendant Axl Logistics Inc. ("Defendant"), states as follows:

**INTRODUCTION**

1.      This is an action for trademark infringement and unfair competition arising under the Trademark Act of 1946, as amended 15 U.S.C. § 1051, *et seq.* (the "Lanham Act"), and under the common law of the State of California.

2.      For more than a decade, Axle has offered its third-party logistics services and related services to its loyal and growing customer base. Axle offers shipping, trucking, freight, and delivery services to ensure timely delivery of all manner of commercial products and shipments. In the highly specialized, fast-paced, competitive logistics and transportation industry, Axle has distinguished itself for its exceptional, unique customer service and its rapid growth.

3.      Importantly, Axle owns federal trademark registrations for its associated marks and has used its AXLE LOGISTICS Mark since at least as early as February 2012. In October 2019 and January 2020, Axle obtained registrations for ® and AXLE LOGISTICS®, respectively, with the United States Patent and Trademark Office ("USPTO") (collectively, the "AXLE Marks") for distribution and logistics-related services. *See* USPTO Registration Numbers 5888173 and 5970169, attached as **Exhibit 1**.

4.      For at least the last ten years, Axle has continuously and exclusively used the AXLE Marks, which consumers have come to associate with Axle's superior services. Axle enjoys significant goodwill associated with its AXLE Marks and has dedicated significant resources to marketing and protecting its Marks.

5.      In or about March 2023, Axle became aware that Defendant is marketing, selling, and providing to consumers, using the "AXLE" name or a variation or derivation thereof, services that are nearly identical to the services offered under the AXLE Marks (the "Infringing Activities").

6.      Defendant has repeatedly used the AXLE name, or a confusingly similar variation of the AXLE name, in its name and trademark "AXL LOGISTICS" (the "AXL LOGISTICS Mark" or

"Infringing Mark") to conduct its infringing services in the United States, in clear violation of Axle's senior rights, and despite being on notice of such rights.

7.     Defendant's Infringing Mark and Infringing Activities are likely to cause confusion among the consuming public as to the source or origin of Axle's services, thus causing irreparable and ongoing harm to Axle.

## JURISDICTION AND VENUE

8.     This Court has subject matter jurisdiction over this Complaint under federal trademark-related laws 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction under 28 U.S.C. § 1367.

9.     The Court has supplemental jurisdiction over the claims arising under the laws of the State of California under 28 U.S.C. § 1367(a), because the state law claims form part of the same case or controversy and derive from a common nucleus of operative fact as the federal claims.

10.     This court has personal jurisdiction over Defendant because Defendant has deliberately and intentionally marketed and sold or caused to be marketed and sold the infringing services to consumers in the State of California and therefore committed acts of infringement in the State of California. Further, Defendant's principal place of business is in California in this District, and thus, Defendant resides in this District.

11.     Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant is subject to personal jurisdiction in this judicial district and because a substantial part of the underlying events giving rise to this action occurred in this judicial district.

12.     Defendant has deliberately and intentionally provided or caused to be provided the Infringing Activities under the Infringing Mark in this judicial district.

## PARTIES

13.     Axle is a limited liability company organized and existing under the laws of the State of Tennessee, with its principal place of business at 835 N. Central Street, Knoxville, Tennessee 37917.

14.     On information and belief, Defendant Axl Logistics Inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business at 855 El Camino Real St 13-A, Ste 322, Palo Alto, CA 94301.

## STATEMENT OF FACTS

**Axle's Superior Reputation and Well-Known Marks**

15.     For over a decade, Axle has used the AXLE Marks to become a leader and innovator in the third-party transportation and logistics services industry. Using the AXLE Marks, Axle provides its top-rated services to a wide range of shipping, transportation, and distribution customers.

16.     Axle's loyal (and quickly growing) customer base associates the AXLE Marks with Axle's specialized customer service and the top-notch advanced logistics services that Axle offers. This is no surprise given AXLE's strong reputation in the business community and the robust marketing efforts that AXLE has engaged in to develop its brand. Indeed, Axle has invested significant time, resources, and money into developing its brand into the well-known, highly rated logistics provider that it is today.

17.     For instance, Axle has been recognized as a leader in the transportation and logistics industry in a wide range of publications and industry rankings. In 2021 and 2022, *Selling Power Magazine* named Axle as a "Top 50 Company to Sell For." *See* Selling Power's 50 Best Companies to Sell For – 2022, copy attached as **Exhibit 2.** Additionally, for the last seven years, Axle has been named to *Inc.*'s annual "Inc. 5000" list, which identifies the fastest-growing private companies in America. *See* Inc. List, attached as **Exhibit 3.** In both 2021 and 2022, Axle was ranked on *Transport Topic*'s Top 100 List in logistics. *See* Transport Topic Lists, attached as **Exhibit 4.** Further, Axle employees have consistently rated Axle as a "Top Workplace," making Axle a winner of multiple employment-related awards, including *The Greater Knoxville Area Top Workplaces 2022* Award. *See* Knoxville News Sentinel Article, attached as **Exhibit 5.**

18.     Axle's superior customer service, positive culture, and excellent logistics services have made Axle a well-respected, widely known industry leader. Consequently, consumers

associate the distinctive AXLE Marks with the highest quality service, and the Marks are a valuable representation of Axle's significant goodwill.

**Axle's Registration of the AXLE Marks**

19.     After using the AXLE Marks for several years, Axle filed an application to register with the USPTO its AXLE LOGISTICS Design Mark, ▲ AXLE logistics, identifying its first use in commerce as February 28, 2012 (the "AXLE Design Mark"). On October 22, 2019, the USPTO approved registration of the AXLE Design Mark on the Principal Register, assigning Registration No. 5,888,173 for the following services in International Class 35: "supply chain management services business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit 1**.

20.     Similarly on June 3, 2018, Axle filed U.S. Application Serial No. 87/946,318 to register the AXLE LOGISTICS Word Mark with the USPTO, identifying its first use in commerce as February 28, 2012 (the "AXLE Word Mark").

21.     On January 28, 2020, the AXLE Word Mark was registered by the USPTO on the Principal Register and accorded Registration No. 5,970,169 covering the use of the AXLE Word Mark for the following services in International Class 35: "supply chain management services; business management services, namely, managing logistics, reverse logistics, supply chain services, supply chain visibility and synchronization, supply and demand forecasting and product distribution processes for others; freight logistics management; transportation logistics services, namely, arranging the transportation of goods for others; transportation logistics services, namely, planning and scheduling shipments for users of transportation services." *See* Registration Certificate, attached as **Exhibit 1**.

22.     The Axle Marks are inherently distinctive with the most prominent feature being the word AXLE — i.e., AXLE LOGISTICS and . The Marks' distinctiveness is further evidenced by their registration on the Principal Register, which is reserved for the most distinctive marks and those marks with significant secondary meaning. The Registrations afford Axle robust protection under federal law, serve as *prima facie* evidence of the Marks' validity, signify Axle's exclusive right to use the mark in connection with the services listed in the Registrations, and constitute constructive notice to infringers that Axle enjoys exclusive rights and ownership in the AXLE Word Mark and AXLE Design Mark.

**Defendant's Infringing Mark and Services**

23.     On or around March 2023, Axle discovered that Defendant uses the name AXL LOGISTICS to offer the same or similar services as those offered by Axle.

24.     Defendant's Infringing Mark and the AXLE Marks both feature a variation of the word "AXLE" and the word "LOGISTICS" as their most prominent features.

25.     Based on Defendant's Infringing Activity, on March 23, 2023, Axle sent a letter to Defendant in good faith to demand that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 6**. Defendant did not respond to this letter. On May 24, 2023, Axle sent a second letter again demanding in good faith that Defendant cease and desist using the confusingly similar Infringing Mark. **Exhibit 7**. Defendant again did not respond to this letter. On November 15, 2023, Axle's representative called Defendant to request a response to the letter, which Defendant's representative (upon information and belief, Defendant's owner), stated Defendant would provide by December 1. No such response has been received.

26.     Despite Defendant's clear notice of Axle's exclusive rights in the AXLE Marks in connection with logistics and transportation services, Defendant has failed to cease its unlawful activities and has continued to market its services using the Infringing Mark.

27.     Defendant never sought or obtained permission to use or license the AXLE Marks, or any other confusingly similar marks, even though Defendant is at least constructively aware of Axle's objections to Defendant's use of the confusingly similar and Infringing Mark.

28.     By using the AXLE name in connection with the competing Infringing Activities, Defendant seeks to confuse and deceive the consuming public as to the source of its services. This is especially concerning given that the top result for a simple Google search of Defendant's name "axl logistics" returns Axle's website. In addition, the Google search automatically includes results for "axle logistics" and provides information about Axle's place of business including Axle's address, telephone number, and Google Reviews. *See* Google Search, **Exhibit 8**. Further, the second result when searching "axl logistics" is Defendant's website. *See* **Exhibit 8**; Defendant's "Contact" Webpage, **Exhibit 9**.

29.     Defendant's Infringing Activity is likely to confuse the consuming public and specifically consumers in the transportation and logistics industry. That Defendant's Infringing Mark is confusingly similar is clearly evidenced by its prominent use of the word "LOGISTICS" and a variation of the word "AXLE." Defendant's continued use of the Infringing Mark is likely to continue causing consumers to mistakenly assume Axle's services are connected to Defendant's.

30.     Defendant's continued, infringing use of the Infringing Mark has injured Axle and will continue to do so by usurping Axle's federally protected and exclusive rights in its AXLE Marks and by damaging the valuable goodwill that Axle has worked so hard to garner and maintain. Axle has been further injured by being forced to retain counsel to enforce its rights in the AXLE Marks, and as such, Axle is entitled to its reasonable attorneys' fees and costs in connection with this matter.

## COUNT I

## Federal Trademark Infringement – AXLE Marks (Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1))

31.     Axle repeats and realleges the allegations in Paragraphs 1-30 above as if fully set forth herein.

32.     Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

33.     Defendant has infringed and continues to infringe Axle's federally registered AXLE Marks in interstate commerce by various acts, including, without limitation, offering logistics, distribution, shipping, and transportation services under the AXLE Marks, and variants thereof, which are confusingly similar to Axle's federally registered AXLE Marks.

34.     Defendant's use of the confusingly similar name "Axl Logistics" for nearly identical services is likely to continue to cause consumer confusion. Defendant has used and continues to use the AXLE name for its logistics, distribution, shipping, and transportation services without Axle's permission or authority, and in spite of Axle's request for Defendant to cease and desist its Infringing Activities.

35.     Defendant's use of the Infringing Mark is likely to cause confusion, to cause mistake, and/or to deceive the consuming public, including the third-party logistics market.

36.     Defendant's conduct constitutes infringement of the federally registered AXLE Marks in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

37.     Axle has been damaged by the foregoing actions in an amount to be determined at trial. Defendant's infringement and continued use of the AXLE Marks after constructive and actual notice is willful, intentional, malicious, and in bad faith, such that this is an exceptional case. Axle is entitled to recover Defendant's profits and/or damages sustained by Axle, the costs of the action, and its attorneys' fees and treble damages under Section 35 of the Lanham Act, 15 U.S.C. § 1117.

38.     Defendant's infringement will continue to cause irreparable injury and other damage to Axle's business, reputation, and goodwill in the federally registered AXLE Marks, unless this Court enjoins Defendant's infringing activities. Axle seeks an injunction to enjoin Defendant's infringing activities, activity for which Axle has no other adequate remedy at law.

## COUNT II

### Common Law Trademark Infringement Under California Law

39.     Axle repeats and realleges the allegations in Paragraphs 1-38 above as if fully set forth herein.

40.     Since at least 2012, Axle has continuously used the AXLE Marks in interstate commerce to market, sell, and distribute its goods and services. Axle has valid ownership and exclusive rights to the federally registered and protected AXLE Marks (USPTO Reg. Nos. 5888173 and 5970169), for use in connection with logistics, distribution, and transportation services, as identified in the AXLE Registrations.

41.     Despite being at least constructively aware of Axle's senior rights and priority in the AXLE Marks, Defendant has used and continues to use the confusingly similar AXL LOGISTICS Mark in connection with nearly identical goods and services as those offered by Axle under its AXLE Marks.

42.     Defendant's infringing use of the confusingly similar mark is likely to continue to cause actual consumer confusion.

43.     Defendant's infringement of the AXLE Marks disregards Axle's superior rights and has caused and will continue to cause irreparable harm, injury, and other damages to Axle, unless enjoined by this Court.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Axle Logistics, LLC prays for relief against Defendant Axl Logistics, Inc. as follows:

1.     That Defendant, and any person or entity acting on Defendant's behalf including any agents, servants, employees, attorneys, successors, and assigns, be preliminarily and permanently enjoined and restrained from directly or indirectly:

a.     using the AXL LOGISTICS Mark, and any associated designs for its logistics, distribution, and transportation related services, or any other designation or trademark likely to cause confusion with Axle's AXLE Marks;

b.     otherwise infringing on Axle's rights in and to the AXLE Marks and from otherwise unfairly competing with Axle in any manner whatsoever;

c.      offering, marketing, and/or selling logistics, distribution, and transportation-related services using the AXLE name or any other designation likely to cause confusion with the AXLE Marks; and

d.      using the AXLE Marks, or any reproduction, counterfeit, copy, confusingly similar variant, or colorable imitation, in any manner likely to cause any person to believe that Defendant's goods and services are connected with Axle or the AXLE Marks.

2.      That Defendant, its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with Defendant, be ordered to deliver up for destruction any goods, labels, signs, prints, packages, wrappers, receptacles, advertisements, and any other materials bearing the AXLE Marks or any confusingly similar variation likely to cause confusion with the AXLE Marks.

3.      That Defendant be directed to file with the Court and serve on Axle, no later than thirty (30) days after the issuance of an injunction, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

4.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1114.

5.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of 15 U.S.C. § 1125.

6.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is in violation of California law.

7.      That the Court adjudge and decree that a likelihood of confusion exists between the AXLE Marks and Defendant's infringing AXL LOGISTICS Mark.

8.      That the Court adjudge and decree that Defendant's infringing use of the AXLE Marks, or any confusingly similar variation, is willful.

9.      That the Court adjudge and decree that this case is exceptional.

10.     That the Court require a full and complete accounting of all monies received by Defendant as a result of the wrongful conduct, together with an order transferring to Axle any amounts found to be due to Axle.

11.     That Axle be awarded Defendant's profits and/or Axle's damages from lost sales after an accounting, and that such award be increased as permitted, including being trebled as provided under 15 U.S.C. § 1117.

12.     That Axle be awarded its costs and attorneys' fees from Defendant, including as provided by 15 U.S.C. § 1117.

13.     That the Court award pre- and post- judgment interest on all monies found to be due to Axle from Defendant, at the then prevailing or legal rate, whichever is greater, from the date said amounts or any part thereof became or become due.

14.     That the Court require Defendant to notify its customers, clients, and associates of said Court Order.

15.     That Axle be awarded such other and further relief as this Court may deem just and proper.

## **JURY DEMAND**

Axle hereby demands a trial by jury for all issues so triable.

DATED:  December 1, 2023

/s/draft
Scott M. Douglass (*pro hac vice application forthcoming*)
**BAKER, DONELSON, BEARMAN, CALDWELL, & BERKOWITZ, P.C.**
2000 First Horizon Building
165 Madison Avenue
Memphis, Tennessee 38103
Tel: (901) 577-2258
sdouglass@bakerdonelson.com

*Counsel for Plaintiff Axle Logistics, LLC*

-11-

Case No.

COMPLAINT

ORIGIN ID:RNCA       (615) 726-5548
JEN LAVELY
BAKER DONELSON BEARMAN CALDWEL
1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 01DEC23
ACTWGT: 1.00 LB
CAD: 104595092/INET4660

BILL SENDER

TO **SAMEER SINGH PANNU**
**AXL LOGISTICS INC.**
**855 EL CAMINO REAL STREET 13-A**
**SUITE 322**
**PALO ALTO CA 94301**
(615) 726-5548          REF: 015676 2962633-000016
INV:
PO:                                         DEPT:




593J170129AE3

**MON - 04 DEC 12:00P**
**PRIORITY OVERNIGHT**
**ASR**

TRK#
0201   **7743 1747 8816**

**94301**
**SFO**
CA-US

**XW HGTA**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| **From:** | TrackingUpdates@fedex.com |
| --- | --- |
| **To:** | Lavely, Jen |
| **Subject:** | FedEx Shipment 774317478816: Your package has been delivered |
| **Date:** | Tuesday, December 5, 2023 11:59:47 AM |



# Hi. Your package was delivered Tue, 12/05/2023 at 9:52am.



Delivered to 855 EL CAMINO REAL, PALO ALTO, CA 94301
Received by K.YLE

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?

    

| **TRACKING NUMBER** | 774317478816 |
| --- | --- |
| **FROM** | BAKER DONELSON BEARMAN CALDWEL |
| | 1600 West End Avenue |

|  | Suite 2000 |
|---|---|
|  | NASHVILLE, TN, US, 37203 |
| **TO** | Axl Logistics Inc. |
|  | Sameer Singh Pannu |
|  | 855 El Camino Real Street 13-A |
|  | Suite 322 |
|  | PALO ALTO, CA, US, 94301 |
| **REFERENCE** | 015676 2962633-000016 |
| **SHIPPER REFERENCE** | 015676 2962633-000016 |
| **SHIP DATE** | Fri 12/01/2023 05:44 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NASHVILLE, TN, US, 37203 |
| **DESTINATION** | PALO ALTO, CA, US, 94301 |
| **SPECIAL HANDLING** | Adult Signature Required |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**



**FOLLOW FEDEX**

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:59 AM CST 12/05/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

ORIGIN ID:RNCA        (615) 726-5548
JEN LAVELY
BAKER DONELSON BEARMAN CALDWEL
1600 WEST END AVENUE
SUITE 2000
NASHVILLE, TN 37203
UNITED STATES US

SHIP DATE: 01DEC23
ACTWGT: 1.00 LB
CAD: 104595092/INET4660

BILL SENDER

TO **SAMEER SINGH PANNU**

**AXL LOGISTICS INC.**

**125 W 9TH STREET**

**SUITE 146**

**TRACY CA 95376**

(615) 726-5548
INV:
PO:                                        DEPT:

REF: 015676 2962633-000016





**FedEx**
Express

MON - 04 DEC 12:00P

PRIORITY OVERNIGHT

ASR

TRK#
0201  **7743 1752 2654**

**95376**

**XW SCKA**

CA-US   **OAK**



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **To:** | Lavely, Jen |
| **Subject:** | FedEx Shipment 774317522654: Your package has been delivered |
| **Date:** | Monday, December 4, 2023 11:26:15 AM |



FedEx

# Hi. Your package was delivered Mon, 12/04/2023 at 9:17am.



Delivered to 125 W 9TH ST, TRACY, CA 95376
Received by R.RANDY

**OBTAIN PROOF OF DELIVERY**

## How was your delivery ?

    

**TRACKING NUMBER**    774317522654

**FROM**    BAKER DONELSON BEARMAN CALDWEL

1600 West End Avenue

Suite 2000
NASHVILLE, TN, US, 37203

| | |
|---|---|
| **TO** | Axl Logistics Inc.<br>Sameer Singh Pannu<br>125 W 9th Street<br>Suite 146<br>TRACY, CA, US, 95376 |
| **REFERENCE** | 015676 2962633-000016 |
| **SHIPPER REFERENCE** | 015676 2962633-000016 |
| **SHIP DATE** | Fri 12/01/2023 05:44 PM |
| **DELIVERED TO** | Receptionist/Front Desk |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | NASHVILLE, TN, US, 37203 |
| **DESTINATION** | TRACY, CA, US, 95376 |
| **SPECIAL HANDLING** | Adult Signature Required |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx Priority Overnight |

## Notifications, from start to finish

Get push notifications when you pair FedEx Delivery Manager® with the FedEx® Mobile app. You can activate alerts in the app to track your package. Then listen for the virtual doorbell chime that lets you know your package was delivered.

**DOWNLOAD THE MOBILE APP**



**FOLLOW FEDEX**

☐ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:25 AM CST 12/04/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.